AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
| v. | ) |
| Zachary Jordan Alam | ) Case: 1:21-mj-00165 |
| | ) Assigned to: Judge Zia M. Faruqui |
| | ) Assign Date: 1/25/2021 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| **Date of Birth:** XXXXXXXX | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of ____January 6, 2021____ in the county of _____ in the
_____ in the District of ___Columbia___, the defendant(s) violated:

*Code Section*                         *Offense Description*

18 U.S.C. §§ 111(a) and (b) - Assault on a Federal Officer with a Dangerous or Deadly Weapon
18 U.S.C. § 1361 - Destruction of Government Property over $1,000
18 U.S.C. § 1512(c)(2) - Obstruction of an Official Proceeding
18 U.S.C. §§ 1752(a) and (b) - Unlawful Entry on Restricted Building or Grounds
40 U.S.C. §§ 5104(e)(2)(D), (F) and (G) - Violent Entry and Disorderly Conduct

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Rosemaria Marketos, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 01/25/2021

*Judge's signature*

City and state:   Washington, D.C.    Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*