IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| vs. | * Case No.: **21-cr-00190 DLF** |
| ZACHARY JORDAN ALAM | * |
| Defendant | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF FILING – DISCOVERY

NOW COMES, the Defendant, Zachary Jordan Alam, by and through his counsel, Michael E. Lawlor and Brennan, McKenna & Lawlor, Chartered, and hereby files for the record a copy of discovery correspondence recently provided by the undersigned to the United States in connection with the above-referenced case.

WHEREFORE, Zachary Jordan Alam respectfully moves this Honorable Court to accept this document for filing and make it a part of the record in this case.

Respectfully submitted,

/s/

March 16, 2021

Michael E. Lawlor
Brennan, McKenna & Lawlor, Chtd.
Bar Number 459767
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
301-474-0044 (telephone number)
301-474-5730 (facsimile number)
mlawlor@verizon.net

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 16, 2021, a copy of the foregoing was sent via electronic filing to the United States Attorney's Office for the District of Columbia.

/s/

Michael E. Lawlor