# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Zachary Jordan Alam

)
)
)
)
)
)
)

Case: 1:21-mj-00165
Assigned to: Judge Zia M. Faruqui
Assign Date: 1/25/2021
Description: COMPLAINT W/ ARREST WARRANT

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____ Zachary Jordan Alam _____,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 111(a) and (b) - Assault on a Federal Officer with a Dangerous or Deadly Weapon
18 U.S.C. § 1361 - Destruction of Government Property over $1,000
18 U.S.C. § 1512(c)(2) - Obstruction of an Official Proceeding
18 U.S.C. §§ 1752(a) and (b) - Unlawful Entry on Restricted Building or Grounds
40 U.S.C. §§ 5104(e)(2)(D), (F) and (G) - Violent Entry and Disorderly Conduct

Date: 01/25/2021

2021.01.25
22:11:52 -05'00'

*Issuing officer's signature*

City and state: Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1/29/2021, and the person was arrested on *(date)* 1/30/2021
at *(city and state)* DENVER, PA.

Date: 2/1/2021

*Arresting officer's signature*

PATRICK D. ARMOR - FBI SPECIAL AGENT
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## BAIL STATUS AND ORDER

| | | |
|---|---|---|
| ____ INTERPRETER NEEDED | : | DATE: 2/2/2021 |
| | : | |
| | : | **HEARING TYPE:** REMOVAL/IA/AC/ |
| | : | IDENTITY HEARING/DETENTION HEARING |
| CASE ASSIGNED TO JUDGE | : | |
| | : | DOCKET NO.: |
| | : | **EDPA:** 21-mj-00196 |
| | : | **District of Columbia:** 1:21-mj-00165 |
| | : | |
| Date of Arrest: 2/2/2021 | : | |
| | : | ESR: Michael Cosgrove |
| UNITED STATES OF AMERICA | : | |
| v. | : | AUSA: Christine Sykes |
| ZACHARY JORDAN ALAM | : | Defense Counsel: Maria Pedraza |
| | : | [ ] CJA Appointed |
| | : | [ ] Retained |
| | : | [X] Defenders' Assn. Appt. |

After a hearing held this day, the bail status as to the above-named defendant is as follows:

**As to probable cause:**
    **[X] The Government has established probable cause.**

    **[X] The Government has established that the defendant is the person charged in the complaint.**

    [ ] The Government has failed to establish probable cause and the case is dismissed without prejudice.
    [ ] The Defendant has stipulated to probable cause.

**As to pretrial detention or release:**
    [ ] The Government's Motion for Detention is granted. The Defendant is detained pending further proceedings.
    [ ] The Defendant has stipulated to pretrial detention pending further proceedings.
    [ ] The Government's Motion for Pretrial Detention is denied. The Defendant is released under the attached Conditions of Release Order.
    [ ] The Government and the Defendant have agreed to conditions of release.  See the attached Conditions of Release Order.
    [ ] The defendant is temporarily detained pending further proceedings.

As to further proceedings:

    **[X] The defendant is detained pending removal to the District of Columbia by the United States Marshall Service.**

    [ ] The case is continued to ___ at noon via video before the Honorable ___ for

        [ ] arraignment
        [ ] probable cause hearing
        [ ] pretrial detention hearing
        [ ] Other –

[ ] PLEA:  NOT GUILTY TO ALL COUNT(S).  Counsel have 14 days to file pretrial motions.

**[X] The Court confirms the prosecutors' obligations under Brady v. Maryland, 373 U.S. 83 (1963), Giglio v. United States, 405 U.S. 150 (1972), and subsequent cases, to disclose information favorable to the defense as to criminal liability on the charged offense(s) or mitigation of any punishment that may be imposed.  That includes, but is not limited to, information covered by Brady or Giglio that may cast doubt on the credibility or accuracy of government witnesses or on the admissibility of government evidence. The Court also notifies the prosecutors that possible consequences of a violation of this order include the granting of a continuance, evidentiary sanctions, dismissal, disciplinary referral, and any other relief authorized by law.**

BY:

    s/Richard A. Lloret
    RICHARD A. LLORET
    UNITED STATES MAGISTRATE JUDGE

**TIME IN COURT**    11 minutes

# UNITED STATES DISTRICT COURT
for the  
Eastern District of Pennsylvania

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 21-mj-00196 |
| ) | |
| Zachary Alam ) | Charging District's |
| *Defendant* ) | Case No. 1:21-mj-00165 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____ District of __Columbia__,
*(if applicable)* _____ division. The defendant may need an interpreter for this language: _____.

The defendant:  ☐ will retain an attorney.
              ☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: 2/2/2021

s/Richard A. Lloret
*Judge's signature*

Richard A. Lloret, United States Magistrate Judge
*Printed name and title*

3/30/2021 Case 1:21-cr-00190-DLF Document 11 Filed 03/04/21 Page 5 of 7
United States District Court Eastern District of Pennsylvania

CLOSED

# United States District Court
# Eastern District of Pennsylvania (Philadelphia)
# CRIMINAL DOCKET FOR CASE #: 2:21-mj-00196-1

| | |
|---|---|
| Case title: USA v. ALAM | Date Filed: 02/03/2021 |
| Other court case number: 21-mj-165 DISTRICT OF COLUMBIA | Date Terminated: 02/03/2021 |

Assigned to: Unassigned

**Defendant (1)**

| | | |
|---|---|---|
| **ZACHARY ALAM**<br>*TERMINATED: 02/03/2021* | represented by | MARIA ANTOINETTE PEDRAZA<br>FED COMM DEFENDER OFFICE<br>601 WALNUT STREET<br>SUITE 540 WEST<br>PHILADELPHIA, PA 19106<br>215-928-1100<br>Email: maria_pedraza@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:111(a)AND(b) - ASSAULT ON A FEDERAL OFFICER WITH A DANGEROUS OR DEADLY WEAPON; 18:1361 - DESTRUCTION OF GOVERNMENT PROPERTY OVER $1,000; 18:1512(c)(2) - OBSTRUCTION OF AN OFFICIAL PROCEEDING; 18:1752(a) AND (b) - UNLAWFUL ENTRY ON RESTRICTED BUILDING | |

OR GROUNDS; 40:5104(e)(2)(D),(F)( AND (G) - VIOLENT ENTRY AND DISORDERLY CONDUCT

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **CHRISTINE E. SYKES**<br>U.S. ATTORNEY'S OFFICE<br>615 CHESTNUT STREET<br>SUITE 1250<br>PHILA, PA 19106-4476<br>TEL 215-861-8441<br>Fax: FAX 215-861-8618<br>Email: christine.sykes@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 02/02/2021 | | Arrest (Rule 40) of ZACHARY ALAM (ke, ) (Entered: 02/03/2021) |
| 02/03/2021 | 1 | Minute Entry for proceedings held before MAGISTRATE JUDGE RICHARD A. LLORET Initial Appearance in Rule 5(c)(3) Proceedings as to ZACHARY ALAM held on 2/2/21. The Government has established probable cause. Government has established that the defendant is the person charged in the complaint. Defendant detained pending removal to the District of Columbia by the U.S. Marshals. Court Reporter ESR.(ke, ) (Entered: 02/03/2021) |
| 02/03/2021 | 2 | ORDER AS TO ZACHARY ALAM THAT THE DEFENDANT BE HELD TO ANSWER IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, ETC. Signed by MAGISTRATE JUDGE RICHARD A. LLORET on 2/2/21.2/3/21 Entered and Copies E-Mailed. (ke, ) (Entered: 02/03/2021) |
| 02/03/2021 | 3 | COMMITMENT TO ANOTHER DISTRICT AS TO ZACHARY ALAM. DEFENDANT COMMITTED TO DISTRICT OF COLUMBIA.. Signed by MAGISTRATE JUDGE RICHARD A. LLORET on 2/2/21.2/3/21 Entered and Copies E-Mailed. (ke, ) (Entered: 02/03/2021) |
| 02/03/2021 | | ***TRANSFERRED CASE as to ZACHARY ALAM TO THE DISTRICT OF COLUMBIA. (ap, ) (Entered: 02/03/2021) |
| 03/04/2021 | 4 | TRANSCRIPT OF BAIL, REMOVAL, IDENTITY, DETENTION HEARING TESTITOMY OF FBI AGENT ROSEMARIA MARKETOS held on 2/2/2021, before Judge RICHARD A. LLORET. Court Reporter: ESR. Transcribed by: ACCESS TRANSCRIPTS, LLC. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/25/2021. Redacted Transcript Deadline set for 4/5/2021. Release of Transcript Restriction set for 6/2/2021. (tomg, ) (Entered: 03/04/2021) |
| 03/04/2021 | 5 | Notice of Filing of Official Transcript with Certificate of Service re 4 Transcript - PDF,, 3/4/2021 Entered and Copies Emailed. (tomg, ) (Entered: 03/04/2021) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/30/2021 11:09:12 | | | |
| **PACER Login:** | BrittanyBryant:6635828:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:21-mj-00196 |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |

**PACER fee: Exempt**