

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

June 11, 2021

<u>Via Email</u>
Michael E. Lawlor
Nicholas G. Madiou
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, MD 20770
mlawlor@verizon.net
nickmadiou@gmail.com
*Counsel for Zachary Jordan Alam*

      Re:    *United States v. Zachary Jordan Alam*
             Case No. 1:21-cr-00190-DLF

Dear Counsel:

    Enclosed as additional discovery in this case, via filesharing, are the following materials:
1. Jail calls (x35, zipped in 3 files)
2. Search warrant for devices and Search Warrant return
3. Additional search warrant photos from Special Agent Armor
4. Excerpts from search warrant item number 1B8

    The discovery is unencrypted.  Please contact me if you have any issues accessing the information, and to confer regarding pretrial discovery as provided in Fed. R. Crim. P. 16.1.

    These materials are subject to the Protective Order entered in this case.  Please adhere to sensitivity markings.

    I will forward additional discovery as it becomes available.  Due to the extraordinary nature of the January 6, 2021 Capitol Attack, the government anticipates that a large volume of materials may contain information relevant to this prosecution.  These materials may include, but are not limited to, surveillance video, statements of similarly situated defendants, forensic searches of electronic devices and social media accounts of similarly situated defendants, and citizen tips.  The government is working to develop a system that will facilitate access to these

materials.  In the meantime, please let me know if there are any categories of information that you believe are particularly relevant to your client.

If you have any questions, please feel free to contact me.

Sincerely,

Candice C. Wong
Assistant United States Attorney
202-252-7849
Candice.wong@usdoj.gov