IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| vs. | *   Case No.: **21-cr-00190 DLF** |
| **ZACHARY JORDAN ALAM** | * |
| **Defendant** | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT MOTION TO CONTINUE
## STATUS CONFERENCE HEARING

COMES NOW, the Defendant, Zachary Jordan Alam, by and through counsel Michael E. Lawlor, and Brennan, McKenna & Lawlor, Chtd., and hereby moves this Honorable Court with the consent of the United States, to continue the status hearing currently scheduled for Wednesday, September 15, 2021. In support of this Motion counsel state the following:

1. The Defendant is scheduled to appear before this Honorable Court on Wednesday, September 15, 2021 for a status hearing.

2. The undersigned counsel respectfully asks this Court to continue the current status hearing for approximately 14 days for the following reasons:

   a. The defendant was recently moved to Northern Neck Regional Jail. Counsel is requesting additional time to meet with the defendant to discuss the plea agreement offered in this case.

b. Undersigned recently completed a multi-week homicide trial in State court.

3. This request is made with the consent of Government Counsel, Assistant United States Attorney Candice Wong.

WHEREFORE, for the foregoing reasons, the Defendant respectfully requests this Honorable Court continue the current status conference hearing of Wednesday, September 15, 2021 for 14 days.

Respectfully submitted,

*Michael E. Lawlor*
_____
Michael E. Lawlor, Esquire
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland  20770
301.474.0044
mlawlor@verizon.net.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 13, 2021, a copy of the foregoing was sent to the United States Attorney's Office for the District of Columbia, via email.

*Michael E. Lawlor*
_____
Michael E. Lawlor, Esquire