IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA** *

vs. * Case No.: **21-cr-00190 DLF**

**ZACHARY JORDAN ALAM** *

**Defendant** *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## LINE CONSENTING TO THE EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT

COMES NOW the Defendant, Zachary Alam, by and through his attorney, Michael E. Lawlor, and Brennan McKenna & Lawlor, Chtd., and respectfully files this line consenting to the exclusion of time under the speedy trial act. In support of this notice, counsel state the following:

1.  A consent motion to continue status conference hearing was previously filed in the above referenced matter on September 13, 2021.

2.  Undersigned counsel discussed this request with Mr. Alam, and is authorized to state that he is in agreement with the instant request, and consents to exclusion of time under the Speedy Trial Act until the date of the next status conference hearing.

Respectfully submitted,

/s/
_____
Michael E. Lawlor
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
(301) 474-0044
mlawlor@verizon.net

## CERTIFICATE OF SERVICE

I hereby certify that on this day, September 14, 2021, a copy of the foregoing was sent via ECF to the United States Attorney's Office for the District of Columbia.

/s/
_____
Michael E. Lawlor