UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 1:21-CR-00190-DLF |
| | : | |
| ZACHARY JORDAN ALAM, | : | |
| | : | |
| Defendant. | : | |

**JOINT STATUS REPORT**

The Court issued a minute order on September 15, 2021, requesting that the parties inform the Court "(1) whether they agree to a videoconference on October 12, 2021 at 2:00 p.m. or object and request an earlier in-person hearing" and "(2) whether they agree that the Court shall exclude time under the Speedy Trial Act until October 12, 2021." The United States agrees to both the videoconference on October 12, 2021, at 2:00pm and the exclusion of time under the Speedy Trial Act until that date. The undersigned has reached out to defense counsel and is authorized to state that they do not object to either point.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar Number 415793

By: /s/ Candice C. Wong
CANDICE C. WONG
Assistant United States Attorney
D.C. Bar Number 990903
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: 202-252-7849
Email: candice.wong@usdoj.gov