

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

October 25, 2021

<u>Via Email</u>
Michael E. Lawlor
Nicholas G. Madiou
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, MD 20770
mlawlor@verizon.net
nickmadiou@gmail.com
*Counsel for Zachary Jordan Alam*

        Re:   *United States v. Zachary Jordan Alam*
                 Case No. 1:21-cr-00190-DLF

Dear Counsel:

    Enclosed as additional discovery in this case, via filesharing, are the following materials:
1. Defendant's iCloud search warrant scoped report and production (93 files)
2. Defendant's flip phone extraction (131 files)
3. Defendant's cell site search warrant pings (1 zip file)
4. Certified NY complaint, indictment, and disposition
5. MARKED HIGHLY SENSITIVE: Additional CCTV videos of defendant (3 files)
6. MARKED SENSITIVE: Videos obtained from other Capitol investigations:
   a. D-12 – 4 videos
7. FBI exhibits used in 2/10/21 officer interviews
8. D-14 open-source interviews about defendant (2 videos)

    The discovery is unencrypted. Please contact me if you have any issues accessing the information, and to confer regarding pretrial discovery as provided in Fed. R. Crim. P. 16.1.

    These materials are subject to the Protective Order entered in this case. Please adhere to sensitivity markings.

      I will forward additional discovery as it becomes available.  In the meantime, please let me know if there are any categories of information that you believe are particularly relevant to your client.

      If you have any questions, please feel free to contact me.

                        Sincerely,

                        Candice C. Wong
                        Assistant United States Attorney
                        202-252-7849
                        Candice.wong@usdoj.gov