IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| vs. | *   Case No.: **21-cr-00190 DLF** |
| **ZACHARY JORDAN ALAM** | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT MOTION TO CONTINUE
## STATUS CONFERENCE HEARING

COMES NOW, the Defendant, Zachary Jordan Alam, by and through counsel Michael E. Lawlor, and Brennan, McKenna & Lawlor, Chtd., and hereby moves this Honorable Court with the consent of the United States, to continue the status hearing currently scheduled for Wednesday, December 1, 2021. In support of this Motion counsel state the following:

1. The Defendant is scheduled to appear before this Honorable Court on Wednesday, December 1, 2021 for a status hearing.

2. The undersigned counsel respectfully asks this Court to continue the current status hearing in the above referenced matter for the following reasons:

    a. Undersigned is currently in a carryover murder trial in the Prince George's County Circuit Court.

3. This request is made with the consent of Government Counsel, Assistant United States Attorney Candice Wong.

WHEREFORE, for the foregoing reasons, the Defendant respectfully requests this Honorable Court continue the current status conference hearing of Wednesday, December 1, 2021 to a date convenient to the Court and all parties within 14 days.

Respectfully submitted,

*Michael E. Lawlor*
_____
Michael E. Lawlor, Esquire
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland  20770
301.474.0044
mlawlor@verizon.net.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 1, 2021, a copy of the foregoing was sent to the United States Attorney's Office for the District of Columbia, via email.

*Michael E. Lawlor*
_____
Michael E. Lawlor, Esquire