IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| vs. | * Case No.: **21-cr-00190 DLF** |
| **ZACHARY JORDAN ALAM** | * |
| **Defendant** | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# PROPOSED ORDER OF THE COURT

This matter is before the Court on the defendant's Consent Motion to Continue Status Hearing. The Court having considered the Motion, being fully advised, it is this _____ day of _____, 2021:

**ORDERED**, that the Motion be and the same is hereby **GRANTED;** and it is further,

**ORDERED,** that the current status conference hearing set for Wednesday, December 1, 2021 be continued to a date convenient to the Court and all parties within approximately 14 days.

_____
UNITED STATES JUDGE