

U.S. Department of Justice

Matthew M. Graves
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

December 21, 2021

<u>Via Email</u>
Michael E. Lawlor
Nicholas G. Madiou
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, MD 20770
mlawlor@verizon.net
nickmadiou@gmail.com
*Counsel for Zachary Jordan Alam*

   Re: *United States v. Zachary Jordan Alam*
      Case No. 1:21-cr-00190-DLF

Dear Counsel:

  Enclosed as additional discovery in this case, via filesharing, are the following materials:
1. .heic photos from iCloud search warrant production, converted to .jpeg (87 files)
2. Additional FBI serials:
    a. Serial 20, redacted
    b. Serial 21, redacted
    c. Serial 24, redacted
    d. Serial 24 attachment, redacted
    e. Serial 50
    f. Serial 50 attachment, redacted
    g. Serial 52, redacted
    h. Serial 53 attachment
    i. Serial 90, redacted
3. MARKED SENSITIVE: Officer interviews from Statuary Hall Connector (7 files)
    a. Transcript, audio, and 2 exhibits for Officer NE
    b. 302s for Officers VB, SV, and MM

4. MARKED SENSITIVE: D-17 excerpt of FBI interview on 1/11 about defendant
5. D-14 open-source interview about defendant on 1/8 (zipped)

The discovery is unencrypted. Please contact me if you have any issues accessing the information, and to confer regarding pretrial discovery as provided in Fed. R. Crim. P. 16.1.

These materials are subject to the Protective Order entered in this case. Please adhere to sensitivity markings.

I will forward additional discovery as it becomes available. In the meantime, please let me know if there are any categories of information that you believe are particularly relevant to your client.

If you have any questions, please feel free to contact me.

Sincerely,

Candice C. Wong
Assistant United States Attorney
202-252-7849
Candice.wong@usdoj.gov