# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | Case No.: 21-CR-190 |
| **ZACHARY ALAM,** : | |
| **Defendant.** | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Cindy J. Cho hereby enters her appearance in the above referenced matter.

        Respectfully submitted,

        MATTHEW GRAVES
        United States Attorney
        DC Bar No. 481052

By:    */s/ Cindy J. Cho*
        Cindy J. Cho
        Assistant United States Attorney
        New York Bar
        10 W. Market St Suite 2100
        Indianapolis, IN 46204
        (317) 246-0107
        cindy.cho@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 29th day of March 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

                                                */s/ Cindy Cho*
                                                CINDY CHO
                                                Assistant United States Attorney