

U.S. Department of Justice

Matthew M. Graves
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

April 3, 2022

<u>Via Email</u>
Michael E. Lawlor
Nicholas G. Madiou
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, MD 20770
mlawlor@verizon.net
nickmadiou@gmail.com
*Counsel for Zachary Jordan Alam*

      Re:    *United States v. Zachary Jordan Alam*
            Case No. 1:21-cr-00190-DLF

Dear Counsel:

    Enclosed as additional discovery in this case, via filesharing, are the following materials:
1. SENSITIVE: 302 regarding text messages between defendant and witness
2. Text messages between defendant and witness
3. Materials from other Capitol investigations:
    a. 302 from proffer with defendant AJ
    b. Notes from proffer with defendant AJ
    c. Statement of Offense for defendant AJ
4. 302 from 2/24/2022 of interview with employee of House of Representatives
5. Additional open-source video relating to Speakers Lobby (Benjamin Reports)
6. Screenshots from Twitter relating to defendant (x5)

    The discovery is unencrypted.  Please contact me if you have any issues accessing the information, and to confer regarding pretrial discovery as provided in Fed. R. Crim. P. 16.1.

    These materials are subject to the Protective Order entered in this case.  Please adhere to sensitivity markings.

I will forward additional discovery as it becomes available. In the meantime, please let me know if there are any categories of information that you believe are particularly relevant to your client.

If you have any questions, please feel free to contact me.

Sincerely,

Candice C. Wong
Assistant United States Attorney
202-252-7849
Candice.wong@usdoj.gov