# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | Case No.: 21-CR-190 DLF |
| **ZACHARY JORDAN ALAM,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Trial Attorney Melanie L. Alsworth hereby enters her appearance in the above-referenced matter.

                                         Respectfully submitted,

                                         MATTHEW GRAVES
                                         United States Attorney
                                         DC Bar No. 481052

By:     */s/ Melanie L. Alsworth*
           Melanie L. Alsworth
           AR Bar No. 2002095
           Trial Attorney
           Detailee
           601 D Street, NW
           Washington, DC  20530
           (202) 598-2285
           melanie.alsworth2@usdoj.gov

**CERTIFICATE OF SERVICE**

      On this 23rd day of July, 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

      */s/ Melanie L. Alsworth*
      MELANIE L. ALSWORTH
      Trial Attorney