# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 21-cr-190-DLF |
| v. : | |
| : | |
| ZACHARY JORDAN ALAM, : | |
| : | |
| Defendant. : | |

## NOTICE OF FILING JOINT STATEMENT OF CASE, JURY INSTRUCTIONS, AND VERDICT FORM

The United States, by and through the United States Attorney for the District of Columbia, hereby files the following items in accordance with the Court's June 28, 2022 Pre-Trial Order, Dkt. 46: a short narrative description of the case, attached as Ex. 1; proposed jury instructions, attached as Ex. 2; and a verdict form, attached as Ex. 3. The parties have conferred and agreed upon all three exhibits, and therefore, all three are jointly submitted.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar Number 481052

By: *s/ Cindy J. Cho*
CINDY J. CHO
Assistant United States Attorney
NY BAR #4751053
555 4th Street NW
Washington, DC 20530
(317) 246-0107
Cindy.Cho@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 15, 2022, I caused a copy of the foregoing to be served on counsel of record via electronic filing.

                                                        */s/ Cindy J. Cho*
                                                      Cindy J. Cho
                                                      Assistant United States Attorney