# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 21-cr-190-DLF |
| v. : | |
| : | |
| ZACHARY JORDAN ALAM, : | |
| : | |
| Defendant. : | |

## JOINT STATEMENT OF THE CASE

The government has charged the defendant, Zachary Jordan Alam, with eleven crimes relating to the riot at the United States Capitol on January 6, 2021. More specifically, he is charged with assaulting or interfering with U.S. Capitol Police officers; with using a deadly or dangerous weapon to assault or interfere with U.S. Capitol Police officers; and with obstructing or interfering with U.S. Capitol Police officers during a civil disorder. He is further charged with destroying government property and obstructing an official proceeding. He is further charged with unlawfully entering and remaining, engaging in disorderly and disruptive conduct, and engaging in an act of physical violence against person or property, all with a deadly and dangerous weapon, while inside the U.S. Capitol building. And finally, he is charged with unlawfully parading, demonstrating, and picketing while inside the U.S. Capitol building.

Mr. Alam denies each charge.