# EXHIBIT 3

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CASE NO. 21-cr-190-DLF** |
| **v.** | : | |
| | : | |
| **ZACHARY JORDAN ALAM,** | : | |
| | : | |
| **Defendant.** | : | |

## <u>VERDICT FORM</u>

**Count 1:**     **Assaulting, Resisting, or Impeding Certain Officers**

_____                    _____
Guilty                                        Not Guilty

**Count 2:**     **Assaulting, Resisting, or Impeding Certain Officers Using a Deadly or Dangerous Weapon**

_____                    _____
Guilty                                        Not Guilty

**Count 3:**     **Obstructing Officers During a Civil Disorder**

_____                    _____
Guilty                                        Not Guilty

**Count 4:**     **Destruction of Government Property**

_____                    _____
Guilty                                        Not Guilty

**Count 5:**      **Obstruction of an Official Proceeding**

_____                    _____
Guilty                                       Not Guilty

**Count 6:**      **Entering or Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**

_____                    _____
Guilty                                       Not Guilty

**Count 7:**      **Disorderly or Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**

_____                    _____
Guilty                                       Not Guilty

**Count 8:**      **Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**

_____                    _____
Guilty                                       Not Guilty

**Count 9:**      **Disorderly Conduct in a Capitol Building**

_____                    _____
Guilty                                       Not Guilty

**Count 10:**     **Act of Physical Violence in a Capitol Building**

_____                    _____
Guilty                                       Not Guilty

**Count 11:**     **Parading, Demonstrating, or Picketing in a Capitol Building**

_____                                    _____
Guilty                                                      Not Guilty

Dated this _____ day of _____, 2022

                                          _____
                                          FOREPERSON