IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| vs. | * | Case No.: 21-cr-00190 DLF |
| **ZACHARY JORDAN ALAM** | * | |
| **Defendant** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW, the Defendant, Zachary Jordan Alam, by and through appointed counsel, Michael E. Lawlor, Esq., and Nicholas G. Madiou, Esq., and Brennan, McKenna & Lawlor, Chtd., and hereby respectfully files this Motion to withdraw as counsel for Mr. Alam. In support of this Motion, counsel states the following.

1. Undersigned counsel was appointed to represent Mr. Alam pursuant to the Criminal Justice Act.  Counsel's appearance was entered into this matter on March 16, 2021.

2. Undersigned counsel request to withdraw their appearance because new counsel Jerry Ray Smith has entered his appearance as counsel for the defendant.  Mr. Smith noted his appearance on behalf of Mr. Alam on November 16, 2022, *see* ECF docket number 52.

3. For this reason, undersigned counsel respectfully asks this Court

1

to permit undersigned counsel to withdraw from the representation of Mr. Alam.

WHEREFORE, for the reasons stated, undersigned counsel respectfully asks this Honorable Court to grant this Motion, and strike the appearance of Michael E. Lawlor, Esq. and Nicholas G. Madiou, Esq. as counsel for Mr. Alam.

Respectfully submitted,

/s/
_____
Michael E. Lawlor, Esq.
Nicholas G. Madiou, Esq.
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
301.474.0044
mlawlor@verizon.net
nmadiou@brennanmckenna.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 16, 2022, a copy of the foregoing was sent to the United States Attorney's Office for the District of Columbia, via ECF.

/s/
_____
Michael E. Lawlor, Esq.