IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA** \*

**vs.** \*   **Case No.: 21-cr-00190 DLF**

**ZACHARY JORDAN ALAM** \*

**Defendant** \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

This matter is before the Court on the defendant's Motion to Withdraw as Counsel. The Court having considered the motion, being fully advised, it is this _____ day of _____, 2022;

**ORDERED**, that the motion be, and hereby is, **GRANTED**, and it is further:

**ORDERED,** that the appearance of Michael E. Lawlor, Nicholas G. Madiou and the Law Firm of Brennan, McKenna & Lawlor, be withdrawn as counsel for the defendant.

_____
U.S. District Court Judge