**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | **CRIMINAL CASE NO.: 21-cr-190-DLF** |
| v. | ) | |
| | ) | |
| **ZACHARY JORDAN ALAM,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**NOTICE OF APPEARANCE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that in the above-captioned matter, Assistant U.S. Attorney Joseph S. Smith, Jr. hereby enters his appearance, in addition to Assistant U.S. Attorney Rebekah Lederer, as an attorney for the Government.

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:  s/ *Joseph S. Smith, Jr.*
Joseph S. Smith, Jr.
CA Bar No. 200108
Assistant U.S. Attorney
601 D Street, N.W.
Washington, D.C. 20530
(619) 546-8299
joseph.s.smith@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

On this 25th day of April, 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Joseph S. Smith, Jr.*
JOSEPH S. SMITH, JR.
Assistant U.S. Attorney
