# EXHIBIT B

# GOVERNMENT'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO SUPPRESS EVIDENCE

# 21-CR-190 (DLF)

Mon 1/4/21    pack: hoody      Tue, Jan 5
noon Mom's house      pack: detergent, CGTs
1p Zoom call

{ mail hoody } post
{ get $ order } office

Sun 1/10/21

~~* activate burner - go in store & use cash~~

- turn on phone
  - buy crypto from cashapp, BTC
  - finance stuff   • text - Armstrong
  - email   • write contact #s
  - weather
  - directions
- turn off phone, put in plastic bag,
  put in tire. Stash tire.
- consolidate crypto

From storage:   ID's
                 clothes
                 T-shirt press
                 longboard
                 drone charge cable

mon 1/11/21

- check gift cards ①
- ~~get~~ ② password to newsletters "HD"
- ~~consolidate crypto~~
- ~~gyms~~ ? ~~no public~~
  ~~only home gym~~

→ PBRG
  Brownstone
  Casey

now: work out
     shave
     read

How are you so patriotic?
It's b/c I love America, b/c
of American-made trucks and
God-made country.

Bicameral legislature
Speaker's Lobby



Senate — Rotunda — House
N / W

39 Hardwood Ln
Mohnton PA
19540

222 N. to 568 E.
Alleghenyville Rd. to
Hardwood Ln.

Vicki — 910 713 1007



39 Hardwood Ln
Mohnton PA
19540

222 N. to 568 E.
Alleghenyville Rd. to
Hardwood Ln.

mon 1/11/21

- check gift cards
- get password to newsletters "HD"
- consolidate crypto
- gyms ? — no public
  — only home gym    PBRG
                     Brownstone
                     Casey

now: work out
     shave
     read

How are you so patriotic?
It's b/c I love America, b/c
of American-made trucks and
God-made country.

Bicameral legislature
Speaker's Lobby

③
[Senate — Rotunda — House]  N
                             W

HQwtDTmy

Apra  202 727 5355

Vicki — 910 713 1007



Tue 1/12

- Get to Mary's house
- Research/newsletter reading
  - place trades (read EST mailbag)
  - ~~catalyst review~~ BBC
- read books
- workout

Wed 1/13

On phone
- call Erin Wicomb
- call/text Mark
- OR call nobody

Neiman Marcus directions
where's weed
call Mom
call Granny Mary
call James
call Armstrong

now: get food, hair clippers

buy CRV on Binance
move XRP to ledger
read Near Future Report wd



Fri 1/15/21  Fix blinds
 Food shopping
4 a       wake. Breakfast. Br. teeth        • finish laundry
5:30 a                                      • clip nails
6 a       gym. Shower                       • shave pits
7:45 a    leave                             • ~~leave key~~
8:30 a    Good Hope                         • email Janelle


mon 1/18/21                                 from car:
                                            ~~• water~~
5:30 p      @ Armstrong's                   ~~• underwear~~
                                            ~~• AA batteries~~
   • Shower                                 ~~• flashlight~~
   •                                        ~~• change into PJs~~
get: $ ~~funnels, papers,~~ (thermals),     ~~• wallet~~
     ~~mats~~                               ~~• fork~~
read: proverbs, revelation                  ~~• stove~~
pack: bike, bags, stetson,                  ~~• phone~~
      jeans, Power of Now, flag
• open new bank acct
• Check if you still have
  Chase account
• Delete Pics on FB.

Tue 1/19/21

- email Janelle
- check eBay

Wed. 1/20/21

shopping: Lowe's
- head gear for flashlight
- wipes  ~~paper towels~~
- ~~forks~~  ~~water~~
- thermals

① Stephanie Bartlett
66 Landing Ln
Unit 216
Laconia, NH 03246

② 5155 ivyfarm rd
Cincinnati, OH 45243

③ 153 Aikens Rd
Creekside, PA 15732

④ 5801 246th Cres
Douglaston, NY 11362

───

① 9 veterans Square
Lancolnia, NH 03246

② 5159 Ivyfarm rd
Cincinnati, OH 45243

③ 143 Aikens Rd
Creekside, PA 15732

④ 5701 246th Cres
Douglaston, NY 11362



text Lenny 787 399 3131

Fri

- Call tire & auto shop for appt.

- groceries
  - candles

- Secure cash fence
  → call Anoopa, DC ppl, Hal, JP

→ • Trade truck for car

- "Look for a black Bentley"
- VPN on mac

Video
- Certify your American-ness
- Why I did what I did. Explanation
- Call out Trump
- What we must do as a people
  - make new friends
  - re-allocate funds to decentralized assets
  - buy ETH up to $1800

Call to action: send ETH send text

Ending: "Never scared" G-eazy

Thu 1/28/21

- Authentication marks on video
- Research security (location intelligence)
- Research how to launder BTC
- Holla at Armstrong

- Logo on corner →
- Hire editor for intro

- "Wanted a civilized discussion w/ our representatives but the door wouldn't open.
- Call out Pence - should have been over

- Post video twice: once on FB then a couple days later on youtube to maximize authentic video exposure

- Laundry
- email Jeanette
- Call tire shop

- HDMI Cable
- vacuum
- Clorox wipes

groceries
- water
- milk
- bread
- veggies

Fri 1/29/21

| Ticker | Date | Strike | Price |
|---|---|---|---|
| (NOK) | 2/5/21 | $5 C | $0.6 |
| EXPR | 2/19/21 | $5 C | $2.3 |
| (TRVG) | 2/19/21 | $2.50 C | $0.55 |
| (SCHW) | 2/5/21 | $52 P | $0.62 |
| SCHF | 2/19/21 | $36 P | $2.2 |
| BB | 2/5/21 | $16 C | $2.61 |