UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | )( | |
| | )( | Criminal No. 21-190 (DLF) |
| v. | )( | Judge Friedrich |
| | )( | |
| ZACHARY ALAM | )( | |

## ORDER

The Court having considered defendant Zachary Alam's Unopposed Motion to Extend Reply Deadlines, it is, this _____ day of May 2023, hereby

**ORDERED** that the motion is granted, and it is further

**ORDERED** that the defense deadline for filing replies to the government's oppositions to defense pretrial motions is extended from May 19, 2023 to June 5, 2023, and it is further

**ORDERED** that the government's deadline for filing its reply to Mr. Alam's opposition to its motion in limine is extended from May 19, 2023 to June 5, 2023.

**SO ORDERED.**

_____
Dabney L. Friedrich
United Stated District Judge