UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )( | |
| )( | Criminal No. 21-190 (DLF) |
| v.   )( | Judge Friedrich |
| )( | Pretrial Conference: July 10, 2023 |
| ZACHARY ALAM   )( | |

**UNOPPOSED MOTION TO EXCLUDE TIME
UNDER THE SPEEDY TRIAL ACT**

COMES NOW the defendant, Zachary Alam, by and through undersigned counsel, and respectfully moves this Honorable Court to exclude time under the Speedy Trial Act (18 U.S.C. § 3161) to July 10, 2023.  In support of this motion, Mr. Alam would show:

1. On June 27, 2023, a motions hearing was held in his case.  The issues addressed at the motions hearing remain unresolved, and those issues are going to be further addressed at the pretrial-conference hearing, which had already been previously scheduled for July 10, 2023.  Additionally, there are issues related to Mr. Alam's representation that need to be addressed at the pretrial-conference hearing.

2. So that the issues raised at the motions hearing on June 27, 2023 and issues related to Mr. Alam's representation can be considered at the pretrial-conference hearing on July 10, 2023, Mr. Alam requests that time under the Speedy Trail Act be excluded until the date of the pretrial conference—that is, until July 10, 2023.  Mr. Alam submits that such exclusion of time is in the interest of justice.

1

3. Undersigned counsel has consulted with Assistant United States Attorney Joseph Smith, and Mr. Smith has indicated that the government does not oppose this motion to exclude time under the Speedy Trial Act until July 10, 2023.

WHEREFORE, the defendant, Zachary Alam, moves this Honorable Court to exclude time under the Speedy Trial Act to July 10, 2023.

Respectfully submitted,

\_\_\_\_/s/_____
Jerry Ray Smith , Jr.
Counsel for Zachary Alam
D.C. Bar No. 448699
717 D Street, N.W.
Suite 310
Washington, DC 20004
E-mail: jerryraysmith@verizon.net
Phone: (202) 347-6101