UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | )( | |
| | )( | Criminal No. 21-190 (DLF) |
| v. | )( | Judge Friedrich |
| | )( | Pretrial Conference: July 10, 2023 |
| ZACHARY ALAM | )( | |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW Jerry Ray Smith, Jr., counsel for Zachary Alam, and respectfully moves this Honorable Court to permit him to withdraw from this case. In support of this motion, counsel would show:

1.  Mr. Alam has informed undersigned counsel that he no longer wants counsel to be his attorney, and he has directed counsel to make his wishes known to the Court.

2.  Undersigned counsel believes that irreconcilable differences between Mr. Alam and counsel require termination of counsel's representation of Mr. Alam. Counsel believes that there has been a breakdown in the attorney-client relationship between Mr. Alam and counsel.

3.  Undersigned counsel believes that retained counsel is prepared to enter his appearance in this case. However, retained counsel would not be able to properly prepare the case for trial by the current trial date of July 31, 2023. Nevertheless, undersigned counsel believes he should no longer be Mr. Alam's counsel.

4.  Undersigned counsel can make additional representations regarding why he must withdraw as Mr. Alam's counsel ex parte if the Court requests.

1

## CONCLUSION

WHEREFORE, Jerry Ray Smith, Jr. moves this Honorable Court to permit him to withdraw as counsel for Zachary Alam.

                                                  Respectfully submitted,

                                                  \_\_\_\_/s/_____
                                                  Jerry Ray Smith, Jr.
                                                  D.C. Bar No. 448699
                                                  Counsel for Zachary Alam
                                                  717 D Street, N.W.
                                                  Suite 310
                                                  Washington, DC 20004
                                                  E-mail: jerryraysmith@verizon.net
                                                  Phone: (202) 347-6101