United States District Court
District of Columbia
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

                                      Case No. 21-cr-190 (DLF)

    *- against -*                        **NOTICE OF APPEARANCE**

ZACHARY JORDON ALAM,

           *Defendant.*

-------------------------------------------------------------X

MSSRS:

    Please Take Notice that the above-named Defendant, ZACHARY ALAM, has retained the undersigned to represent him in the above captioned matter and demands all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated:  New York, New York
          July 14, 2023

                                        Respectfully Submitted,

                                        ____/s/_____
                                        STEVEN A. METCALF II, ESQ.
                                        *Attorney for Mr. Alam*
                                        Metcalf & Metcalf, P.C.
                                        99 Park Avenue, 6th Flr.
                                        New York, NY 10016
                                        (*Office*) 646.253.0514
                                        (*Fax*) 646.219.2012