UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CASE NO. 21-cr-190-DLF |
| v. | : | |
| | : | |
| ZACHARY JORDAN ALAM, | : | |
| | : | |
| Defendant. | : | |

**MOTION TO DISMISS COUNT TWO**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this motion to dismiss Count Two (18 U.S.C. § 111(a)(1) and § 111(b)) of the Second Superseding Indictment. The government is moving to dismiss Count Two in the interest of justice.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:  /s/ Rebekah Lederer
Rebekah Lederer
Pennsylvania Bar No. 320922
Assistant United States Attorney
U.S Attorney's Office for District of
Columbia 601 D St. N.W, Washington, DC
20530
(202) 252-7012
rebekah.lederer@usdoj.gov

/s/ Joseph S. Smith, Jr.
Joseph S. Smith, Jr.
CA Bar No. 200108
Assistant U.S. Attorney
601 D Street, N.W. Washington, D.C. 20530
(619) 546-8299
joseph.s.smith@usdoj.gov