## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CASE NO. 21-cr-190-DLF** |
| **v.** : | |
| : | |
| **ZACHARY JORDAN ALAM,** : | |
| : | |
| **Defendant.** : | |

The United States' Motion to Dismiss Count Two of the Second Superseding Indictment, charging Defendant ZACHARY ALAM, is **GRANTED**.

It is hereby **ORDERED** that Count Two be DISMISSED WITHOUT PREDJUDICE.

DATED: _____

_____
HONORABLE DABNEY L. FRIEDRICH
UNITED STATES DISTRICT JUDGE