# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 21-cr-00190-DLF |
| v. : | |
| : | |
| ZACHARY ALAM, : | |
| : | |
| Defendant. : | |

## NOTICE OF FILING OF JOINT PROPOSED JURY INSTRUCTIONS

The United States, by and through the United States Attorney for the District of Columbia, and joined by the Defendant, hereby files the parties' joint proposed jury instructions, attached as Ex. 1. The parties have conferred on these instructions. Defense and the Government are proposing alternate instructions on Count One, Count Five, and Instruction 31, and the Defense is individually proposing Instructions 32, 33, and 34

FOR THE DEFENDANT

ZACHARY ALAM
Defendant

*s/*_____
STEVEN ALAN METCALF, II
METCALF & METCALF, P.C.
99 Park Avenue
6th Floor
New York, NY 10016
fedcases@metcalflawnyc.com
646-253-0514

FOR THE UNITED STATES

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

/S/ Joseph S. Smith, Jr.
JOSEPH S. SMITH, JR.
Assistant United States Attorney
CA Bar No. 200108
U.S. Attorney's Office
District of Columbia
601 D Street N.W.
Washington, D.C. 20530
Joseph.s.smith@usdoj.gov
(619) 546-8299

REBEKAH LEDERER
Assistant U.S. Attorney
Pennsylvania Bar No. 320922
rebekah.lederer@usdoj.gov