UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CASE NO. 21-cr-190-DLF** |
| v. | : | |
| | : | |
| **ZACHARY JORDAN ALAM,** | : | |
| | : | |
| Defendant. | : | |

## VERDICT FORM

**Count 1:**     **Assaulting, Resisting, or Impeding Certain Officers**

_____          _____
Guilty                                    Not Guilty

**Count 3:**     **Obstructing Officers During a Civil Disorder**

_____          _____
Guilty                                    Not Guilty

**Count 4:**     **Destruction of Government Property**

_____          _____
Guilty                                    Not Guilty

**Count 5:** **Obstruction of an Official Proceeding**

_____                _____
Guilty                                                            Not Guilty

**Count 6:** **Entering or Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**

_____                _____
Guilty                                                            Not Guilty

**If you have marked Guilty as to Count 6 above, proceed to Count 7. If not, you must consider the lesser included offense:**

_____                _____
Guilty                                                            Not Guilty

**Count 7:** **Disorderly or Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**

_____                _____
Guilty                                                            Not Guilty

**If you have marked Guilty as to Count 7 above, proceed to Count 8. If not, you must consider the lesser included offense:**

_____                _____
Guilty                                                            Not Guilty

**Count 8:** **Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**

_____          _____
Guilty                                                      Not Guilty

**If you have marked Guilty as to Count 8 above, proceed to Count 9. If not, you must consider the lesser included offense:**

_____          _____
Guilty                                                      Not Guilty

**Count 9:** **Disorderly Conduct in a Capitol Building**

_____          _____
Guilty                                                      Not Guilty

**Count 10:** **Act of Physical Violence in a Capitol Building**

_____          _____
Guilty                                                      Not Guilty

**Count 11:** **Parading, Demonstrating, or Picketing in a Capitol Building**

_____          _____
Guilty                                                      Not Guilty


Dated this _____ day of _____, 2023

_____
FOREPERSON