𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 ℭ𝔬𝔲𝔯𝔱
𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 𝔬𝔣 ℭ𝔬𝔩𝔲𝔪𝔟𝔦𝔞
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

                                            Case No. 21-cr-190 (DLF)

     *- against -*

ZACHARY JORDON ALAM,

                 *Defendant*.
-------------------------------------------------------------X

### DEFENSES PROOFER FOR OFFICERS BEHIND THE DOORS:

### I.  Lack of Dispersal Orders / Warnings / Safety Exit for Protestors to Leave

(1) USCP Officer Tyson has stated that "when Lt. Bird had his gun drawn, TYSON was behind one pillar, Sgt. McKenna was located behind another pillar and Officer Smith was located Someone had a helmet in the main door. All of them gave demands 'don't come in'".

(2) Officer McKenna has stated the following:

> "After the members exited the lobby, McKENNA re-entered the House Chamber floor and reported via radio communication traffic to the command post that he heard shots fired. McKENNA was later told it was just the glass that rioters had shattered. **Lt. Bird also advised McKENNA that shots were not fired**. McKENNA corrected the previous radio communication traffic to the command post. McKENNA heard shouting and screaming from the east side but was unable to recall anything specific."

(3) McKenna also stated that "By the time McKENNA took cover in the lobby and next to Lt. Bird, Lt. Bird then shot Babbit." McKenna goes on to state "McKENNA was unsure what he saw but McKENNA thinks one of the windows may have cracked before McKENNA re-entered the House Chamber floor. As McKENNA returned to the lobby floor, the fourth window was smashed. While McKENNA took cover while Babbit was lifted in the opening of the fourth window (that was smashed)."

(4)   McKenna additionally recounts, when JaydenX video was paused at 32:44, as such video

|   |   |
|---|---|
|   | was paused at the timeframe Alam was hitting the windows, that "Lt. Bird was seen taking cover with his pistol pointed at the rioters. McKENNA does not recall being behind cover at that point." |
| (5) | Overall, McKenna "recalled he; Lt. Bird; and Ofc. Tyson were the only ones located near the seating area. McKENNA recalled seeing Babbit inside the frame of the fourth smashed window." As of 7/21/2022, McKenna did not mention any warnings being given by himself, Byrd, or Tyson. |
| (6) | Lt. Byrd gave an extended interview with NBC, where he states that he gave verbal warnings to protestors, and instructed protestors pursuant to his training and protocols. Lt. Byrd did also admit that it was possible that nobody on the other side of the glass could have seen or heard him. Byrd stated that it was difficult for anyone to hear him because of his mask. |
| (8) | Lt. Byrd stated that he recalled his throat was hurting afterwards. |
| (9) | Overall, Byrd stated that he gave as much warning as he possibly could, but those on the other side of the glass may not have seen or heard him. |

## II. Crimes Alam is Alleged to Have Committed Remained Ongoing After the Shooting

1. Lt. Byrd stated in his extended interview that after the shooting, none of the protestors breached the Speaker Lobby doors.

2. The shooting, upon information and belief, took place between 2:36 and 2:41 pm.

3. Alam is charged with 18 USC 1512 (c)(2), which is alleged to have remained "ongoing" – even after the shooting.

4. Alam is also charged with 18 USC 1752(a)(1), Entering and Remaining in a Restricted Building with a Deadly or Dangerous Weapon, another allegation that is alleged to have remained "ongoing" – even after the shooting.

5. Alam also stands charged with 18 USC 1752(a)(2), Disorderly and Disruptive Conduct in a Restricted Building with a Deadly or Dangerous another allegation that is alleged to have remained "ongoing" – even after the shooting. The testimony of these officers goes to the elements of "when and so that conduct did in fact impede and disrupt the orderly conduct of Government business and official functions, and during and in relation to the offense, did use and carry a deadly or dangerous weapon, that is, a helmet."

Dated:  New York, New York
            September 1, 2023                    Respectfully Submitted,

                                                 ____/s/_____
                                                 STEVEN A. METCALF II, ESQ.
                                                 *Attorney for Mr. Alam*
                                                 Metcalf & Metcalf, P.C.
                                                 99 Park Avenue, 6th Flr.
                                                 New York, NY 10016
                                                 (*Office*) 646.253.0514
                                                 (*Fax*) 646.219.2012