# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 21-CR-0190-DLF |
| ZACHARY ALAM, | |
| DEFENDANT | |

### CERTIFICATION OF DATA COPIED FROM AN ELECTRONIC DEVICE, STORAGE MEDIUM, OR FILE PURSUANT TO FRE 902(14)

I, Steven M. Lopacinski, attest under penalties of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this declaration is true and correct. I am employed by the Federal Bureau of Investigation (FBI) in the position of Special Agent (SA) / Digital Forensic Examiner (DFE) at the Washington Field Office, Northern Virginia Resident Agency, Computer Analysis Response Team (CART) Laboratory, in Manassas, Virginia. The SA/DFE is responsible for the lawfully authorized imaging, extracting/copying of the contents, of electronic devices to include electronic storage media, smartphones, cellular telephones, tablets, and other electronic devices. By reason of my position and specialized training, I am authorized and qualified to make this declaration as a "qualified person" under Rule 902(14) of the Federal Rules of Evidence.

I further state:

1. I created a Full File System (FFS) extraction of an Apple iPhone 7, Model A1660, International Mobile Equipment Identity (IMEI) 354909097687259,

"3339d47b89434acac748390be9ca5e8a61c7d735_files_full.zip" using GrayKey version 1.10.1.21812323, App Bundle 3.5.1. Included with the FFS extraction process is a Keychain account and password management file, "3339d47b89434acac748390be9ca5e8a61c7d735_keychain.plist". I also created a logical extraction of a Nano Subscriber Identity Module (SIM) card, International Circuit Card Identifier (ICCID) 8901260053963175711, contained within the Apple iPhone 7, using Cellebrite UFED 4PC version 7.44.0.205.

2. I generated a report for the above FFS extraction "3339d47b89434acac748390be9ca5e8a61c7d735_files_full.zip", Keychain file "3339d47b89434acac748390be9ca5e8a61c7d735_keychain.plist", and SIM card extraction using Cellebrite Physical Analyzer version 7.56.0.20.

3. The WFO/CART Lab GrayKey, Cellebrite UFED 4PC, and Cellebrite Physical Analyzer were working as designed during the date(s) of extraction and report generation.

4. For purposes of FRE 902(14), I certify that Government Exhibit 513 consists of the report and data that I extracted/copied from the above-described electronic device and that this data can be authenticated by the following hash values, which is a process of digital identification:

| File name | MD5 Hash Value |
|---|---|
| 3339d47b89434acac748390be9ca5e8a61c7d735_files_full.zip | 2825ae09fdd55f931afda4e99d9f1122 |
| 3339d47b89434acac748390be9ca5e8a61c7d735_keychain.plist | 5e093f8ebf33c1503acc08e44865e1ce |

5.  I further certify that Government Exhibit 501 consists of a Cellebrite Tagged Items Report, which presents in report format true and accurate copies of selected data and images extracted from the above-described electronic device.

6.  I further certify that Government Exhibits 502, 503, 504, 505, 506, 507, 508, and 509 consist of photographs extracted from the above-described electronic device.

7.  I further state that this certification is intended to satisfy FRE 902(14).

_____          08/29/2023
SA/DFE Steven M. Lopacinski                08/29/2023