# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 21-CR-0190-DLF |
| ZACHARY ALAM, | |
| DEFENDANT | |

## CERTIFICATION OF DATA COPIED FROM AN ELECTRONIC DEVICE, STORAGE MEDIUM, OR FILE PURSUANT TO FRE 902(14)

I, Steven M. Lopacinski, attest under penalties of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this declaration is true and correct. I am employed by the Federal Bureau of Investigation (FBI) in the position of Special Agent (SA) / Digital Forensic Examiner (DFE) at the Washington Field Office, Northern Virginia Resident Agency, Computer Analysis Response Team (CART) Laboratory, in Manassas, Virginia. The SA/DFE is responsible for the lawfully authorized imaging, extracting/copying of the contents, of electronic devices to include electronic storage media, smartphones, cellular telephones, tablets, and other electronic devices. By reason of my position and specialized training, I am authorized and qualified to make this declaration as a "qualified person" under Rule 902(14) of the Federal Rules of Evidence.

I further state:

1. I processed an Apple iCloud search warrant production return for the account(s) associated with Apple ID zalam91@gmail.com in Cellebrite

Physical Analyzer. This data can be authenticated by the following hash values for the GPG encrypted zip files provided by Apple, which is a process of digital identification:

| File Name | SHA256 Hash Value |
| --- | --- |
| 353458-MAILHEADER-2215462.zip.gpg | d151e59d3111358f2d8a70b767ed6d92194e3c8f5d49a2764fda4fbfae4eff62 |
| 353458-ACCOUNT-2215512.zip.gpg | f6ac377b67f32a0d3e4f7e8711713eb7f9fe1acb22f16dbfb657e42cea665035 |
| 353458-BACKUP-2215569.zip.gpg | 81d5681677e538aa421cdc9686557b6c124dc28ce7aa5df3d8f5c3cdb5146cf9 |
| 353458-BOOKMARKS-2215464.zip.gpg | 6fd373292a9802b96dda5d88324340a7a176ac59e62a49ad5071c8352c8b6a12 |
| 353458-CALENDARS-2215460.zip.gpg | e1a1ab7491663c9e819238da66703b75ed1f5daa2ea74541f8708e417f4f5ad7 |
| 353458-CONTACTS-2215463.zip.gpg | 2f9f6bced0538337f8f988a95c4790e04398154a7beffa9a103a995b13df38f6 |
| 353458-DOCUMENTS-2215465.zip.gpg | a277afff22bc845541ad7e7f9baf02b80ae4cc50e753a3c8d8879e949b3261f3 |
| 353458-ICLOUDDRIVE-2215511.zip.gpg | aeb385e12e29aac1870727830521122bf71f58236b217e10b9f3a7a144768d687 |
| 353458-MAIL-2215461.zip.gpg | 9b5d486cd97b6d54d250c3f3efa8bb95c6356f1dba8cf423dd491214c98231db |
| 353458-NOTES-2215510.zip.gpg | ba2c55610ae4c1545ce9270548a01e8923ef311cce905c5473c9cfe3aed1a367 |
| 353458-CLOUDPHOTOLIBRARY-2215509.zip.gpg | 543196537a3ffed91479b9b5ff534f98b201af64ad75504343dfd27a384f8403 |
| 353458-ICLOUD-LOG-2215495.zip.gpg | 2577fdba8bca3f01e603c711273d28aa3788414111c2e47316a76484b684a857 |
| 353458-MAIL-LOG-2215496.zip.gpg | bb2bb7eeaf76a41761b322e27c35765db80f21ecef50fd513f4d176d0d651c4c |
| 353458-SAFARIBROWSINGHISTORY-2215459.zip.gpg | 856dc0df82ad82a504af277b56b55f1d85078a7a738b5c5fb49e3e232a54b006 |
| 353458-FACETIME-LOG-2215497.zip.gpg | 3a1378178d5cec837c717a02de4b086421f25d38af7051913798734aeb1d6147 |
| 353458-IMESSAGE-LOG-2215498.zip.gpg | c99862efe987a4d45c4e8a68a304057651829db0908e35a0581e92f7593d2577 |

2. I generated a report for the above Apple iCloud search warrant production return using Cellebrite Physical Analyzer version 7.47.0.49.

3. The Cellebrite Physical Analyzer software worked as designed during the date(s) of processing and report generation.

**Certification of Data Copied from an Electronic Device Storage Medium, or File Pursuant to FRE 902(14)—Page 2**

4. I downloaded and decrypted three supplemental GPG files provided by Apple, the contents of which could be viewed using native Windows applications. This data can be authenticated by the following hash values for the GPG encrypted zip files provided by Apple, which is a process of digital identification:

| File Name | SHA256 Hash Value |
| --- | --- |
| 353458-MAILHEADER-2544163.zip.gpg | c6e4df720369b1f43bdecbb708e2ed740e05b1a07ac32a2d9d70d20437c6844a |
| 353458-ACCOUNT-2215512.zip.gpg | f6ac377b67f32a0d3e4f7e8711713eb7f9fe1acb22f16dbfb657e42cea665035 |
| 353458-MAIL-2544184.zip.gpg | 1839e2d5d2e654f841652c9cf2c2c56688cd5e22774658ec60c6b8f369f77f89 |

5. For purposes of FRE 902(14), I certify that the following GPG files consists of the information I extracted/copied from the above-described Apple iCloud search warrant production return and that this data can be authenticated by the following hash values, which is a process of digital identification:

| File Name | SHA256 Hash Value |
| --- | --- |
| 353458-MAILHEADER-2215462.zip.gpg | d151e59d3111358f2d8a70b767ed6d92194e3c8f5d49a2764fda4fbfae4eff62 |
| 353458-ACCOUNT-2215512.zip.gpg | f6ac377b67f32a0d3e4f7e8711713eb7f9fe1acb22f16dbfb657e42cea665035 |
| 353458-BACKUP-2215569.zip.gpg | 81d5681677e538aa421cdc9686557b6c124dc28ce7aa5df3d8f5c3cdb5146cf9 |
| 353458-BOOKMARKS-2215464.zip.gpg | 6fd373292a9802b96dda5d88324340a7a176ac59e62a49ad5071c8352c8b6a12 |
| 353458-CALENDARS-2215460.zip.gpg | e1a1ab7491663c9e819238da66703b75ed1f5daa2ea74541f8708e417f4f5ad7 |
| 353458-CONTACTS-2215463.zip.gpg | 2f9f6bced0538337f8f988a95c4790e04398154a7beffa9a103a995b13df38f6 |
| 353458-DOCUMENTS-2215465.zip.gpg | a277affff22bc845541ad7e7f9baf02b80ae4cc50e753a3c8d8879e949b3261f3 |
| 353458-ICLOUDDRIVE-2215511.zip.gpg | aeb385e12e29aac1870727830522122bf71f58236b217e10b9f3a7a144768d687 |
| 353458-MAIL-2215461.zip.gpg | 9b5d486cd97b6d54d250c3f3efa8bb95c6356f1dba8cf423dd491214c98231db |
| 353458-NOTES-2215510.zip.gpg | ba2c55610ae4c1545ec9270548a01e8923ef311cce905c5473c9cfe3aed1a367 |

**Certification of Data Copied from an Electronic Device Storage Medium, or File Pursuant to FRE 902(14)—Page 3**

| | |
|---|---|
| 353458-CLOUDPHOTOLIBRARY-2215509.zip.gpg | 543196537a3ffed91479b9b5ff534f98b201af64ad75504343dfd27a384f8403 |
| 353458-ICLOUD-LOG-2215495.zip.gpg | 2577fdba8bca3f01e603c711273d28aa3788414111c2e47316a76484b684a857 |
| 353458-MAIL-LOG-2215496.zip.gpg | bb2bb7eeaf76a41761b322e27c35765db80f21ecef50fd513f4d176d0d651c4c |
| 353458-SAFARIBROWSINGHISTORY-2215459.zip.gpg | 856dc0df82ad82a504af277b56b55f1d85078a7a738b5c5fb49e3e232a54b006 |
| 353458-FACETIME-LOG-2215497.zip.gpg | 3a1378178d5cec837c717a02de4b086421f25d38af7051913798734aeb1d6147 |
| 353458-IMESSAGE-LOG-2215498.zip.gpg | c99862efe987a4d45c4e8a68a304057651829db0908e35a0581e92f7593d2577 |
| 353458-MAILHEADER-2544163.zip.gpg | c6e4df720369b1f43bdecbb708e2ed740e05b1a07ac32a2d9d70d20437c6844a |
| 353458-ACCOUNT-2215512.zip.gpg | f6ac377b67f32a0d3e4f7e8711713eb7f9fe1acb22f16dbfb657e42cea665035 |
| 353458-MAIL-2544184.zip.gpg | 1839e2d5d2e654f841652c9cf2c2c56688cd5e22774658ec60c6b8f369f77f89 |

6. For purposes of FRE 902(14), I certify that Government Exhibit 611 consists of the report and data that I extracted/copied from the above-described iCloud search warrant return and that this data can be authenticated by the above-listed hash values, which is a process of digital identification.

7. I further certify that Government Exhibits 604 is a Cellebrite Tagged Items Report which presents in report format true and accurate copies of selected data and images extracted from the above-described Apple iCloud search warrant production return.

8. I further certify that Government Exhibits 605, 606, 607, 608, 609, and 610 are true and accurate copies of images with accompanying image file metadata extracted from the above-described Apple iCloud search warrant production return.

9. I further state that this certification is intended to satisfy FRE 902(14).

*[signature]*  08/29/2023

SA/DFE Steven M. Lopacinski                    08/29/2023