IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                                    NO.  21-CR-0190-DLF

ZACHARY ALAM,

DEFENDANT

## GOVERNMENT'S NOTICE OF FILING OF ITS PROPOSED REDACTED AND INTERLINEATED SECOND SUPERSEDING INDICTMENT

As ordered by the Court, the United States of America files this notice of filing, along with the attached proposed redacted and interlineated second superseding indictment in the subject case.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:    /s/ Joseph S. Smith, Jr
       Assistant United States Attorney
       United States Attorney's Office
       601 D Street, N.W. Washington, D.C. 20530
       Joseph.s.smith@usdoj.gov

       /s/ Rebekah Lederer
       REBEKAH LEDERER
       Assistant United States Attorney
       United States Attorney's Office
       601 D Street, N.W. Washington, D.C. 20530
       Rekeah.lederer@usdoj.gov