CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

)
)
)
vs.                            )          Criminal No.: CR 21-190
)
ZACHARY ALAM              )
)

## NOTE FROM JURY

In the definition of "deadly or dangerous weapon" on page 35 of the instructions, in the clause "carried it with the intent that it be used in a manner capable of causing serious bodily injury or death," to meet that definition, does it require defendant intended to cause "serious bodily injury or death" to another person?

Date: 9/12/23

Time: 10:17am