CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

ZACHARY ALAM

Criminal No.: CR 21-190

## NOTE FROM JURY

In Count 1, pg. 22 of the Instructions, does the word "intentionally" from Element 3 apply to the term "forcibly"?

Date: 9/12/23

Time: 1:03 PM