UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA             :
                                     :   CASE NO. 21-cr-190-DLF
          v.                         :
                                     :
ZACHARY JORDAN ALAM,                 :
                                     :
          Defendant.                 :

## VERDICT FORM

**Count 1:**  Assaulting, Resisting, or Impeding Certain Officers

    ✓ Guilty          ___ Not Guilty

**Count 3:**  Obstructing Officers During a Civil Disorder

    ✓ Guilty          ___ Not Guilty

**Count 4:**  Destruction of Government Property

    ✓ Guilty          ___ Not Guilty

**Count 5:** Obstruction of an Official Proceeding

__✓_____  _____
Guilty       Not Guilty

**Count 6:** Entering or Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon

__✓_____  _____
Guilty       Not Guilty

If you have marked Guilty as to Count 6 above, proceed to Count 7. If not, you must consider the lesser included offense:

_____  _____
Guilty       Not Guilty

**Count 7:** Disorderly or Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon

__✓_____  _____
Guilty       Not Guilty

If you have marked Guilty as to Count 7 above, proceed to Count 8. If not, you must consider the lesser included offense:

_____  _____
Guilty       Not Guilty

**Count 8:** Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon

____✓____                                     _____
Guilty                                              Not Guilty

If you have marked Guilty as to Count 8 above, proceed to Count 9. If not, you must consider the lesser included offense:

_____                                     _____
Guilty                                              Not Guilty

**Count 9:** Disorderly Conduct in a Capitol Building

____✓____                                     _____
Guilty                                              Not Guilty

**Count 10:** Act of Physical Violence in a Capitol Building

____✓____                                     _____
Guilty                                              Not Guilty

**Count 11:** Parading, Demonstrating, or Picketing in a Capitol Building

____✓____                                     _____
Guilty                                              Not Guilty

Dated this __12th__ day of __September__, 2023