CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

)
)
)
vs.        )    Criminal No.: CR 21-190
)
ZACHARY ALAM    )
)

## NOTE FROM JURY

The jury has reached a verdict on all counts.

Date: 9/12/23

Time: 2:54 pm