IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
───────────────────────────────

UNITED STATES OF AMERICA,

       *v.*

ZACHARY JORDON ALAM,

       *Defendant.*

No. 1:21-cr-00901 (DLF)

───────────────────────────────

### DEFENDANT ALAM'S REQUEST TO EXTEND POST CONVICTION MOTIONS

    Defendant's submission of post-trial motions is due today, October, 12, 2023; whereby the government's opposition is then due October 19, 2023. It is respectfully requested that Defendant's submission dates be extended for one week – to October 19,2023; whereby the government's time to Reply will also be extended to November 2, 2023.

    Prior to making this request, defense counsel reached out to AUSA Rebekah Lederer, and AUSA Joseph Smith, who after emails and phone calls do not oppose the schedule set forth above.

    This is the first defense request for an extension, and will greatly appreciate any courtesy this Court is willing to extend.

    THEREFORE, it is respectfully submitted that Defendants post-conviction motions be extended from **October 12, 2023 to November 2, 2023, or any date that is convenient for the Government and the Court.**

Dated:  October 12, 2023                       Respectfully Submitted,

                                             */s/ **Steven A. Metcalf II***
                                             _____

STEVEN A. METCALF II, ESQ.
**Metcalf & Metcalf, P.C.**
*Attorneys for Alam*
99 Park Avenue, 6th Floor
New York, NY 10016
*Phone* 646.253.0514
*Fax* 646.219.2012
*metcalflawnyc@gmail.com*

## CERTIFICATE OF SERVICE

I hereby certify that, on October 12, 2023, the forgoing document was filed via the Court's electronic filing system, and sent to the AUSA via email, which constitutes service upon all counsel of record.

*/s/ Steven A. Metcalf II, Esq.*
_____
STEVEN A. METCALF II, ESQ.
**Metcalf & Metcalf, P.C.**
*Attorneys for Alam*
99 Park Avenue, 6th Floor
New York, NY 10016
*Phone* 646.253.0514
*Fax* 646.219.2012
*metcalflawnyc@gmail.com*