**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

---

UNITED STATES OF AMERICA,

       *v*.

ZACHARY JORDON ALAM,

       *Defendant*.

No. 1:21-cr-00190 (DLF)

## DEFENDANT ALAM'S REQUEST TO EXTEND POST CONVICTION MOTIONS

Defendant's submission of post-trial motions is due today, October, 19, 2023; whereby the government's opposition is then due November 2, 2023. It is respectfully requested that Defendant's submission dates be extended one more time to October 25, 2023; whereby the government's time to Reply will also be extended to November 8, 2023.

Prior to making this request, defense counsel reached out to AUSA Rebekah Lederer, and AUSA Joseph Smith, who after phone calls agreed that Wednesday is the best time for the parties to submit or respective positions.

This is the second defense request for an extension, and is based on a recent injury of one who assists in the daily caring of our children. Because of this individuals injury, my wife and I have not had the expected help with our children since Tuesday, and our court cases this week alln had to be adjusted.

IN LIGHT OF THIS, it is respectfully submitted that Defendants post-conviction motions be extended from **October 19, 2023 to October 25, 2023, or any date that is convenient for the Government and the Court.**

Dated: October 19, 2023                               Respectfully Submitted,

/s/ *Steven A. Metcalf II*

_____

STEVEN A. METCALF II, ESQ.
**Metcalf & Metcalf, P.C.**
*Attorneys for Alam*
99 Park Avenue, 6th Floor
New York, NY 10016
*Phone* 646.253.0514
*Fax* 646.219.2012
[metcalflawnyc@gmail.com](mailto:metcalflawnyc@gmail.com)

## CERTIFICATE OF SERVICE

  I hereby certify that, on October 19, 2023, the forgoing document was filed via the Court's electronic filing system, and sent to the AUSA via email, which constitutes service upon all counsel of record.

               */s/ Steven A. Metcalf II, Esq.*
               _____
               STEVEN A. METCALF II, ESQ.
               **Metcalf & Metcalf, P.C.**
               *Attorneys for Alam*
               99 Park Avenue, 6th Floor
               New York, NY 10016
               *Phone* 646.253.0514
               *Fax* 646.219.2012
               *metcalflawnyc@gmail.com*