

**STEVEN A. METCALF II, ESQ.**, Managing Attorney\*\*\*
**NANETTE IDA METCALF, ESQ.**, Managing Attorney\*\*
**CIARA SANTIAGO**, ESQ., Associate Attorney
**CHRISTOPHER DARDEN, ESQ.**, *Special Counsel*\*

<u>Via ECF</u>                                                                                          December 21, 2023
Judge Dabney L. Friedrich
*US District Court & Bankruptcy Courts for DC*
333 Constitution Ave., N.W.
Washington, D.C. 20001

Re: *USA v Zachary Alam,* 1:21-cr-00190-DLF

Your Honor:

This office represents Mr. Alam in the above-referenced matter. We are respectfully requesting that this Honorable Court extend the sentencing date, and submission dates.

Throughout the last couple of months there have been various scheduling issues causing the PSR interview having not yet been conducted. For example, an interview was scheduled this past Tuesday, December 19, 2023, and the jail failed to produce Mr. Alam. In light of not having the interview conducted and the report completed, Pre Trail requested that the sentencing be adjourned to a date no earlier than April 1, 2024.

I reached out to AUSA Smith and explained the situation. Together we coordinated different dates and times, and both agree April 8, 2024 is the best date for the parties. In coordinating such date, we emailed your Honor's Clerk, Mr. Hopkins, reflecting that position.

I thank the Court in advance for its consideration and understanding on this request. I am reachable anytime at 631.521.1499 to discuss this matter further. It is hereby respectfully requested that sentencing be adjourned until April 8, 2024.

*\*Licensed in California*
*\*\*Licensed in New York and California*
*\*\*\*Licensed in New York, SDNY, EDNY, WDNY, DC District,*
*Second Circuit Court of Appeals and DC Court of Appeals*

**Metcalf & Metcalf, P.C.**
99 Park Avenue, Suite 810
New York, NY 10016
646.253.0514 (*Phone*)
646.219.2012 (*Fax*)

P a g e  | 1

Respectfully submitted,

*/s/ Steven Alan Metcalf*

_____
STEVEN A. METCALF, ESQ.
*Attorney for Defendant*

**Metcalf & Metcalf, P.C.**
99 Park Avenue, Suite 810
New York, NY 10016
646.253.0514 (*Phone*)
646.219.2012 (*Fax*)

Page | 2