IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No. 21-CR-00190-DLF |
| v. ) | |
| ZACHARY ALAM, ) | |
| Defendant. ) | |

**PARTIES' JOINT MOTION TO CONTINUE**

The parties, through undersigned counsel, respectfully request an extension of the sentencing date and submission dates until a date no earlier than April 1, 2024. Both parties coordinated different dates and times, and both agree April 8, 2024 is the best date for the parties. In coordinating such date, we emailed your Honor's Clerk, Mr. Hopkins, who confirmed with the parties that April 8, 2024, is available for the Court.

Throughout the last couple of months there have been various scheduling issues affecting the scheduling and completion of the PSR For example, there were significant initial delays in communicating with Defense regarding the interview, and after an interview was scheduled for December 19, 2023, the jail failed to produce Mr. Alam. In light of not having the interview conducted and the report completed, the United States Probation Office has requested that the sentencing hearing be continued to a date no earlier than April 1, 2024, to provide sufficient time to complete a report and allow the parties to submit sentencing pleadings.

As such, the parties respectfully request that this Honorable Court continue the sentencing hearing date to April 8, 2024.with any sentencing submissions due in advance of the

1

hearing subject to the Court's established practice. Further, the parties agree that time should continue to be excluded under the Speedy Trial Act.

                          Respectfully submitted,

                          /s/ *Joseph S. Smith*
                          Joseph S. Smith
                          Assistant U.S. Attorney
                          U.S. Attorney's Office for the District of Columbia
                          555 Fourth Street NW
                          Washington, DC 20530
                          (619) 546-8299
                          joseph.s.smith@usdoj.gov

                          /s/*Steven Metcalf*
                          Steven A. Metcalf II, Esq.
                          Metcalf & Metcalf, P.C.
                          99 Park Avenue, Suite 810
                          New York, NY 10016
                          646.253.0514 (Phone)
                          metcalflawnyc@gmail.com
                          *Counsel for Zachary Alam*

Dated: December 28, 2023

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 28, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*/s/ Steven A. Metcalf*
Steven A. Metcalf, Esq.