

# EXHIBIT A

**Metcalf & Metcalf, P.C.**
99 Park Avenue, Suite 810
New York, NY 10016
646.253.0514 (*Phone*)
646.219.2012 (*Fax*)

RE: Zachary J. Alam                                                                                                                April 9, 2024

My name is Karyn Alam. I am Zachary Alam's mother, born and raised in the USA. I was a public high school and University of Arizona mathematics educator from 1978 to 1996. Subsequently, I was employed by the Florida Department of Revenue, and the Virginia Department of Taxation, until my retirement in 2022. I am writing this letter at my son's request, in preparation for his April 2024 sentencing trial. I identified Zachary to the FBI after the January 6th attack on the US Capitol.

Growing up, Zachary was self-motivated, intelligent, creative, funny, personable, and athletic. He had good friends. He was an excellent student with a promising future. In 2014, Zachary graduated with honors in biomedical engineering from the University of Virginia. Soon after, Zachary's father pushed him to apply to medical school. Unbeknownst to me, his father completed and submitted the applications, scheduled the interviews, and made the travel plans. Zachary obediently went to the interviews, and was admitted to medical school in Alabama. He was willing to give medical school a try, however, he quickly realized that medical school was not for him, and in the autumn of 2014, Zachary withdrew. His father could not accept that Zachary would not become a doctor, and stated that he "disowned" Zachary. Zachary returned home to Virginia.

In July of 2015, Zachary's father and I divorced; Zachary continued to live at home with me. He attempted numerous jobs, such as selling health products, unloading trucks, working at a vitamin store, being a personal trainer, driving a bike taxi, and bussing tables. I gave Zachary emotional and moral support to the best of my ability, but his father's rejection continued. Zachary had turned to alcohol and drug use and associated with people who were negative influences; he began committing misdemeanor crimes to survive.

On January 8, 2021, Zachary's father texted me a video that was filmed during the January 6th US Capitol attack, showing a man recklessly breaking a window at the House of Representatives. The man looked like Zachary. Friends and family members contacted each other about the video; all were in disbelief that it was Zachary, but all knew it was he. Zachary had fled the capitol and driven to Pennsylvania, where he attempted to stay with 3 separate family members. After numerous family discussions and painful, emotional anguish, I made the decision to identify Zachary to the FBI. I feared for Zachary's well-being; family members feared for their own welfare, since we could all identify him. Identifying my son to the FBI was the most difficult, heart-breaking decision I have ever made, but I felt it was the right thing to do.

Zachary has served more than 3 years of time in jail, to be held accountable for his actions. To my knowledge, Zachary participated in the US Capitol attack after he attended President Trump's January 6th speech at the White House. Zachary told me he got "wrapped up in it", inspired by President Trump. Zachary has been a caring and affectionate son, grandson, brother, nephew, cousin, and friend. At 32 years of age, he deserves a chance to realize his future. I look forward to Zachary being reunited with his family, and ask for your time, wisdom, and mercy in this matter.

Thank you for your sound consideration,

Karyn L. Alam