𝔘nited 𝔖tates 𝔇istrict 𝔇ourt
𝔉or the 𝔇istrict of 𝔇olumbia

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-*v*-<br><br>ZACHARY JORDON ALAM,<br><br>        *Defendant*. | Docket No. 1:21-CR-00901-DLF |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Now comes Defendant, ZACHARY ALAM, by and through his undersigned counsel, and respectfully moves this Honorable Court for an Order granting counsel for Defendant leave to file this Supplemental Motion to Defendant's Sentencing Submission under seal of Court, and in support thereof the Defendant states:

This filing is requested to be filed under seal because of the factors outlined in *United States v. Hubbard*, 650 F.2d 293 (D.C. Cir. 1980), which apply as follows:

(1)     The need for public access to the document at issue is minimum and this case does not involve access to the courtroom conduct of a criminal trial. The document at issue is to update this Court and the Government of the medical issues regarding defendant Alam.  A criminal proceeding typically last for a short or specific duration, whereas a separate filing regarding sentencing is completely outside the scope of the "criminal case";

(2) *Public Use of the Documents and Fact of Objection and Identity of Those Objecting to Disclosure*. In the instant case, public use of the unnecessarily information contained herein invades the privacy of third parties who are not directly related in the criminal proceeding of the Defendant;

(3) *Strength of the Generalized Property and Privacy Interests Asserted*. In the instant case there is little or no generalized interest in the appointment of funded attorney and investigative services.

(4) *Possibility of Prejudice and the Purposes for which the Documents were Introduced*. The Defendant's representations herein would be prejudiced by the public having the opportunity of merely knowing about this information. Such information is provided in good faith – with the understanding that only the government and the Court will have knowledge to such information because such only has to do with Defendant Alam's mental history.

Here, there is a reasonable basis for believing the Defendant's representation would be prejudiced in considering whether to seal Defendant's Motion. These filings contain absolutely nothing relating to the conduct of the United States Government, or evidence that the government would have used in its case against Mr. Alam.

For these reasons, it is respectfully requested that Mr. Alam's request to file this Supplemental under seal of the Court be granted.

**WHEREFORE**, Defendant, ALAM respectfully requests this Honorable Court to grant leave to file Defendant's Supplemental under seal, and for such other and further relief as this Honorable Court deems just and proper.

    Respectfully Submitted,

    */s/ Steven Alan Metcalf II*
    _____
    STEVEN A. METCALF II, ESQ.
    Metcalf & Metcalf, P.C.
    99 Park Avenue, Suite 810
    New York, NY 10016
    (*Office*) 646.253.0514
    (*Fax*) 646.219.2012