Steven Metcalf II, Esq. <metcalflawnyc@gmail.com>

## Karyn Alam Letter Regarding Zachary Alam
1 message

**Karyn Alam** <gardenlady1956@gmail.com>  Mon, Apr 29, 2024 at 9:08 PM
To: Steven Metcalf <metcalflawnyc@gmail.com>

Steven Metcalf
99 Park Ave., Suite 810
New York, NY 10016

Attorney Metcalf,

Since we spoke last week, I have been thinking a lot about my son, Zachary. Relevant memories have come back to me regarding Zachary and his mental well-being.

Last week, I informed you that I do not know of any current medications that Zachary has been prescribed.

Also, I told you about my efforts to get Zachary to see a therapist after he left medical school.

We spoke again today and you asked me about whether Zachary went to a psychiatric facility upon leaving medical school. In fact, Zachary was taken to a psychiatric facility, which was initiated by the medical school. Upon further thought this is what I can recall and what I want the court to know. Shortly after Zachary graduated from the University of Virginia in 2014, Zachary was arrested for a DUI. His father and I had to bail him out of jail. Zachary lost his driver's license and was then ordered to attend Alcoholics Anonymous. At the time, Zachary was only 23 years old.

Zachary had already been admitted to the Alabama School of Osteopathic Medicine, so we sent him to Dothan, Alabama with funds for transportation, because he had no license. In addition to classes, Zach attended AA meetings in Alabama. About 2 months after Zach had been attending classes at the Alabama School of Osteopathic Medicine, the school called me to notify me that Zachary had been kicked out of a bar after getting into an altercation with someone over a girl and that this behavior was against the code of ethics for a medical student. Zach was going to be called before the medical school board and expelled from medical school. I was advised to withdraw him rather than the expulsion going on his record. As a family, we came to the conclusion that it was better for him to withdraw.

At a very young age, Zach was attending medical school, as well as dealing with what I believe to have been a drinking problem. Soon after that, based on my best recollection, I was notified by the school that Zachary was found in a bathroom stall with a belt around his neck. This is around the same time that we made the decision for him to withdraw from medical school. Based on my best recollection, he was then taken by force to a psychiatric facility. After approximately one week, the psychiatric facility called me to come and get Zachary. I was not informed of any medications that the facility wanted Zachary to continue to take and I was not informed of any further treatment plan. I had to assure them that Zach would be coming back to our family home, as well as it was recommended that Zach attend therapy. After Zach returned home, he attended three therapy sessions, but refused to continue, even though I encouraged him and did everything in my position to continue these therapy sessions. He did attend AA meetings, but I recall one occasion he came home drunk. It got to the point where I did call 911 to take him to rehab, but he refused to go. At that time, I attended ALANON group meetings to help me cope with Zach and his drinking abuse. It was at that time I asked Zach to leave the house. Zach moved out of my house in 2015. Since that time, I have done everything I can to be his mother, and communicate with him as much as possible. Still to this day I do not know of him being diagnosed with any mental illness, but I do continue to question any potential mental illness not being properly diagnosed. I do believe that my son has not sought proper treatment, and because of this he has not been diagnosed with anything or prescribed any necessary medication. I hope this gives clarity to my son's situation and the questions that you have posed to me.

Karyn Alam