# United States District Court for the District of Columbia

| UNITED STATES OF AMERICA | ) |
| vs. | ) Criminal No. |
| | ) |

## NOTICE OF APPEAL

Name and address of appellant:

Name and address of appellant's attorney:

Offense:

Concise statement of judgment or order, giving date, and any sentence:

Name and institution where now confined, if not on bail:

    I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

| November 25, 2024 | Zachary Alam |
| DATE | APPELLANT |
| | *Steven Metcalf* |
| | ATTORNEY FOR APPELLANT |

GOVT. APPEAL, NO FEE
CJA, NO FEE
PAID USDC FEE
PAID USCA FEE

| | YES | NO |
|---|---|---|
| Does counsel wish to appear on appeal? | YES | NO |
| Has counsel ordered transcripts? | YES | NO |
| Is this appeal pursuant to the 1984 Sentencing Reform Act? | YES | NO |