APPEAL,CAP,CAT B,CLOSED

# U.S. District Court
## District of Columbia (Washington, DC)
## CRIMINAL DOCKET FOR CASE #: <u>1:21−cr−00190−DLF</u> All Defendants

Case title: USA v. ALAM

Magistrate judge case number:  1:21−mj−00165−ZMF

Date Filed: 03/05/2021

Assigned to: Judge Dabney L. Friedrich

**Defendant (1)**

**ZACHARY JORDAN ALAM**                    represented by    **Jerry Ray Smith , Jr.**
JERRY RAY SMITH, JR., ATTORNEY AT
LAW
717 D Street, NW
Suite 310
Washington, DC 20004
202−641−4211
Email: jerryraysmith@verizon.net
*TERMINATED: 07/17/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

**Steven Alan Metcalf , II**
METCALF & METCALF, P.C.
99 Park Avenue
6th Floor
New York, NY 10016
646−253−0514
Fax: 646−219−2012
Email: fedcases@metcalflawnyc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

**Michael E. Lawlor**
BRENNAN MCKENNA & LAWLOR
6305 Ivy Lane
Suite 700
Greenbelt, MD 20770
(301) 474−0044
Fax: (301) 474−5730
Email: mlawlor@verizon.net
*TERMINATED: 11/17/2022*
Designation: Retained

Nicholas George Madiou
BRENNAN, MCKENNA & LAWLOR,
CHARTERED
6305 Ivy Lane
Suite 700
Greenbelt, MD 20770
301−474−0044
Fax: 301−474−5730
Email: nickmadiou@gmail.com
*TERMINATED: 11/17/2022*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
| --- | --- |
| 18:111(a)(1);<br>ASSAULTING/RESISTING/IMPEDING OFFICERS/EMPLOYEES; Assaulting, Resisting, or Impeding Certain Officers.<br>(1) | DISMISSED AT THE REQUEST OF THE GOVERNMENT |
| 18:111(a)(1);<br>ASSAULTING/RESISTING/IMPEDING OFFICERS/EMPLOYEES; Assaulting, Resisting, or Impeding Certain Officers<br>(1s) | DISMISSED AT THE REQUEST OF THE GOVERNMENT |
| 18:111(a)(1);<br>ASSAULTING/RESISTING/IMPEDING OFFICERS/EMPLOYEES; Assaulting, Resisting, or Impeding Certain Officers.<br>(1ss) | Defendant sentenced to ninety−six (96) months of incarceration, three (3) years of supervised release, $4,484 restitution and $100 special assessment |
| 18:111(a)(1) and (b);<br>ASSAULTING/RESISTING/IMPEDING OFFICERS/EMPLOYEES; Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon.<br>(2) | DISMISSED AT THE REQUEST OF THE GOVERNMENT |
| 18:111(a)(1) and (b);<br>ASSAULTING/RESISTING/IMPEDING OFFICERS/EMPLOYEES; Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon<br>(2s) | DISMISSED AT THE REQUEST OF THE GOVERNMENT |
| 18:111(a)(1) and (b);<br>ASSAULTING/RESISTING/IMPEDING OFFICERS/EMPLOYEES; Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon.<br>(2ss) | DISMISSED AT THE REQUEST OF THE GOVERNMENT |

18:231(a)(3) and 2; CIVIL DISORDER; Civil Disorder and Aiding and Abetting. (3)

DISMISSED AT THE REQUEST OF THE GOVERNMENT

18:23l(a)(3) and 2; CIVIL DISORDER; Civil Disorder and Aiding and Abetting (3s)

DISMISSED AT THE REQUEST OF THE GOVERNMENT

18:231(a)(3); CIVIL DISORDER; Civil Disorder. (3ss)

Defendant sentenced to sixty (60) months of incarceratin to run concurrent with Count 1ss, three (3) years of supervised release to run concurrent with Count 1ss, $4,484 restitution and $100 special assessment

18:1361; GOVERNMENT PROPERTY OR CONTRACTS >; Destruction of Government Property. (4)

DISMISSED AT THE REQUEST OF THE GOVERNMENT

18:1361; GOVERNMENT PROPERTY OR CONTRACTS; Destruction of Government Property (4s)

DISMISSED AT THE REQUEST OF THE GOVERNMENT

18:1361; GOVERNMENT PROPERTY OR CONTRACTS (>1000); Destruction of Government Property. (4ss)

Defendant sentenced to ninety−six (96) months of incarceration to run concurrent with Count 1ss, three (3) years of supervised release to run concurrent with Count 1ss, $4,484 restitution and $100 special assessment

18:1512(c)(2) and 2; TAMPERING WITH A WITNESS, VICTIM OR INFORMANT; Obstruction of an Official Proceeding and Aiding and Abetting. (5)

DISMISSED AT THE REQUEST OF THE GOVERNMENT

18:1512(c)(2) and 2; TAMPERING WITH A WITNESS, VICTIM OR INFORMANT; Obstruction of an Official Proceeding and Aiding and Abetting (5s)

DISMISSED AT THE REQUEST OF THE GOVERNMENT

18:1512(c)(2) and 2; TAMPERING WITH A WITNESS, VICTIM OR INFORMANT; Obstruction of an Official Proceeding and Aiding and Abetting. (5ss)

DISMISSED BY THE COURT

18:1752(a)(1) and (b)(1)(A); TEMPORARY RESIDENCE OF THE PRESIDENT; Entering and Remaining in a Restricted Building with a Deadly or Dangerous Weapon. (6)

DISMISSED AT THE REQUEST OF THE GOVERNMENT

| | |
|---|---|
| 18:1752(a)(l) and (b)(l)(A); TEMPORARY RESIDENCE OF THE PRESIDENT; Entering and Remaining in a Restricted Building with a Deadly or Dangerous Weapon (6s) | DISMISSED AT THE REQUEST OF THE GOVERNMENT |
| 18:1752(a)(1) and (b)(1)(A); TEMPORARY RESIDENCE OF THE PRESIDENT; Entering and Remaining in a Restricted Building with a Deadly or Dangerous Weapon. (6ss) | Defendant sentenced to ninety−six (96) months of incarceration to run concurrent with Count 1ss, three (3) years of supervised release to run concurrent with Count 1ss, $4,484 restitution and $100 special assessment |
| 18:1752(a)(2) and (b)(1)(A); TEMPORARY RESIDENCE OF THE PRESIDENT; Disorderly and Disruptive Conduct in a Restricted Building with a Deadly or Dangerous Weapon. (7) | DISMISSED AT THE REQUEST OF THE GOVERNMENT |
| 18:1752(a)(2) and (b)(l)(A); TEMPORARY RESIDENCE OF THE PRESIDENT; Disorderly and Disruptive Conduct in a Restricted Building with a Deadly or Dangerous Weapon (7s) | DISMISSED AT THE REQUEST OF THE GOVERNMENT |
| 18:1752(a)(2) and (b)(1)(A); TEMPORARY RESIDENCE OF THE PRESIDENT; Disorderly and Disruptive Conduct in a Restricted Building with a Deadly or Dangerous Weapon. (7ss) | Defendant sentenced to ninety−six (96) months of incarceration to run concurrent with Count 1ss, three (3) years of supervised release to run concurrent with Count 1ss, $4,484 restitution and $100 special assessment |
| 18:1752(a)(4) and (b)(1)(A); TEMPORARY RESIDENCE OF THE PRESIDENT; Engaging in Physical Violence in a Restricted Building with a Deadly or Dangerous Weapon. (8) | DISMISSED AT THE REQUEST OF THE GOVERNMENT |
| 18:1752(a)(4) and (b)(l)(A); TEMPORARY RESIDENCE OF THE PRESIDENT; Engaging in Physical Violence in a Restricted Building with a Deadly or Dangerous Weapon (8s) | DISMISSED AT THE REQUEST OF THE GOVERNMENT |
| 18:1752(a)(4) and (b)(1)(A); TEMPORARY RESIDENCE OF THE PRESIDENT; Engaging in Physical Violence in a Restricted Building with a Deadly or Dangerous Weapon. (8ss) | Defendant sentenced to ninety−six (96) months of incarceration to run concurrent with Count 1ss, three (3) years of supervised release to run concurrent with Count 1ss, $4,484 restitution and $100 special assessment |

| | |
|---|---|
| 40:5104(e)(2)(D); FEDERAL STATUTES, OTHER; Disorderly Conduct in a Capitol Building. (9) | DISMISSED AT THE REQUEST OF THE GOVERNMENT |
| 40:5104(e)(2)(D); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Disorderly Conduct in a Capitol Building (9s) | DISMISSED AT THE REQUEST OF THE GOVERNMENT |
| 40:5104(e)(2)(D); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Disorderly Conduct in a Capitol Building. (9ss) | Defendant sentenced to six (6) months of incarceration to run concurrent with Count 1ss, $4,484 restitution and $10 special assessment |
| 40:5104(e)(2)(F); FEDERAL STATUTES, OTHER; Act of Physical Violence in the Capitol Building. (10) | DISMISSED AT THE REQUEST OF THE GOVERNMENT |
| 40:5104(e)(2)(F); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Act of Physical Violence in the Capitol Building (10s) | DISMISSED AT THE REQUEST OF THE GOVERNMENT |
| 40:5104(e)(2)(F); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Act of Physical Violence in the Capitol Building. (10ss) | Defendant sentenced to six (6) months of incarceration to run concurrent with Count 1ss, $4,484 restitution and $10 special assessment |
| 40:5104(e)(2)(G); FEDERAL STATUTES, OTHER; Parading, Demonstrating, or Picketing in a Capitol Building. (11) | DISMISSED AT THE REQUEST OF THE GOVERNMENT |
| 40:5104(e)(2)(G); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Parading, Demonstrating, or Picketing in a Capitol Building (11s) | DISMISSED AT THE REQUEST OF THE GOVERNMENT |
| 40:5104(e)(2)(G); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Parading, Demonstrating, or Picketing in a Capitol Building. (11ss) | Defendant sentenced to six (6) months of incarceration to run concurrent with Count 1ss, $4,484 restitution and $10 special assessment |

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                    **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                           **Disposition**

COMPLAINT in VIOLATION of 18
U.S.C. §§ 111(a) and (b); 18 U.S.C. §
1361; 18 U.S.C. § 1512(c)(2); 18 U.S.C.
§§ 1752(a) and (b); 40 U.S.C. §§
5104(e)(2)(D), (F) and (G)

---

**Plaintiff**

**USA**                          represented by   **Candice Chiu Wong**
                                                  U.S. ATTORNEY'S OFFICE FOR THE
                                                  DISTRICT OF COLUMBIA
                                                  555 Fourth Street, NW
                                                  Washington, DC 20530
                                                  (202) 252−7849
                                                  Email: candice.wong@usdoj.gov
                                                  *TERMINATED: 04/05/2022*
                                                  *Designation: Assistant U.S. Attorney*

                                                  **Cindy Jane Cho**
                                                  DOJ−USAO
                                                  Southern District of Indiana
                                                  10 West Market Street
                                                  Suite 2100
                                                  Indianapolis, IN 46204
                                                  317−229−2425
                                                  Email: cindy.cho@usdoj.gov
                                                  *TERMINATED: 04/13/2023*
                                                  *Designation: Assistant U.S. Attorney*

                                                  **Joseph S. Smith**
                                                  USAO
                                                  LRM: Jim Heckman
                                                  880 Front Street
                                                  Room 6293
                                                  San Diego, CA 92101
                                                  619−546−8299
                                                  Email: joseph.s.smith@usdoj.gov
                                                  *ATTORNEY TO BE NOTICED*
                                                  *Designation: Retained*

**Melanie Alsworth**
DOJ−CRM
145 N Street NE
East Wing
Suite 2e300
Washington, DC 20530
202−514−0917
Email: melanie.alsworth2@usdoj.gov
*TERMINATED: 04/13/2023*
*Designation: Assistant U.S. Attorney*

**Rebekah Lederer**
USAO
Criminal
601 D Street NW
Washington, DC 20001
202−252−7012
Email: rebekah.lederer@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/25/2021 | 1 | SEALED COMPLAINT as to ZACHARY JORDAN ALAM (1). (Attachments: # 1 Affidavit in Support) (zltp) [1:21−mj−00165−ZMF] (Entered: 01/26/2021) |
| 01/25/2021 | 3 | MOTION to Seal Case by USA as to ZACHARY JORDAN ALAM. (Attachments: # 1 Text of Proposed Order)(zltp) [1:21−mj−00165−ZMF] (Entered: 01/26/2021) |
| 01/25/2021 | 4 | ORDER granting 3 Motion to Seal Case as to ZACHARY JORDAN ALAM (1). Signed by Magistrate Judge Zia M. Faruqui on 1/25/2021. (zltp) [1:21−mj−00165−ZMF] (Entered: 01/26/2021) |
| 01/30/2021 | | Case unsealed as to ZACHARY JORDAN ALAM (bb) [1:21−mj−00165−ZMF] (Entered: 02/01/2021) |
| 01/30/2021 | | Arrest of ZACHARY JORDAN ALAM in US District Court for the Eastern District of Pennsylvania. (bb) (Entered: 03/30/2021) |
| 03/04/2021 | 11 | Rule 5(c)(3) Documents Received as to ZACHARY JORDAN ALAM from US District Court for the Eastern District of Pennsylvania Case Number 21−mj−196 (bb) (Entered: 03/30/2021) |
| 03/05/2021 | 5 | INDICTMENT as to ZACHARY JORDAN ALAM (1) count(s) 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11. (zhsj) (Entered: 03/08/2021) |
| 03/16/2021 | 7 | NOTICE OF ATTORNEY APPEARANCE: Michael E. Lawlor appearing for ZACHARY JORDAN ALAM (Lawlor, Michael) (Entered: 03/16/2021) |
| 03/16/2021 | 8 | NOTICE *of Filing − Discovery Letter* by ZACHARY JORDAN ALAM (Attachments: # 1 Supplement Discovery Letter)(Lawlor, Michael) (Entered: 03/16/2021) |
| 03/16/2021 | 9 | NOTICE OF ATTORNEY APPEARANCE: Nicholas George Madiou appearing for ZACHARY JORDAN ALAM (Madiou, Nicholas) (Entered: 03/16/2021) |

| 03/16/2021 | | MINUTE ORDER. Pursuant to the Due Process Protections Act, the Court ORDERS that all government counsel shall review their disclosure obligations under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny, as set forth in Local Criminal Rule 5.1, and comply with those provisions. The failure to comply could result in dismissal of the indictment or information, dismissal of individual charges, exclusion of government evidence or witnesses, continuances, Bar discipline, or any other remedy that is just under the circumstances. So Ordered by Judge Dabney L. Friedrich on March 16, 2021. (lcdlf2) (Entered: 03/16/2021) |
|---|---|---|
| 03/26/2021 | 10 | NOTICE *OF DISCOVERY* by USA as to ZACHARY JORDAN ALAM (Attachments: # 1 Exhibit)(Wong, Candice) (Entered: 03/26/2021) |
| 03/26/2021 | | NOTICE OF HEARING as to ZACHARY JORDAN ALAM. Arraignment and Status set for 3/29/2021 at 9:30 AM via Video before Judge Dabney L. Friedrich. (zjch) (Entered: 03/26/2021) |
| 03/29/2021 | | Minute Entry for Status Conference as to ZACHARY JORDAN ALAM held on 3/29/2021 before Judge Dabney L. Friedrich. Speedy Trial Excludable (XT) started 3/29/2021 through 4/9/2021 in the interest of justice. Arraignment set for 4/9/2021 at 9:30 AM in Telephonic/VTC before Judge Dabney L. Friedrich. Bond Status of Defendant: Committed; Court Reporter: Sara Wick; Defense Attorney: Michael Lawlor; US Attorney: Candice Wong; Pretrial Officer: Andre Sidbury. (zjch) (Entered: 03/29/2021) |
| 04/13/2021 | | Minute Entry for Status Conference and Arraignment (continued from 4/9/2021) as to ZACHARY JORDAN ALAM on Counts 1,2,3,4,5,6,7,8,9,10,11 held on 4/13/2021 before Judge Dabney L. Friedrich. Speedy Trial Excludable (XT) started 4/9/2021 through 5/28/2021 in the interest of justice. Not Guilty Plea entered by ZACHARY JORDAN ALAM as to Counts 1,2,3,4,5,6,7,8,9,10,11. Status Conference set for 5/28/2021 at 10:00 AM via video before Judge Dabney L. Friedrich. Bond Status of Defendant: Committed; Court Reporter: Sara Wick; Defense Attorney: Michael Lawlor; US Attorney: Candice Wong. (zjch) (Entered: 04/13/2021) |
| 04/14/2021 | | MINUTE ORDER as to ZACHARY JORDAN ALAM. Consistent with the discussion during the status conference and arraignment held on April 13, 2021, and for reasons stated—namely the need for the defense to review forthcoming discovery and determine how to best defend this case, see 18 U.S.C. § 3161(h)(7)(B)(iv)—the Court finds that the "ends of justice outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Accordingly, the Court excludes time from April 13, 2021 to May 28, 2021 in computing the date for a speedy trial. So Ordered by Judge Dabney L. Friedrich on April 14, 2021. (lcdlf2) (Entered: 04/14/2021) |
| 04/28/2021 | 12 | Unopposed MOTION for Protective Order by USA as to ZACHARY JORDAN ALAM. (Attachments: # 1 Text of Proposed Order)(Wong, Candice) (Entered: 04/28/2021) |
| 04/29/2021 | 13 | ORDER granting the government's 12 Unopposed Motion for Protective Order as to ZACHARY JORDAN ALAM. See text for details. Signed by Judge Dabney L. Friedrich on April 29, 2021. (lcdlf2) (Entered: 04/29/2021) |
| 05/24/2021 | 14 | NOTICE *OF DISCOVERY* by USA as to ZACHARY JORDAN ALAM (Attachments: # 1 Exhibit)(Wong, Candice) (Entered: 05/24/2021) |
| 05/25/2021 | 15 | |

| | | |
|---|---|---|
| | | Unopposed MOTION for Disclosure *AN ORDER TO DISCLOSE ITEMS PROTECTED BY FEDERAL RULE OF CRIMINAL PROCEDURE 6(e) AND SEALED MATERIALS* by USA as to ZACHARY JORDAN ALAM. (Attachments: # 1 Text of Proposed Order)(Wong, Candice). Modified event title on 5/26/2021 (znmw). (Entered: 05/25/2021) |
| 05/26/2021 | | MINUTE ORDER granting the government's 15 Unopposed Motion for an Order to Disclose Items Protected by Federal Rule of Criminal Procedure 6(e) and Sealed Materials. Accordingly, it is ORDERED that the government may provide in discovery materials protected by Federal Rule of Criminal Procedure 6(e) and it may also provide sealed materials, pursuant to the previously entered protective order governing discovery. It is FURTHER ORDERED that this Order shall apply to the disclosure of materials described above to any co−defendants who may later be joined. So Ordered by Judge Dabney L. Friedrich on May 26, 2021. (lcdlf2) (Entered: 05/26/2021) |
| 05/26/2021 | 16 | Unopposed MOTION *O EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT* by USA as to ZACHARY JORDAN ALAM. (Attachments: # 1 Text of Proposed Order)(Wong, Candice) Modified Event on 5/26/2021 (zhsj). (Entered: 05/26/2021) |
| 05/26/2021 | 17 | NOTICE *OF DISCOVERY* by USA as to ZACHARY JORDAN ALAM (Attachments: # 1 Exhibit)(Wong, Candice) (Entered: 05/26/2021) |
| 05/28/2021 | | Minute Entry for Status Conference as to ZACHARY JORDAN ALAM held on 5/28/2021 before Judge Dabney L. Friedrich. Speedy Trial Excludable (XT) started 5/28/2021 through 7/21/2021 in the interest of justice. Motions due by 6/4/2021. Responses due by 6/11/2021. Motion Hearing set for 6/24/2021 at 12:30 PM via video before Judge Dabney L. Friedrich. Status Conference set for 7/21/2021 at 10:00 AM via video before Judge Dabney L. Friedrich. Bond Status of Defendant: Committed; Court Reporter: Sara Wick; Defense Attorney: Michael Lawlor; US Attorney: Candice Wong. (zjch) (Entered: 05/28/2021) |
| 05/28/2021 | | MINUTE ORDER as to ZACHARY JORDAN ALAM. It is ORDERED that the defendant shall submit his motion to revoke detention on or before June 4, 2021; the government shall file its opposition on or before June 11, 2021; and the defendant shall file any reply on or before June 18, 2021. A motions hearing is set for June 24, 2021 at 12:30 p.m. via videoconference, and a status conference is set for July 21, 2021 at 10:00 a.m. via videoconference. Consistent with the discussion during the status conference held on May 28, 2021, and for the reasons stated−−namely, the need for the defense to review voluminous and forthcoming discovery and to determine how best to defend this case, see 18 U.S.C. § 3161(h)(7)(B)(iv)−−the Court finds that the "ends of justice outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Accordingly, pursuant to the Speedy Trial Act and with the consent of the defendant, the government's 16 Unopposed Motion to Exclude Time Under the Speedy Trial Act is granted, and the time from May 28, 2021 through July 21, 2021 shall be excluded in computing the date for a speedy trial in this case. So Ordered by Judge Dabney L. Friedrich on May 28, 2021. (lcdlf2) (Entered: 05/28/2021) |
| 06/04/2021 | 18 | MOTION for Bond *and Conditions of Release* by ZACHARY JORDAN ALAM. (Lawlor, Michael) (Entered: 06/04/2021) |
| 06/11/2021 | 19 | Memorandum in Opposition by USA as to ZACHARY JORDAN ALAM re 18 MOTION for Bond *and Conditions of Release* (Wong, Candice) (Entered: |

| | | |
|---|---|---|
| | | 06/11/2021) |
| 06/11/2021 | 20 | NOTICE *of Discovery* by USA as to ZACHARY JORDAN ALAM (Attachments: # 1 Exhibit Discovery Letter)(Wong, Candice) (Entered: 06/11/2021) |
| 06/17/2021 | | Set/Reset Hearings as to ZACHARY JORDAN ALAM: Motion Hearing set for 6/24/2021 at 9:30 AM via video before Judge Dabney L. Friedrich. (zjch) (Entered: 06/17/2021) |
| 06/24/2021 | | Minute Entry for Motion Hearing as to ZACHARY JORDAN ALAM held on 6/24/2021 re 18 MOTION for Bond *and Conditions of Release* filed by ZACHARY JORDAN ALAM before Judge Dabney L. Friedrich: Court denies defendant's 18 Motion for Bond as to ZACHARY JORDAN ALAM (1); Bond Status of Defendant: Remains Committed; Court Reporter: Sara Wick Defense Attorney: Michael E. Lawlor; US Attorney: Candice Chiu Wong. (zjch) (Entered: 06/24/2021) |
| 06/24/2021 | | MINUTE ORDER as to ZACHARY JORDAN ALAM. For the reasons stated in the June 24, 2021 hearing, it is ORDERED that the defendant's 18 Motion for Bond and Conditions of Release is DENIED. A status conference is set for July 21, 2021 at 10:00 a.m. via videoconference. So Ordered by Judge Dabney L. Friedrich on June 24, 2021. (lcdlf2) (Entered: 06/24/2021) |
| 07/06/2021 | 21 | NOTICE *OF DISCOVERY* by USA as to ZACHARY JORDAN ALAM (Attachments: # 1 Exhibit)(Wong, Candice) (Entered: 07/06/2021) |
| 07/08/2021 | 22 | NOTICE *OF DISCOVERY* by USA as to ZACHARY JORDAN ALAM (Attachments: # 1 Exhibit)(Wong, Candice) (Entered: 07/08/2021) |
| 07/13/2021 | 23 | NOTICE *Memorandum Regarding Status of Discovery* by USA as to ZACHARY JORDAN ALAM (Attachments: # 1 Additional Examples of Defense Discovery Requests)(Wong, Candice) (Entered: 07/13/2021) |
| 07/14/2021 | 24 | NOTICE *OF DISCOVERY* by USA as to ZACHARY JORDAN ALAM (Attachments: # 1 Exhibit)(Wong, Candice) (Entered: 07/14/2021) |
| 07/21/2021 | | Minute Entry for Status Conference as to ZACHARY JORDAN ALAM held on 7/21/2021 before Judge Dabney L. Friedrich. Speedy Trial Excludable (XT) started 7/21/2021 through 8/17/2021 in the interest of justice. Status Conference set for 8/17/2021 at 11:00 AM via video before Judge Dabney L. Friedrich. Bond Status of Defendant: Remains Committed; Court Reporter: Sara Wick; Defense Attorney: Michael E. Lawlor; US Attorney: Candice Chiu Wong. (zjch) (Entered: 07/21/2021) |
| 08/17/2021 | | Minute Entry for Status Conference as to ZACHARY JORDAN ALAM held on 8/17/2021 before Judge Dabney L. Friedrich. Speedy Trial Excludable (XT) started 8/17/2021 through 9/15/2021 in the interest of justice. Motions due by 8/30/2021. Responses due by 9/6/2021. Replies due by 9/10/2021. Status Conference set for 9/15/2021 at 4:00 PM via video before Judge Dabney L. Friedrich. Bond Status of Defendant: Remains Committed; Court Reporter: Sara Wick; Defense Attorney: Michael E. Lawlor; US Attorney: Candice Chiu Wong. (zjch) (Entered: 08/17/2021) |
| 08/17/2021 | | MINUTE ORDER as to ZACHARY JORDAN ALAM. A status conference is set for September 15, 2021 at 4:00 p.m. via videoconference. The government shall file any motion to exclude time under the Speedy Trial Act on or before August 30, 2021; the defendant shall file any opposition on or before September 6, 2021; and the government shall file any reply on or before September 10, 2021. For the reasons stated in the August 17, 2021 hearing, including the ongoing plea negotiations and |

| | | |
|---|---|---|
| | | the need for the defense to review voluminous and forthcoming discovery and to determine how best to defend this case, see 18 U.S.C. § 3161(h)(7)(B)(iv)—the Court finds that the "ends of justice outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Accordingly, pursuant to the Speedy Trial Act and with the consent of the defendant, the time from August 17, 2021 through September 15, 2021 shall be excluded in computing the date for a speedy trial in this case. So Ordered by Judge Dabney L. Friedrich on August 17, 2021. (lcdlf2) (Entered: 08/17/2021) |
| 08/26/2021 | 25 | NOTICE *Memorandum Regarding Status of Discovery* by USA as to ZACHARY JORDAN ALAM (Wong, Candice) (Entered: 08/26/2021) |
| 08/30/2021 | 26 | MOTION to Continue *Trial and to Exclude Time Under the Speedy Trial Act* by USA as to ZACHARY JORDAN ALAM. (Wong, Candice) (Entered: 08/30/2021) |
| 08/30/2021 | 27 | MOTION to Exclude Time Under the Speedy Trial Act by USA as to ZACHARY JORDAN ALAM. (See Docket Entry 26 to View Document). (zhsj) (Entered: 08/31/2021) |
| 09/13/2021 | 28 | Consent MOTION to Continue *Status Conference Hearing* by ZACHARY JORDAN ALAM. (Attachments: # 1 Text of Proposed Order)(Lawlor, Michael) (Entered: 09/13/2021) |
| 09/14/2021 | 29 | MOTION Line Consenting to the Exclusion of Time Under the Speedy Trial Act by ZACHARY JORDAN ALAM. (Lawlor, Michael) (Entered: 09/14/2021) |
| 09/14/2021 | | MINUTE ORDER as to ZACHARY JORDAN ALAM. Upon consideration of the defendant's 28 29 Consent Motion to Continue Hearing and to exclude time until September 27, 2021, it is hereby ORDERED that the motion is GRANTED. The defendant's plea hearing is continued until September 27, 2021; and for the reasons stated in the August 17, 2021 hearing and in the defendant's 28 Consent Motion, including the ongoing plea negotiations and the need for the defense to review voluminous and forthcoming discovery to determine how best to defend this case, see 18 U.S.C. § 3161(h)(7)(B)(iv)—the Court finds that the "ends of justice outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Accordingly, pursuant to the Speedy Trial Act, and with the consent of the defendant 29 , the time from September 14, 2021, until September 27, 2021, shall be excluded in computing the date for a speedy trial in this case. Also before the Court is the government's 26 Motion to Continue Trial and Exclude Time Under the Speedy Trial Act, to which the defendant has not yet responded. The defendant shall file any response to the motion on or before September 24, 2021. So Ordered by Judge Dabney L. Friedrich on September 14, 2021. (lcdlf2) (Entered: 09/14/2021) |
| 09/14/2021 | | NOTICE OF HEARING as to ZACHARY JORDAN ALAM. Status Conference set for 9/27/2021 at 11:00 AM via video before Judge Dabney L. Friedrich. (zjch) (Entered: 09/14/2021) |
| 09/14/2021 | | Set/Reset Deadlines as to ZACHARY JORDAN ALAM: Responses due by 9/24/2021 (zjch, ) (Entered: 09/14/2021) |
| 09/15/2021 | | MINUTE ORDER as to ZACHARY JORDAN ALAM. The Northern Neck facility is unavailable until October 12 at 2:00 p.m. Accordingly, the Court will continue this matter until that date unless either party objects. The parties shall inform the Court on or before September 17, 2021, (1) whether they agree to a videoconference on October 12, 2021 at 2:00 p.m. or object and request an earlier in−person hearing, and |

| | | |
|---|---|---|
| | | (2) whether they agree that the Court shall exclude time under the Speedy Trial Act until October 12, 2021. So Ordered by Judge Dabney L. Friedrich on September 15, 2021. (lcdlf2) (Entered: 09/15/2021) |
| 09/15/2021 | | Set/Reset Hearings as to ZACHARY JORDAN ALAM:Status Conference set for 10/12/2021 at 2:00 PM via video before Judge Dabney L. Friedrich. (zjch) (Entered: 09/15/2021) |
| 09/15/2021 | 30 | NOTICE *Memorandum Regarding Status of Discovery* by USA as to ZACHARY JORDAN ALAM (Wong, Candice) (Entered: 09/15/2021) |
| 09/17/2021 | 31 | Joint STATUS REPORT by USA as to ZACHARY JORDAN ALAM (Wong, Candice) (Entered: 09/17/2021) |
| 09/17/2021 | | MINUTE ORDER as to ZACHARY JORDAN ALAM. Upon consideration of the government's 31 Joint Status Report, the status hearing is continued until October 12, 2021; and for the reasons stated in the August 17, 2021 hearing and in the defendant's 28 Consent Motion, including the ongoing plea negotiations and the need for the defense to review voluminous and forthcoming discovery to determine how best to defend this case, see 18 U.S.C. § 3161(h)(7)(B)(iv)—the Court finds that the "ends of justice outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Accordingly, pursuant to the Speedy Trial Act, and with the consent of the defendant 31 , the time from September 17, 2021, until October 12, 2021, shall be excluded in computing the date for a speedy trial in this case. So Ordered by Judge Dabney L. Friedrich on September 17, 2021. (lcdlf2) (Entered: 09/17/2021) |
| 09/17/2021 | | Set/Reset Hearings as to ZACHARY JORDAN ALAM:Status Conference set for 10/12/2021 at 2:00 PM via video before Judge Dabney L. Friedrich. (zjch, ) (Entered: 09/17/2021) |
| 09/17/2021 | 32 | NOTICE *of Discovery* by USA as to ZACHARY JORDAN ALAM (Attachments: # 1 Exhibit Discovery Letter)(Wong, Candice) (Entered: 09/17/2021) |
| 10/12/2021 | | MINUTE ORDER. Consistent with the discussion during the status conference held on October 12, 2021, a status conference is set for October 21, 2021 at 3:00 p.m. via videoconference. For the reasons stated during the October 12 hearing—namely the need for the defense to review voluminous and forthcoming discovery and the need for the defense to determine how best to defend this case, see 18 U.S.C. § 3161(h)(7)(B)(iv)—the Court finds that the "ends of justice outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Accordingly, pursuant to the Speedy Trial Act and with the consent of the defendant, the time from October 12, 2021 through October 21, 2021 shall be excluded in computing the date for a speedy trial in this case. So Ordered by Judge Dabney L. Friedrich on October 12, 2021. (lcdlf2) (Entered: 10/12/2021) |
| 10/12/2021 | | Minute Entry for Status Conference as to ZACHARY JORDAN ALAM held on 10/12/2021 before Judge Dabney L. Friedrich. Speedy Trial Excludable (XT) started 10/12/2021 through 10/21/2021 in the interest of justice. Status Conference set for 10/21/2021 at 3:00 PM via video before Judge Dabney L. Friedrich. Bond Status of Defendant: Remains Committed. Defendant was not present in the hearing; Court Reporter: Sara Wick; Defense Attorney: Michael E. Lawlor; US Attorney: Candice Chiu Wong. (zjch, ) (Entered: 10/12/2021) |
| 10/20/2021 | | |

| | | |
|---|---|---|
| | | Minute Entry for Status Conference as to ZACHARY JORDAN ALAM held on 10/20/2021 before Judge Dabney L. Friedrich. Speedy Trial Excludable (XT) started 10/20/2021 through 11/30/2021 in the interest of justice as to ZACHARY JORDAN ALAM, Bond Status of Defendant: Remains Committed − presence waived; Court Reporter: Sara Wick; Defense Attorney: Michael E. Lawlor; US Attorney: Candice Chiu Wong; (zjch, ) (Entered: 10/20/2021) |
| 10/20/2021 | | MINUTE ORDER. For the reasons stated during the October 20, 2021 status hearing—including the need for the defense to review voluminous and forthcoming discovery and the need for the defense to determine how best to defend this case, see 18 U.S.C. § 3161(h)(7)(B)(iv)—the Court finds that the "ends of justice outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Accordingly, pursuant to the Speedy Trial Act and with the consent of the defense, the time from October 20, 2021 through November 30, 2021 shall be excluded in computing the date for a speedy trial in this case. So Ordered by Judge Dabney L. Friedrich on October 20, 2021. (lcdlf2) (Entered: 10/20/2021) |
| 10/21/2021 | 33 | NOTICE *Memorandum Regarding Status of Discovery* by USA as to ZACHARY JORDAN ALAM (Wong, Candice) (Entered: 10/21/2021) |
| 10/22/2021 | | NOTICE OF HEARING as to ZACHARY JORDAN ALAM. Status Conference set for 10/27/2021 at 3:00 PM via video before Judge Dabney L. Friedrich. (zjch, ) (Entered: 10/22/2021) |
| 10/25/2021 | 34 | NOTICE *of Discovery* by USA as to ZACHARY JORDAN ALAM (Attachments: # 1 Exhibit Discovery Letter)(Wong, Candice) (Entered: 10/25/2021) |
| 10/27/2021 | | MINUTE ORDER. Consistent with the discussion during the status conference held on October 27, 2021, a status conference is set for December 22, 2021 at 2:00 p.m. via videoconference. For the reasons stated during the October 27 status hearing—namely the need for the defense to review voluminous and forthcoming discovery and the need for the defense to determine how best to defend this case, see 18 U.S.C. § 3161(h)(7)(B)(iv)—the Court finds that the "ends of justice outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Accordingly, pursuant to the Speedy Trial Act and with the consent of the defendant, the government's 26 Motion to Continue and to Exclude Time is granted, and the time from October 27, 2021 through December 22, 2021 shall be excluded in computing the date for a speedy trial in this case. So Ordered by Judge Dabney L. Friedrich on October 27, 2021. (lcdlf2) (Entered: 10/27/2021) |
| 10/27/2021 | | Minute Entry for Status Conference as to ZACHARY JORDAN ALAM held on 10/27/2021 before Judge Dabney L. Friedrich. Speedy Trial Excludable (XT) started 10/27/2021 through 12/22/2021 in the interest of justice. Status Conference set for 12/22/2021 at 2:00 PM via video before Judge Dabney L. Friedrich. Bond Status of Defendant: Remains Committed; Court Reporter: Sara Wick; Defense Attorney: Michael E. Lawlor; US Attorney: Candice Chiu Wong. (zjch, ) (Entered: 10/27/2021) |
| 11/05/2021 | 35 | NOTICE *Memorandum Regarding Status of Discovery* by USA as to ZACHARY JORDAN ALAM (Wong, Candice) (Entered: 11/05/2021) |
| 11/10/2021 | 36 | FIRST SUPERSEDING INDICTMENT as to ZACHARY JORDAN ALAM (1) count(s) 1s, 2s, 3s, 4s, 5s, 6s, 7s, 8s, 9s, 10s, 11s. (bb) (Entered: 11/16/2021) |
| 11/30/2021 | | NOTICE OF HEARING as to ZACHARY JORDAN ALAM. Arraignment set for 12/1/2021 at 2:00 PM via video before Judge Dabney L. Friedrich. (zjch, ) (Entered: |

| | | 11/30/2021) |
|---|---|---|
| 12/01/2021 | 38 | Consent MOTION to Continue *Status Conference Hearing* by ZACHARY JORDAN ALAM. (Attachments: # 1 Text of Proposed Order)(Lawlor, Michael) (Entered: 12/01/2021) |
| 12/01/2021 | | MINUTE ORDER. Upon consideration of the defendant's 38 Motion to Continue Status Conference, it is ORDERED that the motion is GRANTED. A status conference is set for December 9, 2021 at 2:00 p.m. via videoconference. So Ordered by Judge Dabney L. Friedrich on December 1, 2021. (lcdlf2) (Entered: 12/01/2021) |
| 12/01/2021 | | Set/Reset Hearings as to ZACHARY JORDAN ALAM: Arraignment set for 12/9/2021 at 2:00 PM via video before Judge Dabney L. Friedrich. (zjch, ) (Entered: 12/01/2021) |
| 12/03/2021 | | NOTICE OF HEARING as to ZACHARY JORDAN ALAM. Arraignment set for 12/6/2021 at 3:30 PM via video before Judge Dabney L. Friedrich. (zjch, ) (Entered: 12/03/2021) |
| 12/06/2021 | | Minute Entry for Arraignment as to ZACHARY JORDAN ALAM on Counts 1s,2s,3s,4s,5s,6s,7s,8s,9s,10s,11s held on 12/6/2021 before Judge Dabney L. Friedrich. Not Guilty Plea entered as to ZACHARY JORDAN ALAM on counts 1s, 2s, 3s, 4s, 5s, 6s, 7s, 8s, 9s, 10s, 11s. Bond Status of Defendant: Remains Committed; Court Reporter: Sara Wick; Defense Attorney: Michael E. Lawlor; US Attorney: Candice Chiu Wong. (zjch, ) (Entered: 12/06/2021) |
| 12/17/2021 | | NOTICE OF HEARING as to ZACHARY JORDAN ALAM. Status Conference set for 12/22/2021 at 2:00 PM via video before Judge Dabney L. Friedrich. (zjch, ) (Entered: 12/17/2021) |
| 12/21/2021 | 39 | NOTICE *OF DISCOVERY* by USA as to ZACHARY JORDAN ALAM (Attachments: # 1 Exhibit)(Wong, Candice) (Entered: 12/21/2021) |
| 12/22/2021 | | Minute Entry for Status Conference as to ZACHARY JORDAN ALAM held on 12/22/2021 before Judge Dabney L. Friedrich. Speedy Trial Excludable (XT) started 12/22/2021 through 2/3/2022 in the interest of justice. Status Conference set for 2/23/2022 at 2:00 PM via video before Judge Dabney L. Friedrich. Bond Status of Defendant: Remains Committed; Court Reporter: Sara Wick; Defense Attorney: Michael E. Lawlor; US Attorney: Candice Chiu Wong. (zjch, ) (Entered: 12/22/2021) |
| 12/22/2021 | | MINUTE ORDER. Consistent with the discussion during the December 22, 2021 status conference, a status hearing is set for February 23, 2022 at 2:00 p.m. via videoconference. For the reasons stated during the December 22 hearing—namely, the ongoing plea negotiations and the need for the defense to review voluminous and forthcoming discovery and to determine how best to defend this case, see 18 U.S.C. § 3161(h)(7)(B)(iv)—the Court finds that the "ends of justice outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Accordingly, pursuant to the Speedy Trial Act and with the consent of the defendant, the time from December 22, 2021 through February 23, 2022 shall be excluded in computing the date for a speedy trial in this case. So Ordered by Judge Dabney L. Friedrich on December 22, 2021. (lcdlf2) (Entered: 12/22/2021) |
| 02/10/2022 | 40 | NOTICE *Memorandum Regarding Status of Discovery* by USA as to ZACHARY JORDAN ALAM (Wong, Candice) (Entered: 02/10/2022) |
| 02/23/2022 | | |

| | | |
|---|---|---|
| | | Minute Entry for Status Conference as to ZACHARY JORDAN ALAM held on 2/23/2022 before Judge Dabney L. Friedrich. Speedy Trial Excludable (XT) started 2/23/2022 through 3/30/2022 in the interest of justice as to ZACHARY JORDAN ALAM. Status Conference set for 3/30/2022 at 2:00 PM via video before Judge Dabney L. Friedrich. Bond Status of Defendant: Remains Committed; Court Reporter: Sara Wick; Defense Attorney: Michael E. Lawlor; US Attorney: Candice Chiu Wong. (zjch, ) (Entered: 02/23/2022) |
| 02/23/2022 | | MINUTE ORDER. Consistent with the discussion during the February 23, 2022 status conference, a status hearing is set for March 30, 2022 at 2:00 p.m. via videoconference. For the reasons stated during the February 23 hearing—namely, the need for the defense to review voluminous and forthcoming discovery and to determine how best to defend this case, see 18 U.S.C. § 3161(h)(7)(B)(iv)—the Court finds that the "ends of justice outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Accordingly, pursuant to the Speedy Trial Act and with the consent of the defendant, the time from February 23, 2022 through March 30, 2022 shall be excluded in computing the date for a speedy trial in this case. So Ordered by Judge Dabney L. Friedrich on February 23, 2022. (lcdlf2) (Entered: 02/23/2022) |
| 03/29/2022 | | NOTICE OF HEARING as to ZACHARY JORDAN ALAM. Status Conference set for 3/30/2022 at 3:00 PM via video before Judge Dabney L. Friedrich. (zjch, ) (Entered: 03/29/2022) |
| 03/29/2022 | 41 | NOTICE OF ATTORNEY APPEARANCE Cindy Jane Cho appearing for USA. (Cho, Cindy) (Entered: 03/29/2022) |
| 03/30/2022 | | Minute Entry for Status Conference as to ZACHARY JORDAN ALAM held on 3/30/2022 before Judge Dabney L. Friedrich. Speedy Trial Excludable (XT) started 3/30/2022 through 5/17/2022 in the interest of justice as to ZACHARY JORDAN ALAM. Status Conference set for 5/17/2022 at 2:00 PM via video before Judge Dabney L. Friedrich. Bond Status of Defendant: Remains Committed; Court Reporter: Sara Wick; Defense Attorney: Nicholas Madiou; US Attorney: Candice Chiu Wong. (zjch, ) (Entered: 03/30/2022) |
| 03/30/2022 | | MINUTE ORDER. Consistent with the discussion during the March 30, 2022 status conference, a status hearing is set for May 17, 2022 at 2:00 p.m. For the reasons stated during the March 30 hearing—namely, the need for the defense to review voluminous and forthcoming discovery and to determine how best to defend this case, see 18 U.S.C. § 3161(h)(7)(B)(iv)—the Court finds that the "ends of justice outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Accordingly, pursuant to the Speedy Trial Act and with the consent of the defendant, the time from March 30, 2022 through May 17, 2022 shall be excluded in computing the date for a speedy trial in this case. So Ordered by Judge Dabney L. Friedrich on March 30, 2022. (lcdlf2) (Entered: 03/30/2022) |
| 04/03/2022 | 42 | NOTICE *of Discovery* by USA as to ZACHARY JORDAN ALAM (Attachments: # 1 Exhibit Discovery Letter)(Wong, Candice) (Entered: 04/03/2022) |
| 04/05/2022 | 43 | NOTICE OF WITHDRAWAL OF APPEARANCE by USA as to ZACHARY JORDAN ALAM (Wong, Candice) (Entered: 04/05/2022) |
| 05/17/2022 | 44 | Consent MOTION to Continue *and Exclusion of Time from Calculation Under the Speedy Trial Act* by ZACHARY JORDAN ALAM. (Attachments: # 1 Text of Proposed Order)(Lawlor, Michael) (Entered: 05/17/2022) |

| | | |
|---|---|---|
| 05/17/2022 | 45 | MOTION for Exclusion of Time From the Calculation Under the Speedy Trial Act by ZACHARY JORDAN ALAM. (See Docket Entry 44 to View Document). (zhsj) (Entered: 05/17/2022) |
| 05/17/2022 | | MINUTE ORDER as to ZACHARY JORDAN ALAM. Status hearing continued at the request of the defendant. Counsel to contact the Courtroom Deputy to determine a new date. So Ordered by Judge Dabney L. Friedrich on 5/17/2022. (zjch, ) (Entered: 05/17/2022) |
| 05/17/2022 | | MINUTE ORDER granting the defendant's 44 Consent Motion for Continuance and Exclusion of Time from Calculation Under the Speedy Trial Act. The status conference set for May 17, 2022 is continued until June 27, 2022 at 3:00 p.m. For the reasons stated during the March 30, 2022 status conference and in the defendant's 44 Consent Motion—namely, the need for the defense to review voluminous and forthcoming discovery and to determine how best to defend this case, see 18 U.S.C. § 3161(h)(7)(B)(iv)—the Court finds that the "ends of justice outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Accordingly, pursuant to the Speedy Trial Act and with the consent of the defendant, the time from May 17, 2022 through June 27, 2022 shall be excluded in computing the date for a speedy trial in this case. So Ordered by Judge Dabney L. Friedrich on May 17, 2022. (lcdlf2) (Entered: 05/17/2022) |
| 06/27/2022 | | MINUTE ORDER. Consistent with the discussion at the June 27, 2022 status hearing, it is ORDERED that the following schedule shall govern further proceedings: the defense shall file all pretrial motions on or before July 13, 2022; the government shall respond on or before July 25, 2022; and the defense shall reply on or before July 28, 2022. A motions hearing is set for August 1, 2022 at 2:00 p.m., and a pretrial conference is set for August 24, 2022 at 10:00 a.m., both in Courtroom 14. Trial is set to begin on August 29, 2022 at 9:30 a.m. in Courtroom 14. So Ordered by Judge Dabney L. Friedrich on June 27, 2022. (lcdlf2) (Entered: 06/27/2022) |
| 06/27/2022 | | Minute Entry for Status Conference as to ZACHARY JORDAN ALAM held on 6/27/2022 before Judge Dabney L. Friedrich. Motions due by 7/13/2022. Responses due by 7/25/2022. Replies due by 7/28/2022. Motion Hearing set for 8/1/2022 at 2:00 PM in Courtroom 14− In Person before Judge Dabney L. Friedrich. Pretrial Conference set for 8/24/2022 at 10:00 AM in Courtroom 14− In Person before Judge Dabney L. Friedrich. Jury Trial set for 8/29/2022 at 09:30 AM in Courtroom 14− In Person before Judge Dabney L. Friedrich. Bond Status of Defendant: Remains Committed; Court Reporter: Sara Wick; Defense Attorney: Michael Lawlor; US Attorney: Cindy Cho. (zjch, ) (Entered: 06/27/2022) |
| 06/28/2022 | 46 | PRETRIAL ORDER. See text for details. Signed by Judge Dabney L. Friedrich on June 28, 2022. (lcdlf2) (Entered: 06/28/2022) |
| 07/13/2022 | 47 | MOTION to Dismiss Count *Three, Five, Six, Seven & Eight of the First Superseding Indictment* by ZACHARY JORDAN ALAM. (Lawlor, Michael) (Entered: 07/13/2022) |
| 07/23/2022 | 48 | NOTICE OF ATTORNEY APPEARANCE Melanie Alsworth appearing for USA. (Alsworth, Melanie) (Entered: 07/23/2022) |
| 07/24/2022 | 49 | Memorandum in Opposition by USA as to ZACHARY JORDAN ALAM re 47 MOTION to Dismiss Count *Three, Five, Six, Seven & Eight of the First Superseding Indictment* (Cho, Cindy) (Entered: 07/24/2022) |

| 07/28/2022 | 50 | REPLY by ZACHARY JORDAN ALAM *Reply to the United States' Response to Defendant's Motion to Dismiss Counts* (Lawlor, Michael) (Entered: 07/28/2022) |
|---|---|---|
| 08/01/2022 | | NOTICE as to ZACHARY JORDAN ALAM. The hearing scheduled for 8/1/2022 @ 2:00 PM may be postponed to a later time or a later date. As the hearing will be in−person, the public phone line will not be connected. (zjch, ) (Entered: 08/01/2022) |
| 08/05/2022 | | NOTICE OF HEARING as to ZACHARY JORDAN ALAM. Motion Hearing set for 8/12/2022 at 2:00 PM via video before Judge Dabney L. Friedrich. (zjch, ) (Entered: 08/05/2022) |
| 08/12/2022 | | Minute Entry for Status Conference (originally set as a motions hearing) as to ZACHARY JORDAN ALAM held on 8/12/2022 before Judge Dabney L. Friedrich. Motion Hearing set for 8/25/2022 at 10:00 AM in Courtroom 14− In Person before Judge Dabney L. Friedrich. Bond Status of Defendant: Remains Committed; Court Reporter: Jan Dickman; Defense Attorney: Michael Lawlor; US Attorney: Cindy Cho. (zjch, ) (Entered: 08/12/2022) |
| 08/12/2022 | | MINUTE ORDER. Consistent with the discussion at the August 12, 2022 hearing, the defendant's 47 Motion to Dismiss Counts Three, Five, Six, Seven, and Eight of the First Superseding Indictment is DENIED. The Court will provide the reasons for its decision from the bench at the in−person pre−trial conference on August 24, 2022. A second pre−trial conference is set for August 25, 2022 at 10:00 a.m. in Courtroom 14. So Ordered by Judge Dabney L. Friedrich on August 12, 2022. (lcdlf2) (Entered: 08/12/2022) |
| 08/15/2022 | 51 | NOTICE *of Filing Statement of Case, Jury Instructions, Verdict Form* by USA as to ZACHARY JORDAN ALAM (Attachments: # 1 Exhibit 1 − Statement of Case, # 2 Exhibit 2 − Jury Instructions, # 3 Exhibit 3 − Verdict Form)(Cho, Cindy) (Entered: 08/15/2022) |
| 08/17/2022 | | NOTICE OF HEARING as to ZACHARY JORDAN ALAM. Status Conference set for 8/18/2022 at 2:00 PM via video before Judge Dabney L. Friedrich. (zjch, ) (Entered: 08/17/2022) |
| 08/18/2022 | | NOTICE OF HEARING as to ZACHARY JORDAN ALAM. Pretrial Conference set for 8/24/2022 at 10:00 AM in Courtroom 14− In Person before Judge Dabney L. Friedrich. (zjch, ) (Entered: 08/18/2022) |
| 08/18/2022 | | Minute Entry for Status Conference as to ZACHARY JORDAN ALAM held on 8/18/2022 before Judge Dabney L. Friedrich. Speedy Trial Excludable (XT) started 8/18/2022 through 9/2/2022 in the interest of justice as to ZACHARY JORDAN ALAM. Mr. Alam informed the Court of his desire to retain counsel. Trial and Pre−trial dates are vacated. Status Conference set for 9/2/2022 at 10:00 AM in Courtroom 14− In Person before Judge Dabney L. Friedrich. Michael Lawlor is allowed to appear via video. Bond Status of Defendant: Remains Committed; Court Reporter: Jeff Hook; Defense Attorney: Michael Lawlor; US Attorney: Cindy Cho and Melanie Alsworth with Rosemaria Marketos. (zjch, ) (Entered: 08/18/2022) |
| 08/18/2022 | | MINUTE ORDER. Consistent with the discussion at the August 18, 2022 hearing, the August 29, 2022 trial and the deadlines in the 46 Pretrial Order are VACATED. A status hearing is set for September 2, 2022 at 10:00 a.m. in Courtroom 14. At that time, the defendant should appear with his new counsel. If the defense seeks to change the status hearing to a videoconference hearing, counsel shall contact the Courtroom Deputy to reschedule the date and time for the hearing. For the reasons |

| | | |
|---|---|---|
| | | stated during the August 18 hearing—namely to give the defendant time to retain new counsel and the need for the defense to review voluminous discovery and to determine how best to defend this case, see 18 U.S.C. § 3161(h)(7)(B)(iv)—the Court finds that the "ends of justice outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Accordingly, pursuant to the Speedy Trial Act and with the consent of the defendant, the time from August 18, 2022 through September 2, 2022 shall be excluded in computing the date for a speedy trial in this case. So Ordered by Judge Dabney L. Friedrich on August 18, 2022. (lcdlf2) (Entered: 08/18/2022) |
| 09/02/2022 | | Minute Entry for Status Conference as to ZACHARY JORDAN ALAM held on 9/2/2022 before Judge Dabney L. Friedrich. Defendant requests an additional 30 days to secure counsel. Speedy Trial Excludable (XT) started 9/2/2022 through 10/7/2022 in the interest of justice as to ZACHARY JORDAN ALAM. Status Conference set for 10/7/2022 at 9:00 AM in Courtroom 14− In Person before Judge Dabney L. Friedrich. Bond Status of Defendant: Remains Committed; Court Reporter: Sara Wick; Defense Attorney: Michael Lawlor; US Attorney: Cindy Cho and Melanie Alsworth. (zjch, ) (Entered: 09/02/2022) |
| 09/02/2022 | | MINUTE ORDER. Consistent with the discussion during the status conference held on September 2, 2022, a status conference is set for October 7, 2022 at 9:00 a.m. in Courtroom 14. For the reasons stated during the September 2 status hearing—namely the need for the defendant to retain new counsel and for the defense review voluminous discovery and to determine how best to defend this case, see 18 U.S.C. § 3161(h)(7)(B)(iv)—the Court finds that the "ends of justice outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Accordingly, pursuant to the Speedy Trial Act and with the consent of the defendant, the time from September 2, 2022, through October 7, 2022 shall be excluded in computing the date for a speedy trial in this case. So Ordered by Judge Dabney L. Friedrich on September 2, 2022. (lcdlf2) (Entered: 09/02/2022) |
| 09/27/2022 | | NOTICE OF HEARING as to ZACHARY JORDAN ALAM. Status Conference set for 10/5/2022 at 9:00 AM in Courtroom 14− In Person before Judge Dabney L. Friedrich. (zjch, ) (Entered: 09/27/2022) |
| 10/05/2022 | | Minute Entry for Status Conference as to ZACHARY JORDAN ALAM held on 10/5/2022 before Judge Dabney L. Friedrich. Court giving defendant until 10/21/2022 to retain counsel. Speedy Trial Excludable (XT) started 10/5/2022 through 10/21/2022 in the interest of justice as to ZACHARY JORDAN ALAM. Status Conference set for 10/21/2022 at 9:00 AM in Courtroom 14− In Person before Judge Dabney L. Friedrich. Bond Status of Defendant: Remains Committed; Court Reporter: Lisa Bankin; Defense Attorney: Michael Lawlor; US Attorney: Cindy Cho and Melanie Alsworth. (zjch, ) (Entered: 10/05/2022) |
| 10/05/2022 | | MINUTE ORDER. Consistent with the discussion during today's hearing, a status conference is set for October 21, 2022 at 9:00 a.m. in Courtroom 14. For the reasons stated during the today's hearing—namely the need for the defendant to retain new counsel and for the defense to determine how best to defend this case, see 18 U.S.C. § 3161(h)(7)(B)(iv)—the Court finds that the "ends of justice outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Accordingly, pursuant to the Speedy Trial Act, the time from October 5, 2022, through October 21, 2022 shall be excluded in computing the date for a speedy trial in this case. So Ordered by Judge Dabney L. Friedrich on October 5, 2022. (lcdlf1) |

| | | |
|---|---|---|
| | | (Entered: 10/05/2022) |
| 10/20/2022 | | NOTICE OF HEARING as to ZACHARY JORDAN ALAM. Status Conference set for 10/21/2022 at 1:30 PM in Courtroom 14− In Person before Judge Dabney L. Friedrich. (zjch, ) (Entered: 10/20/2022) |
| 10/21/2022 | | Minute Entry for Status Conference as to ZACHARY JORDAN ALAM held on 10/21/2022 before Judge Dabney L. Friedrich:Speedy Trial Excludable (XT) started 10/21/2022 through 11/9/2022 in the interest of justice as to ZACHARY JORDAN ALAM. Status Conference set for 11/9/2022 at 9:30 AM in Courtroom 14− In Person before Judge Dabney L. Friedrich. Bond Status of Defendant: Remains Committed; Court Reporter: Lisa Moreira; Defense Attorney: Michael Lawlor; US Attorney: Cindy Cho. (zjch, ) (Entered: 10/21/2022) |
| 10/21/2022 | | MINUTE ORDER. Consistent with the discussion during today's hearing, a status conference is set for November 9, 2022 at 9:30 a.m. in Courtroom 14. For the reasons stated during the today's hearing—namely the need for the defendant to retain new counsel and for the defense to determine how best to defend this case, see 18 U.S.C. § 3161(h)(7)(B)(iv)—the Court finds that the "ends of justice outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Accordingly, pursuant to the Speedy Trial Act and with the consent of the defendant, the time from October 21, 2022, through November 9, 2022 shall be excluded in computing the date for a speedy trial in this case. So Ordered by Judge Dabney L. Friedrich on October 21, 2022. (lcdlf1) (Entered: 10/21/2022) |
| 11/09/2022 | | Minute Entry for Status Conference as to ZACHARY JORDAN ALAM held on 11/9/2022 before Judge Dabney L. Friedrich. Speedy Trial Excludable (XT) started 11/9/2022 through 12/1/2022 in the interest of justice as to ZACHARY JORDAN ALAM. Status Conference set for 12/1/2022 at 9:00 AM in Courtroom 14− In Person before Judge Dabney L. Friedrich. Bond Status of Defendant: Remains Committed; Court Reporter: Lorraine Herman; Defense Attorney: Michael Lawlor; US Attorney: Melanie Alsworth. (zjch, ) (Entered: 11/09/2022) |
| 11/09/2022 | | MINUTE ORDER. Consistent with the discussion during today's hearing, a status conference is set for December 1, 2022 at 9:00am in Courtroom 14. For the reasons stated during the hearing—namely the need for the defendant to retain new counsel and for the defense to determine how best to defend this case, see 18 U.S.C. § 3161(h)(7)(B)(iv)—the Court finds that the "ends of justice outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Accordingly, pursuant to the Speedy Trial Act and with the consent of the defendant, the time from November 9, 2022, through December 1, 2022 shall be excluded in computing the date for a speedy trial in this case. So Ordered by Judge Dabney L. Friedrich on November 9, 2022. (lcdlf1) (Entered: 11/09/2022) |
| 11/16/2022 | 52 | NOTICE OF ATTORNEY APPEARANCE: Jerry Ray Smith, Jr appearing for ZACHARY JORDAN ALAM (Smith, Jerry) (Entered: 11/16/2022) |
| 11/17/2022 | 53 | MOTION to Withdraw as Attorney by Michael E. Lawlor and Nicholas G. Madiou. by ZACHARY JORDAN ALAM. (Attachments: # 1 Text of Proposed Order)(Lawlor, Michael) (Entered: 11/17/2022) |
| 11/17/2022 | | MINUTE ORDER granting the defendant's 53 Motion to Withdraw as Attorney. The Clerk of Court shall withdraw Mr. Lawlor and Mr. Madiou as counsel to the defendant. So Ordered by Judge Dabney L. Friedrich on November 17, 2022. (lcdlf1) (Entered: 11/17/2022) |

| | | |
|---|---|---|
| 12/01/2022 | | Minute Entry for Status Conference held on 12/1/2022 before Judge Dabney L. Friedrich as to ZACHARY JORDAN ALAM: A further Status Conference set for 1/4/2023 at 9:30 AM in Courtroom 14 (In−Person) before Judge Dabney L. Friedrich. Speedy Trial Excludable (XT) started 12/1/2022 until 1/4/2023, in the Interest of Justice. Bond Status of Defendant: Committed/Commitment Issued; US Attorney: Melanie Alsworth (by video); Defense Attorney: Jerry Ray Smith Jr.; Court Reporter: Sara Wick. (smc) (Entered: 12/01/2022) |
| 12/01/2022 | | MINUTE ORDER. Consistent with the discussion during today's hearing, a status conference is set for January 4, 2023 at 9:30am in Courtroom 14. For the reasons stated during the hearing—namely the need for the defense to review voluminous discovery and determine how best to defend this case, see 18 U.S.C. § 3161(h)(7)(B)(iv)—the Court finds that the "ends of justice outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Accordingly, pursuant to the Speedy Trial Act and with the consent of the defendant, the time from December 1, 2022, through January 4, 2023 shall be excluded in computing the date for a speedy trial in this case. So Ordered by Judge Dabney L. Friedrich on December 1, 2022. (lcdlf1) (Entered: 12/01/2022) |
| 01/04/2023 | | Minute Entry for Status Conference as to ZACHARY JORDAN ALAM held on 1/4/2023 before Judge Dabney L. Friedrich. Speedy Trial Excludable (XT) started 1/4/2023 through 1/26/2023 in the interest of justice as to ZACHARY JORDAN ALAM. Status Conference set for 1/26/2023 at 2:00 PM in Courtroom 14− In Person before Judge Dabney L. Friedrich. Bond Status of Defendant: Remains Committed; Court Reporter: Sara Wick; Defense Attorney: Jerry Smith. Jr.; US Attorney: Melanie Alsworth. (zjch) (Entered: 01/04/2023) |
| 01/04/2023 | | MINUTE ORDER. Consistent with the discussion during today's hearing, a status conference is set for January 26, 2023 at 2:00pm in Courtroom 14. For the reasons stated during the hearing—namely the need for the defendants new counsel to review voluminous discovery and determine how best to defend this case, see 18 U.S.C. § 3161(h)(7)(B)(iv)—the Court finds that the "ends of justice outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Accordingly, pursuant to the Speedy Trial Act and with the consent of the defendant, the time from January 4, 2023 through January 26, 2023 shall be excluded in computing the date for a speedy trial in this case. So Ordered by Judge Dabney L. Friedrich on January 4, 2023. (lcdlf1) (Entered: 01/04/2023) |
| 01/24/2023 | | NOTICE OF HEARING as to ZACHARY JORDAN ALAM. Status Conference set for 1/26/2023 at 2:00 PM via video before Judge Dabney L. Friedrich. (zjch, ) (Entered: 01/24/2023) |
| 01/26/2023 | | Minute Entry for Status Conference as to ZACHARY JORDAN ALAM held on 1/26/2023 before Judge Dabney L. Friedrich. Speedy Trial Excludable (XT) started 1/26/2023 through 5/31/2023 in the interest of justice as to ZACHARY JORDAN ALAM. Motions due by 4/28/2023. Responses due by 5/12/2023. Replies due by 5/19/2023. Jury Trial set for 7/31/2023 at 9:00 AM in Courtroom 14− In Person before Judge Dabney L. Friedrich. Motion Hearing set for 5/31/2023 at 10:00 AM in Courtroom 14− In Person before Judge Dabney L. Friedrich. Pretrial Conference set for 7/10/2023 at 2:00 PM in Courtroom 14− In Person before Judge Dabney L. Friedrich. Bond Status of Defendant: Remains Committed; Court Reporter: Christine Asif; Defense Attorney: Jerry Smith. Jr.; US Attorney: Melanie Alsworth. (zjch, ) (Entered: 01/26/2023) |

| 01/26/2023 | | MINUTE ORDER. Consistent with the discussion during today's hearing, a motions hearing is scheduled for 10:00am on May 31, 2023 in Courtroom 14, a pretrial conference is set for 2:00pm on July 10, 2023 in Courtroom 14, and the trial is set for 9:00am on July 31, 2023 in Courtroom 14. The defendant shall file any motions on or before April 28, 2023; the government shall file any responses on or before May 12, 2023; and the defendant shall file any replies on or before May 19, 2023. In addition, for the reasons discussed during the hearing—namely, the need for the defense to review discovery and determine how to best defend this case, see 18 U.S.C. § 3161(h)(7)(B)(iv)—the Court finds that the "ends of justice outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Accordingly, pursuant to the Speedy Trial Act, and with consent of the defendant, the time from January 26, 2023 through May 31, 2023 shall be excluded in computing the date for a speedy trial in this case. So Ordered by Judge Dabney L. Friedrich on January 26, 2023. (lcdlf1) (Entered: 01/26/2023) |
| 04/13/2023 | 54 | NOTICE OF SUBSTITUTION OF COUNSEL as to USA. Attorney Lederer, Rebekah added. (Lederer, Rebekah) (Entered: 04/13/2023) |
| 04/25/2023 | 55 | NOTICE OF ATTORNEY APPEARANCE Joseph S. Smith appearing for USA. (Smith, Joseph) (Entered: 04/25/2023) |
| 04/27/2023 | 56 | MOTION to Suppress *Contents of Two Notebooks Found in Motel Room* by ZACHARY JORDAN ALAM. (Smith, Jerry) (Entered: 04/27/2023) |
| 04/28/2023 | 57 | MOTION Address Multiplicity re 36 Indictment by ZACHARY JORDAN ALAM. (Smith, Jerry) (Entered: 04/28/2023) |
| 04/28/2023 | 58 | MOTION in Limine *Omnibus Motion in Limine* by USA as to ZACHARY JORDAN ALAM. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit)(Lederer, Rebekah) (Entered: 04/28/2023) |
| 04/28/2023 | 59 | MOTION for Special Unanimity Instruction by ZACHARY JORDAN ALAM. (Smith, Jerry) (Entered: 04/28/2023) |
| 04/28/2023 | 60 | MOTION for Bill of Particulars by ZACHARY JORDAN ALAM. (Smith, Jerry) (Entered: 04/28/2023) |
| 05/07/2023 | 61 | Unopposed MOTION to Continue *Motions Hearing* by ZACHARY JORDAN ALAM. (Smith, Jerry) (Entered: 05/07/2023) |
| 05/10/2023 | | MINUTE ORDER as to ZACHARY JODRAN ALAM (1). The defendant's 61 Unopposed Motion to Continue Motions Hearing is GRANTED. Accordingly, the motions hearing set for May 31, 2023 is CONTINUED until June 27, 2023 at 11:00am in Courtroom 14. In addition, for the reasons stated in the defendant's 61 Motion—namely, the need for the defense counsel to meet with the defendant and prepare for the hearing, see 18 U.S.C. § 3161(h)(7)(B)(iv)—the Court finds that the "ends of justice outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Accordingly, pursuant to the Speedy Trial Act, the time from May 31, 2023 through June 27, 2023 shall be excluded in computing the date for a speedy trial in this case. So Ordered by Judge Dabney L. Friedrich on May 10, 2023. (lcdlf1) (Entered: 05/10/2023) |
| 05/10/2023 | | Set/Reset Hearings as to ZACHARY JORDAN ALAM: Motion Hearing set for 6/27/2023 at 11:00 AM in Courtroom 14– In Person before Judge Dabney L. Friedrich. (zjch, ) (Entered: 05/11/2023) |

| 05/12/2023 | 62 | RESPONSE by ZACHARY JORDAN ALAM re 58 MOTION in Limine *Omnibus Motion in Limine* (Smith, Jerry) (Entered: 05/12/2023) |
|---|---|---|
| 05/12/2023 | 63 | Memorandum in Opposition by USA as to ZACHARY JORDAN ALAM re 56 Motion to Suppress *Contents of Notebooks* (Attachments: # 1 Exhibit B)(Smith, Joseph) (Entered: 05/12/2023) |
| 05/13/2023 | 65 | Memorandum in Opposition by USA as to ZACHARY JORDAN ALAM re 60 Motion for Bill of Particulars (Smith, Joseph) (Entered: 05/13/2023) |
| 05/13/2023 | 66 | Memorandum in Opposition by USA as to ZACHARY JORDAN ALAM re 59 Motion for Miscellaneous Relief (Smith, Joseph) (Entered: 05/13/2023) |
| 05/13/2023 | 67 | Memorandum in Opposition by USA as to ZACHARY JORDAN ALAM re 57 Motion for Miscellaneous Relief (Smith, Joseph) (Entered: 05/13/2023) |
| 05/18/2023 | 68 | Unopposed MOTION for Extension of Time to File *Replies to Oppositions* by ZACHARY JORDAN ALAM. (Attachments: # 1 Text of Proposed Order)(Smith, Jerry) (Entered: 05/18/2023) |
| 05/18/2023 | | MINUTE ORDER as to ZACHARY JORDAN ALAM granting the defendant's 68 Motion for Extension of Time. Both the government's and the defendant's replies to all oppositions to pretrial motions shall be filed on or before June 5, 2023. So Ordered by Judge Dabney L. Friedrich on May 18, 2023. (lcdlf2) (Entered: 05/18/2023) |
| 06/05/2023 | 69 | REPLY by USA as to ZACHARY JORDAN ALAM re 62 Response to motion (Lederer, Rebekah) (Entered: 06/05/2023) |
| 06/05/2023 | 70 | REPLY TO OPPOSITION to Motion by ZACHARY JORDAN ALAM re 57 MOTION Address Multiplicity re 36 Indictment (Smith, Jerry) (Entered: 06/05/2023) |
| 06/06/2023 | 71 | REPLY TO OPPOSITION to Motion by ZACHARY JORDAN ALAM re 56 MOTION to Suppress *Contents of Two Notebooks Found in Motel Room* (Smith, Jerry) (Entered: 06/06/2023) |
| 06/27/2023 | | Minute Entry for proceedings held before Judge Dabney L. Friedrich: granting 58 Motion in Limine as to ZACHARY JORDAN ALAM (1); Motion Hearing as to ZACHARY JORDAN ALAM held on 6/27/2023 re 58 MOTION in Limine *Omnibus Motion in Limine* filed by USA, 60 MOTION for Bill of Particulars filed by ZACHARY JORDAN ALAM, 56 MOTION to Suppress *Contents of Two Notebooks Found in Motel Room* filed by ZACHARY JORDAN ALAM, 57 MOTION Address Multiplicity re 36 Indictment filed by ZACHARY JORDAN ALAM, 59 MOTION for Special Unanimity Instruction filed by ZACHARY JORDAN ALAM ; Supplemental Memorandum due by 6/30/2023., Motions due by 7/7/2023., Proposed Voir Dire due by 7/7/2023., Responses due by 7/10/2023. Bond Status of Defendant: Remains Committed; Court Reporter: Sara Wick Defense Attorney: Jerry Smith. Jr.; US Attorney: Rebekah Lederer and Jos Smith; (zjch, ) (Entered: 06/27/2023) |
| 06/27/2023 | 72 | Unopposed MOTION to Exclude Time under the Speedy Trial Act by ZACHARY JORDAN ALAM. (Smith, Jerry) Modified Event on 6/28/2023 (zhsj). (Entered: 06/27/2023) |
| 06/28/2023 | | MINUTE ORDER as to ZACHARY JORDAN ALAM granting the defendant's 72 Unopposed Motion to Exclude Time Under the Speedy Trial Act. In order for the defense to file an additional motion, consider issues related to the defendant's legal |

| | | |
|---|---|---|
| | | representation, and determine how to best defend this case, see 18 U.S.C. § 3161(h)(7)(B)(iv)—the Court finds that the "ends of justice outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Accordingly, pursuant to the Speedy Trial Act, and with the consent of the defendant, the time from June 27, 2023 through July 10, 2023 shall be excluded in computing the date for a speedy trial in this case. So Ordered by Judge Dabney L. Friedrich on June 28, 2023. (lcdlf2) (Entered: 06/28/2023) |
| 06/28/2023 | | MINUTE ORDER as to ZACHARY JORDAN ALAM. The government shall file its supplemental memorandum related to Counts One and Two of the Superseding Indictment on or before June 30, 2023. The defendant shall file his supplemental motion for a unanimity instruction with respect to Count One of the Indictment on or before July 7, 2023, and the government shall file a response, if any, on or before July 10, 2023 at 9:00am. So Ordered by Judge Dabney L. Friedrich on June 28, 2023. (lcdlf2) (Entered: 06/28/2023) |
| 06/28/2023 | 73 | PROPOSED VOIR DIRE. See text for details. The parties shall file objections on or before July 7, 2023. So Ordered by Judge Dabney L. Friedrich on June 28, 2023. (lcdlf2) (Entered: 06/28/2023) |
| 06/30/2023 | 74 | RESPONSE TO ORDER OF THE COURT by USA as to ZACHARY JORDAN ALAM re Order, *RE: COUNT ONE AND TWO OF THE INDICTMENT* (Smith, Joseph) (Entered: 06/30/2023) |
| 06/30/2023 | 75 | MOTION to Withdraw as Attorney by Jerry Ray Smith, Jr.. by ZACHARY JORDAN ALAM. (Smith, Jerry) (Entered: 06/30/2023) |
| 07/06/2023 | 76 | MOTION to Dismiss Count *One or, Alternatively, for a Bill of Particulars or, if not that, a Special Unanimity Instruction* by ZACHARY JORDAN ALAM. (Smith, Jerry) (Entered: 07/06/2023) |
| 07/06/2023 | 77 | MOTION for Bill of Particulars or, if not that, a Special Unanimity Instruction by ZACHARY JORDAN ALAM. (See Docket Entry 76 to View Document). (zhsj) (Entered: 07/07/2023) |
| 07/07/2023 | 78 | Proposed Voir Dire by ZACHARY JORDAN ALAM (Smith, Jerry) (Entered: 07/07/2023) |
| 07/09/2023 | 79 | Proposed Jury Instructions by ZACHARY JORDAN ALAM (Smith, Jerry) (Entered: 07/09/2023) |
| 07/10/2023 | 80 | RESPONSE by USA as to ZACHARY JORDAN ALAM re 77 MOTION for Bill of Particulars, 76 MOTION to Dismiss Count *One or, Alternatively, for a Bill of Particulars or, if not that, a Special Unanimity Instruction in Opposition* (Lederer, Rebekah) (Entered: 07/10/2023) |
| 07/10/2023 | | Minute Entry for proceedings held before Judge Dabney L. Friedrich: denying 56 Motion to Suppress as to ZACHARY JORDAN ALAM (1); Motion Hearing as to ZACHARY JORDAN ALAM held on 7/10/2023 re 56 MOTION to Suppress *Contents of Two Notebooks Found in Motel Room* filed by ZACHARY JORDAN ALAM ; Exhibit List due by 8/25/2023., Steven Metcalf to enter appearance by 7/14/2023., Motions due by 7/26/2023., Motion in Limine due by 7/26/2023., Responses due by 8/7/2023, Replies due by 8/10/2023., Witness List due by 8/28/2023., Jury Trial set for 7/31/2023 at 9:00 AM in Courtroom 14− In Person before Judge Dabney L. Friedrich., Jury Trial set for 9/5/2023 at 09:00 AM in |

| | | |
|---|---|---|
| | | Courtroom 14− In Person before Judge Dabney L. Friedrich. Motion Hearing set for 8/11/2023 at 10:00 AM in Courtroom 14− In Person before Judge Dabney L. Friedrich., Pretrial Conference set for 8/31/2023 at 2:00 PM in Courtroom 14− In Person before Judge Dabney L. Friedrich., Status Conference set for 7/17/2023 at 2:00 PM in Courtroom 14− In Person before Judge Dabney L. Friedrich. Speedy Trial Excludable (XT) started 7/10/2023 through 9/5/2023 in the interest of justice as to ZACHARY JORDAN ALAM. Bond Status of Defendant: Remains Committed; Court Reporter: Sara Wick Defense Attorney: Jerry Smith. Jr. and Stephen Metcalf (may enter appearance); US Attorney: Rebekah Lederer and Joseph Smith. (zjch, ) (Entered: 07/10/2023) |
| 07/10/2023 | | MINUTE ORDER as to ZACHARY JORDAN ALAM. The July 31, 2023 trial date is VACATED. Jury trial is set for September 5, 2023 at 9:00am. A motions hearing is set for August 11, 2023 at 10:00am. Any remaining pretrial motions or motions in limine shall be filed by the parties on or before July 26, 2023; responses shall be due on or before August 7, 2023; and replies shall be due on or before August 10, 2023. The government's opposition to the defendant's 78 Voir Dire and 79 Jury Instruction objections shall be filed on or before July 24, 2023. Any further objections to voir dire and jury instructions from the defendant through new defense counsel shall be filed on or before July 21, 2023, and if further objections are filed, the government's response shall instead be due on or before July 28, 2023. Any reply by the defendant as to voir dire and jury instructions shall be filed on or before August 4, 2023. In addition, the defendant shall file a reply in support of his 76 Motion to Dismiss or for a Bill of Particulars or Special Unanimity Instruction as to the "another felony" language on or before July 17, 2023.A pretrial conference is set for August 31, 2023 at 2:00pm. The parties shall exchange exhibit lists on or before August 25, 2023, and file objections on or before August 28, 2023. Counsel shall furnish the Court with two sets of binders containing exhibits lists and copies of their premarked exhibits on or before August 28, 2023.A backup trial date is set for August 14, 2023 at 9:00am. A status hearing is set for July 17, 2023 at 2:00pm if no substitute counsel appears on or before July 14, 2023. In addition, for the reasons stated on the record at today's hearing, as well as the hearing held on June 27, 2023, the defendant's 56 Motion to Suppress is DENIED, and the government's 58 Omnibus Motion in Limine is GRANTED. Finally, for the reasons stated during today's hearing—namely, the need for the defense to review discovery, potentially retain new counsel, file motions, and determine how best to defend this case, see 18 U.S.C. § 3161(h)(7)(B)(iv)—the Court finds that the "ends of justice outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Accordingly, pursuant to the Speedy Trial Act and with the consent of the defendant, the time from July 10, 2023 through September 5, 2023 shall be excluded in computing the date for a speedy trial in this case. So Ordered by Judge Dabney L. Friedrich on July 10, 2023. (lcdlf2) (Entered: 07/10/2023) |
| 07/12/2023 | 81 | REVISED PRETRIAL ORDER as to ZACHARY JORDAN ALAM. See text for details. Signed by Judge Dabney L. Friedrich on July 12, 2023. (lcdlf2) (Entered: 07/12/2023) |
| 07/12/2023 | 83 | SECOND SUPERSEDING INDICTMENT as to ZACHARY JORDAN ALAM (1) count(s) 1ss, 2ss, 3ss, 4ss, 5ss, 6ss, 7ss, 8ss, 9ss, 10ss, 11ss. (zhsj) (Entered: 07/16/2023) |
| 07/14/2023 | | NOTICE OF HEARING as to ZACHARY JORDAN ALAM. Arraignment set for 7/11/2023 at 10:00 AM in Courtroom 14− In Person before Judge Dabney L. |

| | | |
|---|---|---|
| | | Friedrich. (zjch, ) (Entered: 07/14/2023) |
| 07/14/2023 | | NOTICE OF HEARING as to ZACHARY JORDAN ALAM. Arraignment set for 8/11/2023 at 10:00 AM in Courtroom 14− In Person before Judge Dabney L. Friedrich. (zjch, ) (Entered: 07/14/2023) |
| 07/14/2023 | 82 | NOTICE OF ATTORNEY APPEARANCE: Steven Alan Metcalf, II appearing for ZACHARY JORDAN ALAM (Metcalf, Steven) (Entered: 07/14/2023) |
| 07/17/2023 | | MINUTE ORDER as to ZACHARY JORDAN ALAM granting the defendant's 75 Motion to Withdraw as Attorney. The Clerk of Court shall withdraw Jerry Ray Smith, Jr. as counsel to the defendant. So Ordered by Judge Dabney L. Friedrich on July 17, 2023. (lcdlf2) (Entered: 07/17/2023) |
| 07/24/2023 | 85 | RESPONSE by USA as to ZACHARY JORDAN ALAM re 79 Proposed Jury Instructions (Lederer, Rebekah) (Entered: 07/24/2023) |
| 07/24/2023 | 86 | RESPONSE by USA as to ZACHARY JORDAN ALAM *Defense Proposed Voir Dire* (Smith, Joseph) (Entered: 07/24/2023) |
| 07/25/2023 | | NOTICE OF HEARING as to ZACHARY JORDAN ALAM. Motion Hearing set for 8/11/2023 at 11:00 AM in Courtroom 14− In Person before Judge Dabney L. Friedrich. (zjch, ) (Entered: 07/25/2023) |
| 08/03/2023 | | MINUTE ORDER as to ZACHARY JORDAN ALAM. The Court has reviewed the 83 Second Superseding Indictment, Counts 1 and 2 of which contain revised charges under 18 U.S.C. § 111. It remains unclear to the Court from the face of the indictment whether the government intends to prove at trial two separate assaults or a single § 111 assault with different sentencing enhancements. Moreover, under either reading, the Second Superseding Indictment appears to have left open more questions. Count One charges assault with physical contact with the victim and intent to commit another felony, either of which would trigger an 8−year maximum sentence. 18 U.S.C. § 111(a). Count Two charges assault with physical contact with the victim, intent to commit another felony, and use of a deadly or dangerous weapon; on the Court's reading of the statute, use of a deadly or dangerous weapon alone would trigger a 20−year maximum sentence, regardless of the other two elements. 18 U.S.C. § 111(b). If the government intends to charge one assault, it is not clear why Count Two would include physical contact with the victim and intent to commit another felony as elements at all. Additionally, the Court remains skeptical that a judgment of conviction could be entered on both Counts. That is, the Court is inclined to agree with the defendant that 18 U.S.C. § 111(a) and (b) present different statutory sentencing factors triggering different potential maximum sentences for a single offense, and Blockburger does not apply. If the government instead intends to charge two assaults, then as stated at the Court's prior two motions hearings, the distinction between them remains unclear from the face of the indictment. Moreover, it appears that at a minimum, a special verdict form would be required for Count Two. In the Court's view, the government has still not provided sufficient clarification or response on these issues. Accordingly, on or before close of business on August 7, 2023, the government is ORDERED to SHOW CAUSE why a bill of particulars should not be ordered or other relief granted by the Court as to Counts One and Two of the Second Superseding Indictment. The government shall address (1) whether it intends to prove a single assault with one set of facts or two different assaults (and if two assaults, the expected distinct facts proving each); (2) what revised jury instructions should issue based on the second superseding Counts One and Two |

| | | |
|---|---|---|
| | | (along with any other proposed revised jury instructions, if any other counts have changed between the First and Second Superseding Indictment); and (3) whether the parties' 51 −3 Joint Verdict Form should be revised, including whether a special verdict form should be given to the jury asking it to evaluate whether the government has met its burden with respect to the various sentencing enhancement options under 18 U.S.C. § 111. So Ordered by Judge Dabney L. Friedrich on August 3, 2023. (lcdlf2) (Entered: 08/03/2023) |
| 08/03/2023 | | Set/Reset Deadlines as to ZACHARY JORDAN ALAM: Show Cause Response due by 8/7/2023. (zjch, ) (Entered: 08/04/2023) |
| 08/07/2023 | 87 | ENTERED IN ERROR.....RESPONSE TO ORDER OF THE COURT by USA as to ZACHARY JORDAN ALAM re Order,,,,,,,,,,,,, (Attachments: # 1 Exhibit)(Lederer, Rebekah) Modified on 8/8/2023 (zhsj). (Entered: 08/07/2023) |
| 08/08/2023 | 88 | MOTION to Dismiss Count *Two of Second Superseding Indictment* by USA as to ZACHARY JORDAN ALAM. (Attachments: # 1 Text of Proposed Order)(Smith, Joseph) (Entered: 08/08/2023) |
| 08/10/2023 | | NOTICE OF HEARING as to ZACHARY JORDAN ALAM. Arraignment set for 8/11/2023 at 11:00 AM in Courtroom 14− In Person before Judge Dabney L. Friedrich. (zjch, ) (Entered: 08/10/2023) |
| 08/11/2023 | | Minute Entry for Motion Hearing as to ZACHARY JORDAN ALAM held on 8/11/2023 re 57 MOTION Address Multiplicity re 36 Indictment filed by ZACHARY JORDAN ALAM, 59 MOTION for Special Unanimity Instruction filed by ZACHARY JORDAN ALAM, 60 MOTION for Bill of Particulars filed by ZACHARY JORDAN ALAM, 76 MOTION to Dismiss Count *One or, Alternatively, for a Bill of Particulars or, if not that, a Special Unanimity Instruction* filed by ZACHARY JORDAN ALAM, 88 MOTION to Dismiss Count *Two of Second Superseding Indictment* filed by USA, 58 MOTION in Limine *Omnibus Motion in Limine* filed by USA and Arraignment as to ZACHARY JORDAN ALAM as to Counts 1ss,2ss,3ss,4ss,5ss,6ss,7ss,8ss,9ss,10ss,11ss held on 8/11/2023 before Judge Dabney L. Friedrich. finding as moot 57 Motion as to ZACHARY JORDAN ALAM (1); denying 59 Motion as to ZACHARY JORDAN ALAM (1); denying 60 Motion for Bill of Particulars as to ZACHARY JORDAN ALAM (1); denying 76 Motion to Dismiss Count(s): as to ZACHARY JORDAN ALAM (1) Count 1ss,2ss,3ss,4ss,5ss,6ss,7ss,8ss,9ss,10ss,11ss as to ZACHARY JORDAN ALAM (1); granting 88 Motion to Dismiss Count(s): as to ZACHARY JORDAN ALAM (1) Count 1ss,2ss,3ss,4ss,5ss,6ss,7ss,8ss,9ss,10ss,11ss as to ZACHARY JORDAN ALAM (1). Not Guilty Plea entered as to ZACHARY JORDAN ALAM on counts 1ss,2ss,3ss,4ss,5ss,6ss,7ss,8ss,9ss,10ss,11ss. Proposed Jury Instructions due by 8/17/2023, Responses due by 8/22/2023, Replies due by 8/24/2023. Bond Status of Defendant: Remains Committed; Court Reporter: Sara Wick Defense Attorney: Steven Metcalf; US Attorney: Rebekah Lederer and Joe Smith. (zjch, ) (Entered: 08/11/2023) |
| 08/11/2023 | | MINUTE ORDER as to ZACHARY JORDAN ALAM. As stated at today's status hearing, the parties are directed to file revised jointly proposed jury instructions on or before August 17, 2023. In addition, the parties should email to the Courtroom Deputy in Microsoft Word format a clean and a redline copy of the revisions that reflect the changes to the original proposed jury instructions. As discussed, the parties should include the government's revised jury instructions as to Count One, Dkt. 87 −1; additional language related to "another felony" in Count One as agreed upon at |

| | | |
|---|---|---|
| | | today's status hearing; the government's proposed revised instruction for Count Five, Dkt. 85 ; and any additional revisions on which the parties agree. The parties should delete instructions for the dismissed Count Two. The government shall file a memorandum in support of its proposed instruction as to Count Five on or before August 17, 2023; the defendant shall file a response on or before August 22, 2023; and the government shall file a reply, if any, on or before August 24, 2023. The defendant shall file any objections to the jointly proposed jury instructions, other than those to be addressed with respect to Count Five in the government's briefing, on or before August 17, 2023; the government shall file a response on or before August 22, 2023; and the defendant shall file a reply, if any, on or before August 24, 2023. Finally, the parties shall address any remaining pretrial issues in filings made on or before August 17, 2023. So Ordered by Judge Dabney L. Friedrich on August 11, 2023. (lcdlf2) (Entered: 08/11/2023) |
| 08/11/2023 | 89 | VOIR DIRE as to ZACHARY JORDAN ALAM. See text for details. Upon further review, the Court declines to include the defense's 78 proposed question (b), which is duplicative of Question 16 in the attached. So Ordered by Judge Dabney L. Friedrich on August 11, 2023. (lcdlf2) (Entered: 08/11/2023) |
| 08/17/2023 | 90 | Proposed Jury Instructions by USA as to ZACHARY JORDAN ALAM (Attachments: # 1 Exhibit Joint Amended Proposed Jury Instructions)(Smith, Joseph) (Entered: 08/17/2023) |
| 08/28/2023 | | MINUTE ORDER as to ZACHARY JORDAN ALAM. The Court's scheduling order dated August 11, 2023 is modified as follows: the government shall file a memorandum in support of its proposed instructions as to Count Five on or before August 28, 2023. The defendant shall file a response on or before August 31, 2023 at 9:00 am. No reply will be necessary. So Ordered by Judge Dabney L. Friedrich on August 28, 2023. (lcdlf1) (lcnw) (Entered: 08/28/2023) |
| 08/28/2023 | | Set/Reset Deadlines as to ZACHARY JORDAN ALAM: Responses due by 8/31/2023 (zjch, ) (Entered: 08/28/2023) |
| 08/28/2023 | 91 | MEMORANDUM in Support of Proposed Jury Instructions on Count 5 by USA as to ZACHARY JORDAN ALAM (Smith, Joseph) Modified Text on 8/29/2023 (zhsj). (Entered: 08/28/2023) |
| 08/29/2023 | | MINUTE ORDER as to ZACHARY JORDAN ALAM. On July 12, 2023, the Court ordered both parties to exchange, on or before August 25, 2023, the exhibits they intend to use in their cases−in−chief. The Court also ordered the parties to submit any objections to those exhibits and to provide the Court with copies of those exhibits on or before August 28, 2023. Finally, it ordered the government to provide its witness list to the defense and the Court on or before August 25, 2023, and it ordered the defense to provide its witness list to the government and to the Court on or before August 28, 2023.<br><br>The government has complied with the Court's order. The defense has not. The Court intends to address all objections to exhibits and witnesses at the pretrial conference scheduled for August 31, 2023 at 2:00 p.m. Accordingly, it is ORDERED as follows: On or before 2:00pm on August 30, 2023, the defense shall file any objections to the government's exhibits and witnesses, or the Court will deem them waived. At that time, the defense shall also file any exhibits and a list of witnesses (other than the defendant) that it intends to call in its case−in−chief. The government shall file any objections to the defense's exhibits and witnesses on or before August 31, 2023 at |

| | | |
|---|---|---|
| | | 9:00 a.m. So Ordered by Judge Dabney L. Friedrich on August 29, 2023. (lcdlf1) (lcnw) (Entered: 08/29/2023) |
| 08/29/2023 | | Set/Reset Deadlines/Hearings as to ZACHARY JORDAN ALAM:Defense Exhibit List due by 8/30/2023. Government's objection to defense exhibits and witness list due by 8/31/2023. Defense Responses due by 8/30/2023. Defense Witness List due by 8/30/2023. (zjch, ) (Entered: 08/29/2023) |
| 08/30/2023 | | MINUTE ORDER as to ZACHARY JORDAN ALAM. In light of the government's 83 Second Superseding Indictment and its 88 dismissal of Count 2 of that indictment, and in view of the pretrial conference scheduled for August 31, 2023 at 2:00pm, it is ORDERED as follows: on or before August 31, 2023 at 12:00pm, the parties shall provide the Court with a revised Joint Proposed Statement of the Case reflecting the dismissal of Count 2 of the Second Superseding Indictment. They shall also provide the Court with a revised verdict form, taking into account the dismissal of Count 2 and making provision for any lesser included offenses on which the jury will be instructed, and a list of any stipulations they have executed or intend to execute. So Ordered by Judge Dabney L. Friedrich on August 30, 2023. (lcdlf1) (Entered: 08/30/2023) |
| 08/31/2023 | 92 | PROPOSED VERDICT FORM as to ZACHARY JORDAN ALAM (Lederer, Rebekah) (Entered: 08/31/2023) |
| 08/31/2023 | 93 | STATEMENT OF CASE by USA as to ZACHARY JORDAN ALAM (Lederer, Rebekah) (Entered: 08/31/2023) |
| 08/31/2023 | | Minute Entry for Pretrial Conference as to ZACHARY JORDAN ALAM held on 8/31/2023 before Judge Dabney L. Friedrich. Pretrial Conference set for 9/1/2023 at 12:00 PM in Courtroom 14– In Person before Judge Dabney L. Friedrich. Bond Status of Defendant: Remains Committed; Court Reporter: Sara Wick; Defense Attorney: Steven Metcalf; US Attorney: Rebekah Lederer and Joe Smith. (zjch, ) (Entered: 08/31/2023) |
| 08/31/2023 | | MINUTE ORDER as to ZACHARY JORDAN ALAM. Consistent with the discussion at today's hearing, the pretrial hearing in this matter is CONTINUED to September 1, 2023 at 12:00pm. The Court further ORDERS as follows: by the end of today, August 31, 2023, the defense shall file any and all proposed additional questions for voir dire; the government shall file any response on or before 9:00am on September 1, 2023. In addition, on or before 9:00am on September 1, 2023, the defense shall file, ex parte if need be, a motion or proffer establishing its good–faith basis for calling Officers McKenna, Tyson, Byrd, Yetter, and Lanciano as witnesses at trial. So Ordered by Judge Dabney L. Friedrich on August 31, 2023. (lcdlf1) (Entered: 08/31/2023) |
| 08/31/2023 | | MINUTE ORDER as to ZACHARY JORDAN ALAM directing the parties to provide to the Court by 11:00 am on September 1 (1) the videos of the alleged assault that each party intends to introduce at trial (or, if the Court already has access to the videos, each party shall identify the relevant videos by exhibit number) and (2) all *Jencks* materials for (a) the three officers who were victims of the alleged assault and (b) the three officers who were on the inside of the Speaker's Lobby doors at the time of the alleged assault. So Ordered by Judge Dabney L. Friedrich on August 31, 2023. (lcdlf1) (Entered: 08/31/2023) |
| 08/31/2023 | 94 | Proposed Voir Dire by ZACHARY JORDAN ALAM (Metcalf, Steven) (Entered: 08/31/2023) |

| 09/01/2023 | 95 | Defenses Proffer for Officers Behind the Doors by ZACHARY JORDAN ALAM. (Metcalf, Steven) Modified on 9/4/2023 (zhsj). (Entered: 09/01/2023) |
|---|---|---|
| 09/01/2023 | 96 | NOTICE *of Intent to Offer Evidence under FRE 902(14)−IPhone* by USA as to ZACHARY JORDAN ALAM (Attachments: # 1 Affidavit Data copied pursuant to FRE 902(14))(Smith, Joseph) (Entered: 09/01/2023) |
| 09/01/2023 | 97 | NOTICE *of Intent to Offer Evidence under FRE 902(14) − ICloud* by USA as to ZACHARY JORDAN ALAM (Attachments: # 1 Affidavit Data copied pursuant to FRE 902(14))(Smith, Joseph) (Entered: 09/01/2023) |
| 09/01/2023 | | Minute Entry for Pretrial Conference as to ZACHARY JORDAN ALAM held on 9/1/2023 before Judge Dabney L. Friedrich. Bond Status of Defendant: Remains Committed; Court Reporter: Sara Wick; Defense Attorney: Steven Metcalf; US Attorney: Rebekah Lederer and Joe Smith. (zjch, ) (Entered: 09/01/2023) |
| 09/01/2023 | 98 | MINUTE ORDER as to ZACHARY JORDAN ALAM. Consistent with today's hearing, on or before September 4, 2023, (1) the parties shall review the attached revised voir dire questions and file any objections; (2) the parties shall file any proposed stipulations for the Court's consideration; (3) the government shall file a redacted and interlineated copy of the 83 Second Superseding Indictment and upload edited videos to USAFx. The parties shall also promptly confer with one another to ensure that the defense has access to all discovery, including potential *Jencks* materials for all law enforcement witnesses. Finally, the parties shall be prepared at the close of the government's case−in−chief to file briefs and offer argument as to whether the defense may be permitted to call Officers McKenna, Tyson and Bird as witnesses. So Ordered by Judge Dabney L. Friedrich on September 1, 2023. (lcdlf1) (Entered: 09/01/2023) |
| 09/04/2023 | 99 | Unopposed MOTION to Amend/Correct *Count Two of Second Superseding Indictment* by USA as to ZACHARY JORDAN ALAM. (Smith, Joseph) (Entered: 09/04/2023) |
| 09/04/2023 | 100 | NOTICE *of Proposed Redacted and Interlineated 2nd Superseding Indictment* by USA as to ZACHARY JORDAN ALAM re 83 Indictment, 98 Order,,, (Attachments: # 1 Supplement Proposed Redacted and Interlineated Indictment)(Lederer, Rebekah) (Entered: 09/04/2023) |
| 09/05/2023 | | MINUTE ORDER as to ZACHARY JORDAN ALAM. Upon consideration of the government's 99 unopposed motion to strike and interlineate language in the 83 Second Superseding Indictment, the motion is GRANTED. So Ordered by Judge Dabney L. Friedrich on September 5, 2023. (lcdlf1) (Entered: 09/05/2023) |
| 09/05/2023 | | Minute Entry for Voir Dire held on 9/5/2023 as to ZACHARY JORDAN ALAM before Judge Dabney L. Friedrich. Jury Trial set for 9/6/2023 at 9:00 AM in Courtroom 14− In Person before Judge Dabney L. Friedrich. Bond Status of Defendant: Remains Committed; Court Reporter: Sara Wick and Tim Miller; Defense Attorney: Steven Metcalf; US Attorney: Rebekah Lederer and Joe Smith; (zjch, ) (Entered: 09/05/2023) |
| 09/06/2023 | | Minute Entry for Jury Selection as to ZACHARY JORDAN ALAM held on 9/6/2023 before Judge Dabney L. Friedrich. Jury panel of 12 and 2 alternates selected, but not sworn in. Jury Trial set for 9/7/2023 at 9:30 AM in Courtroom 14− In Person before Judge Dabney L. Friedrich. Bond Status of Defendant: Remains Committed; Court Reporter: Sara Wick and Tim Miller; Defense Attorney: Steven Metcalf; US |

| | | |
|---|---|---|
| | | Attorney: Rebekah Lederer and Joe Smith; (zjch, ) (Entered: 09/06/2023) |
| 09/06/2023 | | MINUTE ORDER: The Court having impaneled the jury in this action, it is hereby ORDERED that during trial and deliberations all meals for said jury shall be paid by the Clerk of the Court for the U.S. District Court for the District of Columbia. Signed by Judge Dabney L. Friedrich on 9/6/2023. (zjch, ) (Entered: 09/06/2023) |
| 09/07/2023 | | Minute Entry for Jury Trial as to ZACHARY JORDAN ALAM held on 9/7/2023 before Judge Dabney L. Friedrich. The jury and alternates sworn in. Jury Trial set for 9/8/2023 at 9:30 AM in Courtroom 14− In Person before Judge Dabney L. Friedrich. Bond Status of Defendant: Remains Committed; Court Reporter: Sara Wick and Tim Miller; Defense Attorney: Steven Metcalf; US Attorney: Rebekah Lederer and Joe Smith. Witnesses: Thomas Wickham, Inspector Tom Loyd, Agent Lanelle Howa, Timothy Lively (zjch, ) (Entered: 09/07/2023) |
| 09/08/2023 | | Minute Entry for Jury Trial as to ZACHARY JORDAN ALAM held on 9/8/2023 before Judge Dabney L. Friedrich. Same jury and alternates. Brief due by 9/9/2023. Jury Trial set for 9/11/2023 at 9:30 AM in Courtroom 14− In Person before Judge Dabney L. Friedrich. Bond Status of Defendant: Remains Committed; Court Reporter: Sara Wick and Tim Miller; Defense Attorney: Steven Metcalf; US Attorney: Rebekah Lederer and Joe Smith. Witnesses: Timothy Lively, Kyle Yetter, Patrick Armor, Rosemaria Marketos (zjch, ) (Entered: 09/08/2023) |
| 09/10/2023 | 101 | MOTION to Permit *Government to Re−open Case* by USA as to ZACHARY JORDAN ALAM. (Smith, Joseph) (Entered: 09/10/2023) |
| 09/11/2023 | 102 | DEFENDANT ALAMS SECOND PROFFER FOR OFFICERS BEHIND THE SPEAKERS LOBBY DOORS by ZACHARY JORDAN ALAM (zjch, ) (Entered: 09/11/2023) |
| 09/11/2023 | 103 | GOVERNMENTS REPONSE TO DEFENDANTS SECOND PROFFER FOR TESTIMONY FROM OFFICERS BEHIND THE SPEAKERS LOBBY DOORS by USA as to ZACHARY JORDAN ALAM re 102 Factual Proffer (zjch, ) (Entered: 09/11/2023) |
| 09/11/2023 | | Minute Entry for Jury Trial as to ZACHARY JORDAN ALAM held on 9/11/2023 before Judge Dabney L. Friedrich. Same jury and alternates. Evidence and testimony completed. Alternates excused. Jury deliberation commenced. Jury Deliberation set for 9/12/2023 at 9:00 AM in Courtroom 14− In Person before Judge Dabney L. Friedrich. Bond Status of Defendant: Remains Committed; Court Reporter: Sara Wick and Tim Miller; Defense Attorney: Steven Metcalf; US Attorney: Rebekah Lederer and Joe Smith. (zjch, ) (Entered: 09/11/2023) |
| 09/11/2023 | 104 | Final jury instructions (distributed to jury) as to ZACHARY JORDAN ALAM. (lcdlf1) (Entered: 09/11/2023) |
| 09/12/2023 | 105 | Jury Note #1 as to ZACHARY JORDAN ALAM (zjch, ) (Entered: 09/12/2023) |
| 09/12/2023 | 106 | **Signature Page of Foreperson**<br><br>as to ZACHARY JORDAN ALAM in Jury Note #1. (Access to the PDF Document is restricted pursuant to the E−Government Act. Access is limited to Counsel of Record and the Court.) (zjch, ) (Entered: 09/12/2023) |
| 09/12/2023 | 107 | Jury Notes #2 as to ZACHARY JORDAN ALAM (zjch, ) (Entered: 09/12/2023) |

| 09/12/2023 | 108 | **Signature Page of Foreperson** as to ZACHARY JORDAN ALAM in Jury Note #2. (Access to the PDF Document is restricted pursuant to the E−Government Act. Access is limited to Counsel of Record and the Court.) (zjch, ) (Entered: 09/12/2023) |
|---|---|---|
| 09/12/2023 | 109 | VERDICT FORM as to ZACHARY JORDAN ALAM (zjch, ) (Main Document 109 replaced on 9/12/2023) (zjch, ). (Entered: 09/12/2023) |
| 09/12/2023 | 110 | **Signature Page of Foreperson** as to ZACHARY JORDAN ALAM in Jury Verdict Form. (Access to the PDF Document is restricted pursuant to the E−Government Act. Access is limited to Counsel of Record and the Court.) (zjch, ) (Main Document 110 replaced on 9/12/2023) (zjch, ). (Entered: 09/12/2023) |
| 09/12/2023 | 111 | Jury Notes #3 as to ZACHARY JORDAN ALAM (zjch, ) (Entered: 09/12/2023) |
| 09/12/2023 | 112 | **Signature Page of Foreperson** as to ZACHARY JORDAN ALAM in Jury Note #3. (Access to the PDF Document is restricted pursuant to the E−Government Act. Access is limited to Counsel of Record and the Court.) (zjch, ) (Entered: 09/12/2023) |
| 09/12/2023 | | Minute Entry for proceedings as to ZACHARY JORDAN ALAM held on 9/12/2023 before Judge Dabney L. Friedrich. Same jury. Jury Deliberation commenced and concluded. JURY VERDICT as to ZACHARY JORDAN ALAM. Guilty on Counts 1ss,3ss,4ss,5ss,6ss,7ss,8ss,9ss,10ss,11ss. Responses due by Sentencing due by 12/29/2023. Sentencing Memorandum due by 12/22/2023. Sentencing set for 1/5/2024 at 1:00 PM in Courtroom 14− In Person before Judge Dabney L. Friedrich. Bond Status of Defendant: Remains Committed; Court Reporter: Sara Wick; Defense Attorney: Steven Metcalf; US Attorney: Rebekah Lederer and Joe Smith. (zjch, ) (Entered: 09/13/2023) |
| 09/13/2023 | | REFERRAL TO PROBATION OFFICE for Presentence Investigation as to ZACHARY JORDAN ALAM. (zjch, ) (Entered: 09/13/2023) |
| 09/13/2023 | | MINUTE ORDER as to ZACHARY JORDAN ALAM. Consistent with the discussion on September 12, 2023, the defendant shall file any post−trial motions on or before October 12, 2023; the government shall file its opposition on or before October 26, 2023; and the defendant shall file any reply on or before November 2, 2023. The defendant's sentencing hearing is scheduled for January 5, 2023 at 1:00 PM. The parties shall submit sentencing memoranda on or before December 22, 2023, and any oppositions on or before December 29, 2023. So Ordered by Judge Dabney L. Friedrich on September 13, 2023. (lcdlf1) (Entered: 09/13/2023) |
| 09/13/2023 | | Set/Reset Deadlines as to ZACHARY JORDAN ALAM: Motions due by 10/12/2023. Responses due by 10/26/2023 Replies due by 11/2/2023. (zjch, ) (Entered: 09/13/2023) |
| 10/05/2023 | | Set/Reset Deadlines/Hearings as to ZACHARY JORDAN ALAM: Sentencing set for 1/8/2024 at 1:00 PM in Courtroom 14− In Person before Judge Dabney L. Friedrich. (zjch, ) (Entered: 10/05/2023) |
| 10/12/2023 | 115 | |

|  |  |  |
|---|---|---|
|  |  | MOTION for Extension of Time to *Submit Post−Trial Motions* by ZACHARY JORDAN ALAM. (Metcalf, Steven) (Entered: 10/12/2023) |
| 10/13/2023 |  | MINUTE ORDER as to ZACHARY JORDAN ALAM. Upon consideration of the defendant's 115 Motion for Extension of Time, the motion is GRANTED. The defendant shall file any post−trial motions on or before October 19, 2023. The government shall file any oppositions on or before November 2, 2023. So Ordered by Judge Dabney L. Friedrich on October 13, 2023. (lcdlf1) (Entered: 10/13/2023) |
| 10/13/2023 |  | Set/Reset Deadlines as to ZACHARY JORDAN ALAM: Motions due by 10/19/2023. Responses due by 11/2/2023 (zjch, ) (Entered: 10/13/2023) |
| 10/19/2023 | 116 | Second MOTION for Extension of Time to *File Defense Post−Trial Motions* by ZACHARY JORDAN ALAM. (Metcalf, Steven) (Entered: 10/19/2023) |
| 10/22/2023 |  | MINUTE ORDER as to ZACHARY JORDAN ALAM. Upon consideration of the defendant's 116 Motion, the motion is GRANTED. The defendant shall file any post−conviction motions on or before October 25, 2023; the government shall file any oppositions on or before November 8, 2023; and the defendant may file any reply on or before November 15, 2023. The Court is not inclined to grant further extensions at this time. So Ordered by Judge Dabney L. Friedrich on October 22, 2023. (lcdlf1) (Entered: 10/22/2023) |
| 10/26/2023 | 117 | MOTION for Acquittal or MOTION pursuant to Rule 33 for new trial by ZACHARY JORDAN ALAM. (Metcalf, Steven) Modified Text on 10/30/2023 (zhsj). (Entered: 10/26/2023) |
| 11/09/2023 | 118 | RESPONSE by USA as to ZACHARY JORDAN ALAM re 117 MOTION for Acquittal *or Judgment of Acquittal* MOTION pursuant to Rule 33 for new trial (Smith, Joseph) (Entered: 11/09/2023) |
| 12/21/2023 | 119 | ENTERED IN ERROR.....MOTION for Extension of Time to *Extend the Sentencing Date* by ZACHARY JORDAN ALAM. (Metcalf, Steven) Modified on 12/21/2023 (zstd). (Entered: 12/21/2023) |
| 12/21/2023 |  | NOTICE OF ERROR as to ZACHARY JORDAN ALAM regarding 119 MOTION for Extension of Time to *Extend the Sentencing Date*. The following error(s) need correction: Incorrect format (Letter)− correspondence is not permitted (LCrR 49(f)(4)). Please refile. (zstd) (Entered: 12/21/2023) |
| 12/28/2023 | 120 | Joint MOTION to Continue *The Sentencing Hearing Date* by ZACHARY JORDAN ALAM. (Metcalf, Steven) (Entered: 12/28/2023) |
| 12/30/2023 |  | MINUTE ORDER as to ZACHARY JORDAN ALAM. The defendant's 120 Motion to Continue Sentencing Hearing is GRANTED. The defendant's sentencing hearing is continued to April 8, 2024 at 10 AM. Sentencing memoranda shall be filed on or before March 25, 2024. Responses to sentencing memoranda, if any, shall be filed on or before April 1, 2024. So Ordered by Judge Dabney L. Friedrich on December 30, 2023. (lcdlf1) Modified to add time of hearing on 1/2/2024 (zsmc). (Entered: 12/30/2023) |
| 12/30/2023 |  | Set/Reset Deadlines/Hearings as to ZACHARY JORDAN ALAM: Responses to Sentencing due by 4/1/2024. Sentencing Memorandum due by 3/25/2024. Sentencing set for 4/8/2024 at 10:00 AM in Courtroom 14− In Person before Judge Dabney L. Friedrich. (zjch, ) (Entered: 01/04/2024) |

| 01/02/2024 | | Set/Reset Deadlines/Hearings as to ZACHARY JORDAN ALAM: Sentencing Memoranda due by 3/25/2024. Responses due by 4/1/2024. Sentencing set for 4/8/2024 at 10:00 AM in Courtroom 14 before Judge Dabney L. Friedrich. (smc) (Entered: 01/02/2024) |
| 03/04/2024 | | NOTICE OF HEARING as to ZACHARY JORDAN ALAM. Sentencing set for 4/19/2024 at 10:00 AM in Courtroom 14− In Person before Judge Dabney L. Friedrich. (zjch, ) (Entered: 03/04/2024) |
| 03/06/2024 | | MINUTE ORDER as to ZACHARY JORDAN ALAM. The defendant's sentencing hearing is continued to April 19, 2024 at 10:00 am in Courtroom 14. Sentencing memoranda shall be filed on or before April 5, 2024. Responses to sentencing memoranda, if any, shall be filed on or before April 12, 2024. So Ordered by Judge Dabney L. Friedrich on March 6, 2024. (lcdlf1) (Entered: 03/06/2024) |
| 04/05/2024 | 123 | SENTENCING MEMORANDUM by USA as to ZACHARY JORDAN ALAM (Attachments: # 1 Exhibit Attachment A)(Smith, Joseph) (Entered: 04/05/2024) |
| 04/12/2024 | 126 | MOTION for Extension of Time to *Submit Sentencing Materials and Extend the Sentencing Date* by ZACHARY JORDAN ALAM. (Metcalf, Steven) (Entered: 04/12/2024) |
| 04/12/2024 | | MINUTE ORDER as to ZACHARY JORDAN ALAM (1). Upon consideration of the defendant's 126 Motion for Extension of Time, the motion is GRANTED IN PART and DENIED IN PART. The defendant has been provided ample time to prepare his sentencing materials, not least because the Court has previously granted him a continuance. Min. Order of Dec. 30, 2023. In addition, a continuance in this matter would interfere with other trials and hearings the Court has scheduled in April. Accordingly, the defendant shall file any sentencing memorandum on or before April 15, 2024 at 5:00pm. The defendant may file additional materials in aid of sentencing (such as character letters) after that date if necessary. The defendant's request to continue his sentencing hearing is DENIED. So Ordered by Judge Dabney L. Friedrich on April 12, 2024. (lcdlf1) (Entered: 04/12/2024) |
| 04/12/2024 | | Set/Reset Deadlines as to ZACHARY JORDAN ALAM: Sentencing Memorandum due by 4/15/2024 @ 5 PM. (zjch, ) (Entered: 04/15/2024) |
| 04/15/2024 | | MINUTE ORDER as to ZACHARY JORDAN ALAM. In preparation for sentencing, the Court may wish to review video evidence of the defendant's activities at the Capitol on January 6. Accordingly, on or before April 17, 2024, the parties shall share with the Court via USAFx: (1) all video exhibits played at trial, (2) any video exhibits that either party wishes to present at sentencing, and (3) any other video materials that either party would like the Court to review before sentencing. So Ordered by Judge Dabney L. Friedrich on April 15, 2024. (lcdlf1) (Entered: 04/15/2024) |
| 04/15/2024 | 127 | SENTENCING MEMORANDUM by ZACHARY JORDAN ALAM (Attachments: # 1 Exhibit Letter from Alam Mother)(Metcalf, Steven) (Entered: 04/15/2024) |
| 04/15/2024 | | Set/Reset Deadlines as to ZACHARY JORDAN ALAM:Video Exhibits due by 4/17/2024. (zjch, ) (Entered: 04/16/2024) |
| 04/18/2024 | | Set/Reset Deadlines/Hearings as to ZACHARY JORDAN ALAM: Responses to Sentencing due by 5/3/2024. Sentencing Memorandum due by 4/29/2024. Sentencing set for 5/6/2024 at 10:00 AM in Courtroom 14− In Person before Judge Dabney L. |

| | | |
|---|---|---|
| | | Friedrich. (zjch, ) (Entered: 04/18/2024) |
| 04/19/2024 | | MINUTE ORDER as to ZACHARY JORDAN ALAM. Consistent with the discussion at yesterday's hearing, the defendant shall file a supplemental sentencing memorandum on or before April 29, 2024, accompanied by a motion to seal if necessary. The government may file any response on or before May 3, 2024. The sentencing hearing scheduled for today, April 19 is CONTINUED to May 6, 2024 at 10:00 am in Courtroom 14. The Court will not extend the aforementioned deadlines. So Ordered by Judge Dabney L. Friedrich on April 19, 2024. (lcdlf1) (Entered: 04/19/2024) |
| 04/30/2024 | <u>128</u> | MOTION for Leave to File *Under Seal a Supplement Application* by ZACHARY JORDAN ALAM. (Attachments: # <u>1</u> Memorandum in Support, # <u>2</u> Exhibit A)(Metcalf, Steven) (Entered: 04/30/2024) |
| 05/06/2024 | | Minute Entry for Sentencing before Judge Dabney L. Friedrich. Court denies <u>117</u> Motion for Acquittal as to ZACHARY JORDAN ALAM and denies <u>117</u> MOTION pursuant to Rule 33 for New Trial as to ZACHARY JORDAN ALAM. Court grants defendant's oral motion to continue the trial. Responses to Sentencing due by 7/12/2024. Sentencing Memorandum due by 7/8/2024. Sentencing set for 7/17/2024 at 9:30 AM in Courtroom 14− In Person before Judge Dabney L. Friedrich. Status Conference set for 5/15/2024 at 11:30 AM via video before Judge Dabney L. Friedrich. Bond Status of Defendant: Remains Committed; Court Reporter: Sara Wick Defense Attorney: Steven Metcalf; US Attorney: Rebekah Lederer and Joe Smith; Prob Officer: Jessica Reichler. (zjch, ) (Entered: 05/06/2024) |
| 05/06/2024 | | MINUTE ORDER as to ZACHARY JORDAN ALAM. For the reasons stated in today's hearing, the defendant's motions for judgment of acquittal and/or a new trial are DENIED. Consistent with the discussion at today's hearing, sentencing in this matter is CONTINUED to July 17, 2024 at 9:30 am so that the defendant may obtain records relevant for sentencing. A status hearing is set for May 15, 2024 at 11:30 am by videoconference. The Court will not grant further continuances in this action.<br><br>On or before <u>May 7, 2024</u>, the defendant shall transmit the records he received in court today to the government, with redactions as necessary. If the government contests any of the defendant's redactions, it shall raise the issue with the Court.<br><br>On or before <u>July 8, 2024</u>, the defendant shall file a supplemental sentencing memorandum that includes the new argument he intends to advance at sentencing based on records and other information he has (or will obtain). The defense shall file the supplemental memorandum in redacted form, if necessary, and with the appropriate motion to seal. The defendant shall also attach any relevant records as exhibits to the his memorandum. The government shall file any response on or before <u>July 12, 2024</u>. Both parties' memoranda should also discuss comparable sentencing proceedings, if any, occurring between today and July 8. They should also discuss the effect of *Fischer v. United States* (U.S. No. 23−5572) on the defendant's sentence, assuming that Fischer is decided before July 8, 2024.<br><br>So Ordered by Judge Dabney L. Friedrich on May 6, 2024. (lcdlf1) (Entered: 05/06/2024) |
| 05/06/2024 | | Set/Reset Deadlines as to ZACHARY JORDAN ALAM: The defendant shall transmit the records he received in court to the government, with redactions as |

| | | |
|---|---|---|
| | | necessary by 5/7/2024. (zjch, ) (Entered: 05/07/2024) |
| 05/14/2024 | | NOTICE OF HEARING as to ZACHARY JORDAN ALAM. Status Conference set for 5/15/2024 at 9:00 AM via video before Judge Dabney L. Friedrich. (zjch, ) (Entered: 05/14/2024) |
| 05/14/2024 | | MINUTE ORDER as to ZACHARY JORDAN ALAM. The status conference scheduled for May 15, 2024 at 11:30 am is RESCHEDULED for May 15, 2024 at 9:00 am via videoconference. So Ordered by Judge Dabney L. Friedrich on May 14, 2024. (lcdlf1) (Entered: 05/14/2024) |
| 05/15/2024 | | Minute Entry for Status Conference as to ZACHARY JORDAN ALAM held on 5/15/2024 before Judge Dabney L. Friedrich. Parties updated the court on efforts to acquire records from defendant's previous facilities. Bond Status of Defendant: Remains Committed − Presence waived; Court Reporter: Sara Wick; Defense Attorney: Steven Metcalf; US Attorney: Rebekah Lederer and Joseph Smith. (zjch, ) (Entered: 05/15/2024) |
| 06/28/2024 | | MINUTE ORDER as to ZACHARY JORDAN ALAM. On or before July 5, 2024, the government shall show cause why Count 5 of the Second Superseding Indictment should not be dismissed in light of *Fischer v. United States*, 603 U.S. ___ (2024). Further, on or before July 5, 2024, the parties shall submit supplemental sentencing memoranda discussing the impact of *Fischer* on the defendant's Guidelines range and appropriate sentence under 18 U.S.C. 3553(a). So Ordered by Judge Dabney L. Friedrich on June 28, 2024. (lcdlf1) (Entered: 06/28/2024) |
| 06/28/2024 | | Set/Reset Deadlines as to ZACHARY JORDAN ALAM: Supplemental Sentencing Memorandum due by 7/5/2024. Show Cause Response due by 7/5/2024. (zjch, ) (Entered: 07/01/2024) |
| 07/03/2024 | 130 | Joint MOTION for Extension of Time to *Respond to the Court's 6/28/24 Minute Order and to Continue Sentencing* by USA as to ZACHARY JORDAN ALAM. (Lederer, Rebekah) (Entered: 07/03/2024) |
| 07/03/2024 | 131 | MOTION to Continue the Supplemental Guidelines Briefing and Sentencing Hearing by USA as to ZACHARY JORDAN ALAM. (See docket entry 130 to view document) (zljn) (Entered: 07/03/2024) |
| 07/05/2024 | | MINUTE ORDER as to ZACHARY JORDAN ALAM. Upon consideration of the parties' joint 130 131 Motion for Extension of Time, the motion is GRANTED. The Court's supplemental guidelines briefing deadline is extended to August 8, 2024. The defendant's sentencing hearing is CONTINUED to August 22, 2024 in Courtroom 14. The parties shall contact the Courtroom Deputy to arrange a time on August 22 for sentencing. So Ordered by Judge Dabney L. Friedrich on July 5, 2024. (lcdlf1) (Entered: 07/05/2024) |
| 07/08/2024 | | NOTICE OF HEARING as to ZACHARY JORDAN ALAM. Sentencing set for 8/22/2024 at 1:30 PM in Courtroom 14− In Person before Judge Dabney L. Friedrich. (zjch, ) (Entered: 07/08/2024) |
| 08/08/2024 | 132 | RESPONSE TO ORDER OF THE COURT by USA as to ZACHARY JORDAN ALAM re Order,,, Set Deadlines,, *and Government's Unopposed Motion to Dismiss Count 5 of the Second Superseding Indictment* (Smith, Joseph) (Entered: 08/08/2024) |
| 08/08/2024 | 133 | SUPPLEMENT by USA as to ZACHARY JORDAN ALAM re 123 Sentencing Memorandum *SUPPLEMENTAL SENTENCING MEMORANDUM* (Smith, Joseph) |

| | | |
|---|---|---|
| | | Modified link on 8/9/2024 (znmw). (Main Document 133 replaced on 8/21/2024) (zljn). (Entered: 08/08/2024) |
| 08/09/2024 | | MINUTE ORDER as to ZACHARY JORDAN ALAM (1). Upon consideration of the defendant's <u>134</u> Motion for Leave to File Under Seal, the motion is DENIED without prejudice. Counsel may refile his motion to seal, justifying any redactions under *United States v. Hubbard*, 650 F.2d 293, 317 (D.C. Cir. 1980). Large portions of the defendant's Second Sentencing Memorandum, which he has improperly incorporated into his <u>134</u> Motion (as opposed to submitted as an attached exhibit to the motion to seal) contain text, including argument, that is not seal worthy, *id.*<br><br>Accordingly, on or before August 12, 2024, the defendant shall file (1) *<u>on the public record</u>* a redacted version of any second sentencing memorandum that satisfies the Hubbard factors, *id.*, and (2) <u>under seal</u> any renewed motion to seal, with attached exhibits as appropriate. If the Court grants the defendant's motion to seal, it will unseal the defendant's motion and file the attached exhibits under seal.<br><br>The government shall submit any response to the defendants second sentencing memorandum on or before August 16, 2024.<br><br>As appropriate, the Court will conduct a sealed hearing to begin at 1:30 p.m. on August 22, 2024, in Courtroom 14. The public portion of the sentencing hearing shall begin at approximately 1:45 p.m. So Ordered by Judge Dabney L. Friedrich on August 9, 2024. (lcdlf1) (Entered: 08/09/2024) |
| 08/14/2024 | 135 | SUPPLEMENT by ZACHARY JORDAN ALAM re <u>127</u> Sentencing Memorandum *Sentencing Memo, Redacted* (Metcalf, Steven) Modified to add link on 8/15/2024 (znmw). (Entered: 08/14/2024) |
| 08/20/2024 | | NOTICE OF HEARING as to ZACHARY JORDAN ALAM. Sentencing set for 9/30/2024 at 10:00 AM in Courtroom 14− In Person before Judge Dabney L. Friedrich. (zjch, ) (Entered: 08/20/2024) |
| 09/27/2024 | | NOTICE OF HEARING as to ZACHARY JORDAN ALAM. Sentencing set for 10/16/2024 at 9:30 AM in Courtroom 14− In Person before Judge Dabney L. Friedrich. (zjch, ) (Entered: 09/27/2024) |
| 10/11/2024 | 136 | SUPPLEMENT by USA as to ZACHARY JORDAN ALAM re <u>127</u> Sentencing Memorandum, <u>123</u> Sentencing Memorandum (Lederer, Rebekah) (Entered: 10/11/2024) |
| 10/15/2024 | | Terminate Deadlines and Hearings as to ZACHARY JORDAN ALAM:, Set/Reset Deadlines/Hearings as to ZACHARY JORDAN ALAM:Status Conference set for 10/16/2024 at 9:30 AM VIA VIDEO before Judge Dabney L. Friedrich. (zjch, ) (Entered: 10/15/2024) |
| 10/16/2024 | 137 | STATUS REPORT *of government counsels' schedule* by USA as to ZACHARY JORDAN ALAM (Lederer, Rebekah) (Entered: 10/16/2024) |
| 10/16/2024 | | MINUTE ORDER as to ZACHARY JORDAN ALAM (1). A sentencing hearing is scheduled for October 30, 2025 at 12:30 p.m. in person in Courtroom 14. A backup hearing is scheduled for November 7, 2025 at 12:30 p.m. in person in Courtroom 14. In the event that either party anticipates it will be unavailable for the October 30 hearing date, it shall inform the Courtroom Deputy no later than 24 hours in advance. So Ordered by Judge Dabney L. Friedrich on October 16, 2024. (lcdlf1) (Entered: |

| | | |
|---|---|---|
| | | 10/16/2024) |
| 10/16/2024 | | Minute Entry for Status Conference as to ZACHARY JORDAN ALAM held on 10/16/2024 before Judge Dabney L. Friedrich: Sentencing set for 10/30/2024 at 12:30 PM in Courtroom 14− In Person before Judge Dabney L. Friedrich. Back up Sentencing date set for 11/7/2024 at 12:30 PM in Courtroom 14− In Person before Judge Dabney L. Friedrich. Bond Status of Defendant: Remains Committed; Court Reporter: Sara Wick; Defense Attorney: Steven Metcalf; US Attorney: Rebekah Lederer and Joseph Smith. (zjch, ) (Entered: 10/16/2024) |
| 10/28/2024 | | NOTICE OF HEARING as to ZACHARY JORDAN ALAM. Sentencing set for 11/7/2024 at 12:30 PM in Courtroom 14− In Person before Judge Dabney L. Friedrich. (zjch, ) (Entered: 10/28/2024) |
| 11/07/2024 | | Minute Entry for Sentencing held on 11/7/2024 as to ZACHARY JORDAN ALAM as to Counts 1ss,3ss,4ss,6ss,7ss,8ss,9ss,10ss,11ss before Judge Dabney L. Friedrich. Defendant sentenced to ninety−six (96) months of incarceration to run concurrent, three (3) years of supervised release to run concurrent, $4,484 restitution and $630 special assessment. Bond Status of Defendant: Remains Committed; Court Reporter: Sara Wick; Defense Attorney: Steven Metcalf; US Attorney: Rebekah Lederer and Joe Smith; Prob Officer: Sherry Baker. (zjch, ) (Entered: 11/08/2024) |
| 11/15/2024 | 138 | JUDGMENT as to ZACHARY JORDAN ALAM. Statement of Reasons Not Included. Signed by Judge Dabney L. Friedrich on 11/15/2024. (zstd) (Entered: 11/18/2024) |
| 11/15/2024 | 139 | STATEMENT OF REASONS as to ZACHARY JORDAN ALAM re 138 Judgment Access to the PDF Document is restricted per Judicial Conference Policy. Access is limited to Counsel of Record and the Court. Signed by Judge Dabney L. Friedrich on 11/15/2024. (zstd) (Entered: 11/18/2024) |
| 12/02/2024 | 140 | NOTICE OF APPEAL − Final Judgment by ZACHARY JORDAN ALAM Fee Status: No Fee Paid. Parties have been notified. (Attachments: # 1 Exhibit Judgment filed on November 18, 2024)(Metcalf, Steven) (Entered: 12/02/2024) |

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA    )
    )
       vs.    )    Criminal No.  CR 21-190
    )
  ZACHARY ALAM    )

## NOTICE OF APPEAL

Name and address of appellant:    Zachary Alam

Name and address of appellant's attorney:    Steven A. Metcalf, Esq.
99 Park Ave., Suite 810
New York, NY 10016

Offense:  On November 18, 2024, Judgment was filed. Please see the attached.

Concise statement of judgment or order, giving date, and any sentence:

Name and institution where now confined, if not on bail:  DC Jail

    I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

| November 25, 2024 | Zachary Alam |
|---|---|
| DATE | APPELLANT |
| | *Steven Metcalf* |
| | ATTORNEY FOR APPELLANT |

| | | | | |
|---|---|---|---|---|
| GOVT. APPEAL, NO FEE | ☐ | | | |
| CJA, NO FEE | ☑ | | | |
| PAID USDC FEE | ☐ | | | |
| PAID USCA FEE | ☐ | | | |
| Does counsel wish to appear on appeal? | | YES ☐ | NO ☑ | |
| Has counsel ordered transcripts? | | YES ☐ | NO ☑ | |
| Is this appeal pursuant to the 1984 Sentencing Reform Act? | | YES ☐ | NO ☑ | |

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

District of Columbia    [ ▼ ]

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>ZACHARY ALAM | **JUDGMENT IN A CRIMINAL CASE**<br><br>Case Number: CR 21-190<br><br>USM Number: 80451-007<br><br>Steven Alan Metcalf , II<br>_Defendant's Attorney_ |

## THE DEFENDANT:

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
   which was accepted by the court.

☑ was found guilty on count(s)  1ss,3ss,4ss,6ss,7ss,8ss,9ss,10ss,11ss of the 2nd Superseding Indictment filed 7/12/2023
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:111(a)(1) | Assaulting, Resisting, or Impeding Certain Officers. | 1/6/2021 | 1ss |
| 18:231(a)(3) | Civil Disorder. | 1/6/2021 | 3ss |
| 18:1361 | Destruction of Government Property. | 1/6/2021 | 4ss |

   The defendant is sentenced as provided in pages 2 through _____8_____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☑ Count(s)   5ss _____ ☐ is   ☑ are dismissed on the motion of the United States.

   It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

11/7/2024
_____
Date of Imposition of Judgment

_____
Signature of Judge


Dabney L. Friedrich, U. S. District Court Judge
_____
Name and Title of Judge

11/15/2024
_____
Date

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
  Sheet 1A

Judgment—Page  2  of  8

DEFENDANT:  ZACHARY ALAM
CASE NUMBER:  CR 21-190

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:1752(a)(1) & (b)(1)(A) | Entering and Remaining in a Restricted Building with a Deadly or Dangerous Weapon. | 1/6/2021 | 6ss |
| 18:1752(a)(2) & (b)(1)(A) | Disorderly and Disruptive Conduct in a Restricted Building with a Deadly or Dangerous Weapon. | 1/6/2021 | 7ss |
| 18:1752(a)(4) & (b)(1)(A) | Engaging in Physical Violence in a Restricted Building with a Deadly or Dangerous Weapon. | 1/6/2021 | 8ss |
| 40:5104(e)(2)(D) | Disorderly Conduct in a Capitol Building. | 1/6/2021 | 9ss |
| 40:5104(e)(2)(F) | Act of Physical Violence in the Capitol Building. | 1/6/2021 | 10ss |
| 40:5104(e)(2)(G) | Parading, Demonstrating, or Picketing in a Capitol Building. | 1/6/2021 | 11ss |

AO 245B (Rev. 09/19) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page    3    of    8

DEFENDANT:   ZACHARY ALAM
CASE NUMBER:   CR 21-190

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:
Ninety-six (96) months as to counts 1ss,4ss,6ss,7ss,8ss.
Sixty (60) months as to count 3ss.
Six (6) months as to counts 9ss,10ss,11ss.
All counts to run concurrently.

☑ The court makes the following recommendations to the Bureau of Prisons:
The Court recommends that the defendant be housed at FMC Butner or other medical facility given the defendant's substantial medical issues.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
               Sheet 3 — Supervised Release

Judgment—Page   __4__   of   __8__

DEFENDANT:  ZACHARY ALAM
CASE NUMBER:  CR 21-190

# SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:

  Thirty-six (36) months as to counts 1ss,3ss, 4ss,6ss,7ss,8ss.
  All counts to run concurrently.

# MANDATORY CONDITIONS

1.    You must not commit another federal, state or local crime.
2.    You must not unlawfully possess a controlled substance.
3.    You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
          ☐ The above drug testing condition is suspended, based on the court's determination that you
               pose a low risk of future substance abuse. *(check if applicable)*
4.    ☑ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5.    ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6.    ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7.    ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
                        Sheet 3A — Supervised Release

Judgment—Page ___5___ of ___8___

DEFENDANT:  ZACHARY ALAM
CASE NUMBER:  CR 21-190

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1.  You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2.  After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3.  You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4.  You must answer truthfully the questions asked by your probation officer.
5.  You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6.  You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7.  You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8.  You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9.  If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature  _____    Date  _____

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
Sheet 3D — Supervised Release

Judgment—Page    6    of    8

DEFENDANT:  ZACHARY ALAM
CASE NUMBER:  CR 21-190

# SPECIAL CONDITIONS OF SUPERVISION

Substance Abuse Testing - You must submit to substance abuse testing to determine if you have used a prohibited substance. You must not attempt to obstruct or tamper with the testing methods.

Substance Abuse Treatment -You must participate in an inpatient and/or outpatient substance abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

Financial Information Disclosure - You must provide the probation officer access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the United States Attorney's Office.

Re-entry Progress Hearing - Within 60 days of release from incarceration you will appear before the Court for a re-entry progress hearing. The United States Probation Office in the district in which you are supervised will submit a progress report to the court within the thirty days of the commencement of supervision; and upon receipt of the progress report, the Court will determine if your appearance is required.

Mental Health Evaluation and Recommended Treatment-You must undergo a mental health evaluation, and participate in a mental health treatment program if recommended by the provider. While in the program, you must follow the rules and regulations of that program.  The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page __7__ of __8__

DEFENDANT: ZACHARY ALAM
CASE NUMBER: CR 21-190

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| **TOTALS** | $ 630.00 | $ 4,484.00 | $ | $ | $ |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Architect of the Capitol | | $4,484.00 | |
| Office of the Chief Financial Officer | | | |
| Ford House Office Building, Room H2-205B | | | |
| Washington, DC 20515 | | | |

| **TOTALS** | $ 0.00 | $ 4,484.00 |
|---|---|---|

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☑ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the    ☐ fine    ☑ restitution.

☐ the interest requirement for the    ☐ fine    ☐ restitution is modified as follows:

\* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
\*\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\*\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
                        Sheet 6 — Schedule of Payments

Judgment — Page __8__ of __8__

DEFENDANT:  ZACHARY ALAM
CASE NUMBER:  CR 21-190

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A**  ☑  Lump sum payment of $ __630.00__    due immediately, balance due

        ☐  not later than _____ , or
        ☑  in accordance with  ☐  C,    ☐  D,    ☐  E, or    ☑  F below; or

**B**  ☐  Payment to begin immediately (may be combined with    ☐ C,    ☐ D, or    ☐ F below); or

**C**  ☐  Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of
        _____ *(e.g., months or years),* to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

**D**  ☐  Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of
        _____ *(e.g., months or years),* to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a
        term of supervision; or

**E**  ☐  Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from
        imprisonment.  The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**  ☑  Special instructions regarding the payment of criminal monetary penalties:

        The financial obligations are immediately payable to the Clerk of the Court for the U.S. District Court, 333
        Constitution Ave NW, Washington, DC 20001. Within 30 days of any change of address, you shall notify the Clerk
        of the Court of the change until such time as the financial obligation is paid in full.  The Court waives any interest
        and penalties that may accrue on unpaid balances.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

| Case Number<br>Defendant and Co-Defendant Names<br>*(including defendant number)* | Total Amount | Joint and Several<br>Amount | Corresponding Payee,<br>if appropriate |
|---|---|---|---|
| | | | |

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.